UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,
                Plaintiff,

v.
                                            23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING

**PLEASE TAKE NOTICE** that defendant, Customs and Border Protection, by its attorney, Mary K. Roach, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, hereby moves this Court for an order extending the date by which defendant may respond to the complaint by 30 days to May 27, 2023. Defendant's motion is supported by the accompanying declaration of Mary K. Roach and is made with the consent of plaintiff, Matthew Borowski.

**PLEASE TAKE NOTICE** that the motion will be heard at a date, time and location to be set by the Court.

        DATED:     Buffalo, New York, April 27, 2023

                                                  Respectfully Submitted,

                                                  TRINI E. ROSS
                                                  United States Attorney

                             BY:    S/MARY K. ROACH
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          Western District of New York
                                          138 Delaware Avenue
                                          Buffalo, New York 14202
                                          716-843-5866

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,

                       Plaintiff,

v.                                            23-cv-257

CUSTOMS AND BORDER PROTECTION,

                       Defendant.
_____

## DECLARATION

**MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

    1.    I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

    2.    I represent the defendant Customs and Border Protection in this action which arises out of a revocation of Plaintiff's NEXUS membership. Plaintiff has brought claims under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA).

    3.    The defendant's response to FOIA claim asserted in the complaint is due on or before April 27, 2023. The defendant's response to the FOIA claim is due on May 27, 2023.

    4.    The United States Attorney's Office is in the process of obtaining information regarding this matter. Therefore, the defendant seeks an additional 30 days within which to respond to the plaintiff's complaint.

2

5. I contacted plaintiff, Matthew Borowski, who kindly consented to this request for a 30 day extension of time to respond to the complaint.

6. For the foregoing reasons, the defendant respectfully requests that this Court extend the date by which defendant may respond to the complaint for an additional 30 days to May 27, 2023.

DATED: Buffalo, New York, April 27, 2023

S/MARY K. ROACH
Assistant U.S. Attorney