UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,

                Plaintiff,

vs.

                                                    23-cv-257

U.S. CUSTOMS AND BORDER PROTECTION,

                Defendant.
_____

## NOTICE OF MOTION TO DISMISS

       Defendant, U.S. Customs and Border Protection, by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, and Mary K. Roach, Assistant United States Attorney, of counsel, will move at a date and time to be established by the Court for an Order dismissing the claims in the Complaint against it for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), and for such other and further relief as to the Court seems just and proper.

       In support of the motion, the United States relies on the Memorandum of Law filed herewith and the Declarations of Michael J. Millich and Patrick A. Howard, together with the pleadings in this action.

       **PLEASE TAKE FURTHER NOTICE** that Defendant intends to file and serve reply papers.  Therefore, pursuant to Local Rule 7.1(c) any papers in opposition to this motion must

be filed and served at least eight (8) business days prior to the return date of this motion, or as otherwise ordered by the Court.

DATED: Buffalo, New York, May 26, 2023

                                      Respectfully submitted,

                                      TRINI E. ROSS
                                      United States Attorney

BY:    S/MARY K. ROACH
          Assistant United States Attorney
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202
          716-843-5866
          Mary.K.Roach@usdoj.gov