UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI

Plaintiff, 23-CV-257

v.

U.S.
CUSTOMS AND BORDER
PROTECTION

Defendant.

**DECLARATION OF MICHAEL J. MILLICH**

I, Michael J. Millich, hereby state as follows:

1. I am currently the Director of Trusted Traveler Programs, Admissibility and Passenger Programs, Office of Field Operations ("OFO"), U.S. Customs and Border Protection ("CBP"), U.S. Department of Homeland Security ("DHS"). I began my career in 1998 and I have been employed in my current role as the Director of Trusted Traveler Programs since December 19, 2021. During my 25-year career, I have held various leadership positions in addition to my current role as Director, to include the Acting Director Border Security at the Buffalo Field Office, the Border Security Coordinator at the Buffalo Field Office, the Acting Director of the Enforcement Policy Division and Watch Commander and Chief Watch Commander at the National Targeting Center-Passenger and Program Manager with the Electronic System for Travel Authorization Program.

2. In my role as the Director of Trusted Traveler Programs, I am charged with establishing policy to ensure that individuals who apply for participation in any of CBP's Trusted Traveler Programs ("TTPs") meet all qualifications for the program and do not pose a risk to the United States. I am therefore responsible for executing the mission of CBP and, in particular, OFO.

The CBP mission includes the enforcement of the customs, immigration, and agriculture laws of the United States and hundreds of other laws on behalf of numerous federal agencies. OFO is the primary CBP office responsible for securing the U.S. border at ports of entry ("POEs) and preclearance locations outside the United States, while facilitating lawful international trade and travel. Among other things, OFO is responsible for coordinating and directing the enforcement activities of CBP at POEs to deter and prevent terrorists and criminals from entering the United States. TTPs are a key part of CBP's law enforcement mission and are specifically designed to facilitate lawful travel by low-risk travelers.

3. I am familiar with the complaint filed in *Borowski v. U.S. Customs and Border Protection*, Civ. A. No. 23-257 (W.D.N.Y.) and plaintiff Matthew Borowski's claims therein.

4. The purpose of this declaration is to provide background on CBP's TTPs and plaintiff's application for NEXUS.

**CBP's Trusted Traveler Programs**

5. The Admissibility and Passenger Programs Office ("APP") within OFO is responsible for overseeing the Trusted Traveler Programs Office. The Trusted Traveler Programs Office is responsible for the operation of all aspects of the TTPs, including drafting and determining policy for membership eligibility.

6. TTPs are voluntary membership programs operated by CBP that provide pre-approved, low-risk travelers with facilitated entry processing into the U.S. through dedicated lanes and processing technology such as kiosks. CBP operates the following TTPs: Global Entry; NEXUS; Secure Electronic Network for Travelers Rapid Inspection ("SENTRI"); and the trusted traveler/trusted shipper program, Free and Secure Trade ("FAST") for commercial drivers.

7. Enrollment in any of these programs enables CBP to expedite the inspection process for pre-vetted low-risk travelers, allowing CBP to focus resources toward providing additional scrutiny to individuals who may present a higher risk to the U.S. Low-risk travelers are directed to dedicated lanes or processing technology, as applicable, for facilitated entry processing; unless the traveler has items to declare, there is a specific enforcement issue to address, or he/she is discretionally selected or randomly selected for a secondary referral for further processing.

8. NEXUS, a bilateral arrangement between CBP and the Canada Border Services Agency ("CBSA"),[1] allows its members traveling between the U.S. and Canada to take advantage of facilitated entry processing by U.S. and Canadian officials through dedicated commuter lanes (DCLs) at select land border ports of entry.[2] NEXUS members may use NEXUS kiosks at select airports when entering Canada and Global Entry kiosks at select airports when entering the U.S.[3] Facilitated entry processing is also available at certain marine ports of entry.[4] NEXUS is a reciprocal program that requires that applicants are interviewed by officers from both CBP and the CBSA and approved independently by each agency.[5]

9. All applicants for NEXUS membership must complete and submit an application through the Trusted Traveler Program website (https://ttp.cbp.dhs.gov) and submit payment of a non-refundable application fee.[6] CBP processes all applications submitted for a determination of admissibility and checks the information against various government databases. Both Canada and the U.S. conduct independent risk assessments. The applicant must clear vetting by both countries to receive conditional approval for NEXUS. A conditionally approved NEXUS

---

[1] *See* 8 U.S.C. § 1753.
[2] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/benefits-nexus.
[3] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/benefits-nexus.
[4] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/benefits-nexus.
[5] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/nexus-eligibility.
[6] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/how-apply.

applicant must then schedule an independent in-person interview with CBP and CBSA officers. The final approval for NEXUS membership is contingent on the final decisions regarding the CBP and CBSA vetting of the application, the submission of fingerprints, and the results of the CBP and CBSA interviews. The memberships are valid for five years, after which the member must re-apply and undergo renewal vetting and may require an interview.[7] This vetting, like the initial processing, includes checks of various government databases. In addition, all members are vetted against a set of law enforcement databases on a recurrent basis, which could also identify information that may lead to the revocation of membership before the membership expiration date. Based on the specifics of the application, approvals, denials, and revocations can be carried out at multiple points in the enrollment spectrum.

10. Eligibility criteria for NEXUS are set forth by Federal Register Notices and on CBP's official website.[8]

11. Absent any disqualifying factors, U.S. citizens, U.S. nationals, and U.S. lawful permanent residents ("LPRs"), Canadian citizens, Canadian lawful permanent residents and Mexican nationals who are members of Mexico's trusted traveler program (Viajero Confiable) are eligible to apply for membership in the NEXUS program.[9]

12. Individuals may be denied membership in NEXUS if either CBP or CBSA, at their respective discretion, determines that the traveler is not sufficiently low risk or otherwise does not meet program requirements. An individual may meet application eligibility criteria, *i.e.*, be a U.S. or Canadian citizen or a U.S. or Canadian LPR and possess valid identification for travel

---

[7] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/renew-nexus.

[8] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/nexus-eligibility; *see also*, Utilization of Global Entry Kiosks by NEXUS and SENTRI Participants, 75 Fed. Reg. 82202, 82202 (December 29, 2010);.

[9] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/nexus-eligibility.

between the U.S. and Canada, a NEXUS application.[10] Denial of an application by either country will prevent an individual from participating in the NEXUS program.[11] For CBP, an individual may be deemed ineligible for NEXUS if the applicant:

- Provides false or incomplete information on the application;
- Has been convicted of any criminal offense or have pending criminal charges, including outstanding warrants (to include driving under the influence);
- Has been found in violation of any customs, immigration or agriculture regulations or laws in any country;
- Is the subject of an ongoing investigation by any federal, state or local law enforcement agency;
- Has been denied for the purchase of a firearm;
- Has received a criminal pardon from any country;
- Is inadmissible to the U.S. under immigration regulation, including applicants with approved waivers of inadmissibility or parole documentation; or if they
- Cannot satisfy CBP of his or her low-risk status.[12]

13. CBP determines whether an initial applicant meets eligibility requirements for membership by conducting an in-person interview and checking the information provided by the applicant against information contained in various law enforcement databases. CBP uses the interview, and information contained in its law enforcement databases to inform its low-risk determination. This includes information relating to previous encounters with the applicant. This

[10] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/nexus-eligibility.
[11] *See* https://www.cbp.gov/travel/trusted-traveler-programs/nexus/nexus-eligibility.
[12] https://www.cbp.gov/travel/trusted-traveler-programs/nexus/nexus-eligibility; *see also* Utilization of Global Entry Kiosks by NEXUS and SENTRI Participants, 75 Fed. Reg. 82202, 82202 (December 29, 2010).

assessment includes an analysis of whether the applicant will be compliant with the laws enforced by CBP and the directions provided by CBP officers.

14. If CBP determines that an initial applicant or an applicant for renewal is not qualified for membership, CBP will deny the application.

15. Further, CBP conducts recurrent vetting for all enrolled members and will revoke an individual's membership if CBP becomes aware that disqualifying factors exist for an active TTP member. The denial of an application, application for renewal, or revocation of membership in NEXUS only impacts an individual's ability utilize dedicated trusted traveler processing lanes and processing technology to travel between the U.S. and Canada.

16. If an applicant believes that CBP's decision is based on incomplete or incorrect information, he or she may seek redress by submitting a request for reconsideration to the CBP Ombudsman. The Ombudsman will review the decision to deny or revoke membership and any additional substantive information the applicant provides and will decide whether approval or reinstatement is warranted.

**Mr. Borowski's NEXUS Membership**

17. Mr. Borowski submitted his initial application for NEXUS membership on or about November 13, 2011. Exhibit 1. His application was approved, and he was enrolled in NEXUS on or about January 3, 2012.

18. Following an inspection in December 2013, Mr. Borowski's membership was revoked on December 16, 2013.

19. Mr. Borowski sought review by the CBP Ombudsman, who granted discretionary consideration, and his NEXUS membership was restored on or about April 25, 2014.

20. Mr. Borowski applied to renew his membership on or about August 25, 2017. Exhibit 2. His application was approved, effective on or about September 17, 2017.

21. Plaintiff again applied to renew his membership on or about May 26, 2022. Exhibit 3. CBP denied this application on December 20, 2022, after conducting a risk assessment. CBP determined that Mr. Borowski did not meet program eligibility requirements, based on the vetting, which included review of information in CBP's law enforcement databases. This decision was communicated to Mr. Borowski via two letters dated December 20, 2022, one revoking his membership, and one denying the renewal of his membership. Exhibits 4 and 5.

22. The letter revoking Mr. Borowski's membership in NEXUS advised him that if he believed that the decision was based on incomplete or inaccurate information, he may request reconsideration through his Trusted Traveler Programs account dashboard. He was also informed that the review by the Ombudsman would be based upon the information provided by plaintiff. *See* Exhibit 5.

23. Mr. Borowski electronically submitted a request for reconsideration to the TTP Ombudsman on December 20, 2022, without attachments. The request for reconsideration consisted of the following statement: "I have been a member of NEXUS for ten years and have never violated any regulations. I am an attorney licensed in both the U.S. and Canada. The only thing that I can thing [sic] of might be that the application erroneously did not store my drivers license information, which is [] issued by Ontario and expiring 20251101. I am an attorney licensed in NY and Ontario and cross border daily for work. I want to know why I was denied."

24. After review, the TTP Ombudsman sustained the denial on April 12, 2023. This decision was communicated to Mr. Borowski via a letter dated April 12, 2023. Exhibit 6.

25. As previously stated, this denial does not preclude Mr. Borowski from traveling between the United States and Canada.

26. I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Michael J. Millich
Director, Trusted Traveler Programs
Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection

# EXHIBIT 1



GLOBAL ENROLLMENT SYSTEM (GES)

Welcome | Search | Create | Reports | Administration

Text Only




Create > GES Application

Help Logout

**Application Description**

Back to Request page

**Application ID:**
**Request Type:** Initial Enrollment
**Enrollment POE:**
**AIS Program:** NEXUS
**Reason:**
**Application Origin:** GOES

**Biographic**

**PASSID:**
**First Name:**
**Middle Name:**
**Last Name:**
**Maternal Name:**
**Other Last Names:**
**Nick Names:**
**Birth Country:**
**Birth State/Province:**
**Birth City:**
**Primary Citizenship:**
**Other Citizenship:**
**Residence:**
**Primary Residence:**
**E-mail Address:**
**Scars:**

**GEC Number:**
**Birth Date:**
**Gender:**
**Height:**
**Eye Color:**
**Hair Color:**
**Language Preference:**
**Employment Status:**
**Occupation:**
**Unemployment Date:**
**Permanent Residence:**

**Address**

**ResidentialAddress**
**Effective Date:**
**Street:**
**City:**
**State/Province:**
**Country:**
**Postal Code:**
**Colonia/Neighborhood:**
**Cell Phone Number:**

**ResidentialAddress**

Effective Date:

Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood:

ResidentialAddress
Effective Date:

Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood:

Employment

---

Employment Status: Occupation:
Name:
Effective Date:
Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood: Employment Description:
Phone Number: Zone:

Employment Status: Occupation:
Name:
Effective Date:

Street:
City: State/Province:
Country: Postal Code:

Colonia/Neighborhood: Employment Description:
Phone Number: Zone:

Document

---

Type: Document Number:
Issue Date: Expiration Date:
First Name: Birth Date:
Last Name:
Maternal Name:
Issue Country: State/Province:
Class of Admission:
A Number: Registry Group:
Proof of Admissibility: Proof of Citizenship:

Proof of Residency: [redacted]
Proof Country: [redacted]
Enhanced Drivers License:
Commercial Drivers License:
Hazardous Materials:
MRZ Certification:

Type: [redacted]
Document Number: [redacted]
Issue Date:
Expiration Date:
First Name: [redacted]
Last Name:
Birth Date: [redacted]
Maternal Name:
Issue Country: [redacted]
State/Province:
Class of Admission:
A Number:
Registry Group:
Proof of Admissibility: [redacted]
Proof of Citizenship: [redacted]
Proof of Residency: [redacted]
Proof Country:
Enhanced Drivers License:
Commercial Drivers License:
Hazardous Materials:
MRZ Certification:

Type: [redacted]
Document Number: [redacted]
Issue Date:
Expiration Date: [redacted]
First Name: [redacted]
Last Name:
Birth Date:
Maternal Name:
Issue Country: [redacted]
State/Province: [redacted]
Class of Admission:
A Number:
Registry Group:
Proof of Admissibility: [redacted]
Proof of Citizenship: [redacted]
Proof of Residency: [redacted]
Proof Country:
Enhanced Drivers License: [redacted]
Commercial Drivers License:
Hazardous Materials:
MRZ Certification:

**Conveyance**

---

**Question/Answer**

---

Have you ever been convicted of an offense in any country for which you have not received a pardon?

Question Answer: [redacted] 

Remarks:
Country:

Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency?
Question Answer:
Remarks:
Country:

Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity?
Question Answer:
Remarks:
Country:

Have you ever been found in violation of customs or immigration laws or other federal import laws?
Question Answer:
Remarks:
Country:

Have you ever been convicted of a criminal offense in the United States or any other country?
Question Answer:
Remarks:
Country:

Have you ever been found in violation of customs laws?
Question Answer:
Remarks:
Country:

Have you ever been found in violation of immigration laws?
Question Answer:
Remarks:
Country:

**Travel History**

---

Countries visited in the last 5 years:



# EXHIBIT 2



[redacted]

GLOBAL ENROLLMENT SYSTEM (GES)

Homeland Security

Welcome | Search | Create | Reports | Administration

Text Only

Create > GES Application

Help | Logout

## Application Description

Back to Request page

Application ID: [redacted] AIS Program: NEXUS
Request Type: Renewal Reason:
Enrollment POE: [redacted] Application Origin: [redacted]

## Biographic

PASSID: [redacted]
First Name:
Middle Name:
Last Name:
Maternal Name:
Other Last Names:
Nick Names:
Birth Country: [redacted]
Birth State/Province: [redacted]
Birth City: [redacted]
Primary Citizenship: [redacted]
Other Citizenship:
Residence:
Primary Residence:
E-mail Address: [redacted]
Scars:

GEC Number: [redacted]
Birth Date: [redacted]
Gender: [redacted]
Height: [redacted]
Eye Color:
Hair Color:
Language Preference: [redacted]
Employment Status: [redacted]
Occupation: [redacted]
Unemployment Date:
Permanent Residence:

## Address

ResidentialAddress Effective Date: [redacted]

Street: [redacted]
City:
Country:
State/Province: [redacted]
Postal Code: [redacted]
Colonia/Neighborhood:

ResidentialAddress

Effective Date:

Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood:

ResidentialAddress
Effective Date:

Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood:

ResidentialAddress
Effective Date:

Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood:

ResidentialAddress
Effective Date:

Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood:
Home Phone Number:

MailingAddress
Effective Date: -
Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood:



Employment

---

Employment Status: Occupation:
Name:
Effective Date:

Street:
City: State/Province:
Country: Postal Code:
Colonia/Neighborhood: Employment Description:
Phone Number: Zone:

Employment Status: Occupation:

Name:
Effective Date:

Street:
City:
Country:
Colonia/Neighborhood:

Phone Number:

State/Province:
Postal Code:
Employment Description:
Zone:

Document

---

Type:

Issue Date:
First Name:
Last Name:
Maternal Name:
Issue Country:
Class of Admission:
A Number:
Proof of Admissibility:
Proof of Residency:
Enhanced Drivers License:
Hazardous Materials:

Document Number:
Expiration Date:
Birth Date:

State/Province:

Registry Group:
Proof of Citizenship:
Proof Country:

Commercial Drivers License:
MRZ Certification:

Type:

Issue Date:
First Name:
Last Name:
Maternal Name:
Issue Country:
Class of Admission:
A Number:
Proof of Admissibility:
Proof of Residency:
Enhanced Drivers License:
Hazardous Materials:

Document Number:
Expiration Date:
Birth Date:

State/Province:

Registry Group:
Proof of Citizenship:
Proof Country:

Commercial Drivers License:
MRZ Certification:

Type:

Issue Date:

Document Number:
Expiration Date:



**First Name:** [redacted]
**Last Name:** [redacted]
**Maternal Name:**
**Birth Date:** [redacted]
**Issue Country:** [redacted]
**State/Province:** [redacted]
**Class of Admission:**
**A Number:**
**Registry Group:**
**Proof of Admissibility:**
**Proof of Citizenship:**
**Proof of Residency:**
**Proof Country:**
**Enhanced Drivers License:**
**Commercial Drivers License:**
**Hazardous Materials:**
**MRZ Certification:**

**Conveyance**

---

**Question/Answer**

---

Have you ever been convicted of an offense in any country for which you have not received a pardon?
Question Answer: [redacted]
Remarks:
Country:

Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency?
Question Answer: [redacted]
Remarks:
Country:

Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity?
Question Answer: [redacted]
Remarks:
Country:

Have you ever been found in violation of customs or immigration laws or other federal import laws?
Question Answer: [redacted]
Remarks:
Country:

**Travel History**

---

# EXHIBIT 3



GLOBAL ENROLLMENT SYSTEM (GES)

Welcome | Search | Create | Reports | Administration

Text Only




Create > GES Application

Help | Logout

**Application Description**

Back to Request page

| | | | |
|---|---|---|---|
| **Application ID:** | | **AIS Program:** | NEXUS |
| **Request Type:** | Renewal | **Reason:** | |
| **Enrollment POE:** | | **Application Origin:** | GOES |

**Biographic**

| | | | |
|---|---|---|---|
| **PASSID:** | | **GEC Number:** | |
| **First Name:** | | | |
| **Middle Name:** | | | |
| **Last Name:** | | **Birth Date:** | |
| **Maternal Name:** | | **Gender:** | |
| **Other Last Names:** | | **Height:** | |
| **Nick Names:** | | **Eye Color:** | |
| **Birth Country:** | | **Hair Color:** | |
| **Birth State/Province:** | | **Language Preference:** | |
| **Birth City:** | | **Employment Status:** | |
| **Primary Citizenship:** | | **Occupation:** | |
| **Other Citizenship:** | | **Unemployment Date:** | |
| **Residence:** | | | |
| **Primary Residence:** | | **Permanent Residence:** | |
| **E-mail Address:** | | | |
| **Scars:** | | | |

**Address**

| | | | |
|---|---|---|---|
| **ResidentialAddress Effective Date:** | | | |
| **Street:** | | | |
| **City:** | | **State/Province:** | |
| **Country:** | | **Postal Code:** | |
| **Colonia/Neighborhood:** | | | |
| **Work Phone Number:** | | | |

| | |
|---|---|
| **MailingAddress Effective Date:** | |




Street:
City:
Country:

State/Province:
Postal Code:

Colonia/Neighborhood:

**Employment**

---

Employment Status:
Name:
Effective Date:
Street:
City:
Country:

Occupation:

State/Province:
Postal Code:

Colonia/Neighborhood:

Employment Description:

Phone Number:

Zone:

Employment Status:
Name:
Effective Date:

Occupation:

Street:
City:
Country:
Colonia/Neighborhood:

State/Province:
Postal Code:
Employment Description:

Phone Number:

Zone:

**Document**

---

Type:

Document Number:

Issue Date:
First Name:
Last Name:
Maternal Name:

Expiration Date:
Birth Date:

Issue Country:

State/Province:

Class of Admission:
A Number:

Registry Group:

Proof of Admissibility:

Proof of Citizenship:

Proof of Residency:

Proof Country:

Enhanced Drivers License:

Commercial Drivers License:

Hazardous Materials:

MRZ Certification:

Type:

Document Number:



| | | | |
|---|---|---|---|
| **Issue Date:** | | **Expiration Date:** | |
| **First Name:** | | **Birth Date:** | |
| **Last Name:** | | | |
| **Maternal Name:** | | | |
| **Issue Country:** | | **State/Province:** | |
| **Class of Admission:** | | | |
| **A Number:** | | **Registry Group:** | |
| **Proof of Admissibility:** | | **Proof of Citizenship:** | |
| **Proof of Residency:** | | **Proof Country:** | |
| **Enhanced Drivers License:** | | **Commercial Drivers License:** | |
| **Hazardous Materials:** | | **MRZ Certification:** | |

| | | | |
|---|---|---|---|
| **Type:** | | **Document Number:** | |
| **Issue Date:** | | **Expiration Date:** | |
| **First Name:** | | **Birth Date:** | |
| **Last Name:** | | | |
| **Maternal Name:** | | | |
| **Issue Country:** | | **State/Province:** | |
| **Class of Admission:** | | | |
| **A Number:** | | **Registry Group:** | |
| **Proof of Admissibility:** | | **Proof of Citizenship:** | |
| **Proof of Residency:** | | **Proof Country:** | |
| **Enhanced Drivers License:** | | **Commercial Drivers License:** | |
| **Hazardous Materials:** | | **MRZ Certification:** | |

**Conveyance**

---

**Question/Answer**

---

Have you ever been convicted of an offense in any country for which you have not received a pardon?

Question Answer:



Remarks:

Country:

Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency?

Question Answer: ■
Remarks:
Country:

Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity?
Question Answer: ■
Remarks:
Country:

Have you ever been found in violation of customs or immigration laws or other federal import laws?
Question Answer: ■
Remarks:
Country:

**Travel History**

---

# EXHIBIT 4



U.S. Customs and Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

Print




Dec 20, 2022

NTC-P TTV
--
Sterling, VA 20164
US

MATTHEW BOROWSKI
4343 UNION RD
BUFFALO, NY 142252337
US

RE: Your NEXUS Program Membership #982419666

Dear MATTHEW BOROWSKI:

Thank you for your application to the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been disapproved for the following reason(s):

Other
    You do not meet program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter
2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,

Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection

# EXHIBIT 5




U.S. Customs and Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

Print




Dec 20, 2022

BUFFALO ENROLLMENT CENTER
10 Central Avenue
Fort Erie, ON L2A6C6
CA

MATTHEW BOROWSKI
4343 UNION RD
BUFFALO, NY 142252337
US

RE: Your NEXUS Program Membership #982419666

Dear MATTHEW BOROWSKI:

Thank you for your participation in the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been revoked for the following reason(s):

You do not meet program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter

2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,

Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection

# EXHIBIT 6

Official Trusted Traveler Program Website | Department of Homeland Security


U.S. Customs and Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

Print




Apr 12, 2023

MATTHEW BOROWSKI
4343 UNION RD
BUFFALO, NY 142252337
US

RE: Your NEXUS Program Membership #982419666

Dear MATTHEW BOROWSKI:

Thank you for your interest in the NEXUS program of U.S. Customs and Border Protection (CBP).

A review of your membership by the CBP Ombudsman has been completed. Based on the information you provided, it has been determined that no change is warranted at this time. Please be mindful that being denied from participating in the NEXUS program does not prohibit you from being able to travel.

If you do not know why you were denied, then you will need to submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws. For additional information about filing a FOIA request with CBP, please visit our website: http://www.cbp.gov/site-policy-notices/foia. Additional program information is available through the Trusted Traveler Program (TTP) application website: https://ttp.dhs.gov.

Sincerely,

Ombudsman
U.S. Customs and Border Protection