UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI

                              Plaintiff,                        23-CV-257

v.

U.S.
CUSTOMS AND BORDER
PROTECTION

                              Defendant.
_____

## DECLARATION OF PATRICK A. HOWARD

I, Patrick A. Howard, hereby state as follows:

1. I am a Branch Chief within the Freedom of Information Act Division (FOIA Division) at U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I have been a Branch Chief in the FOIA Division since February 8, 2015. In this capacity, I oversee a staff of Government Information Specialists (GIS), involved in the processing of requests for records submitted to CBP pursuant to FOIA, 5 U.S.C. § 552, the Privacy Act (PA), 5 U.S.C. § 552a, and other activities conducted pursuant to applicable records access provisions.

2. I am familiar with CBP's procedures for responding to FOIA requests. I provide technical and administrative supervision and direction to a group of FOIA specialists in processing FOIA requests, and I assist with FOIA/PA litigation matters. I am personally familiar with the processing of FOIA/PA responses, including, at times, by directly reviewing for adequacy and compliance with federal laws and regulations.

3. I am familiar with the December 22, 2022 FOIA request submitted by Matthew Borowski to CBP.

4. The statements I make in this declaration are based upon my personal knowledge, which includes knowledge acquired through information furnished to me in the course of my official duties and agency files that I personally reviewed in the course of my official duties.

5. CBP is a law enforcement agency comprised of more than 60,000 employees charged with enforcing hundreds of Federal statutes. Approximately 45,000 of those employees are armed law enforcement officers engaged in carrying out CBP's expansive border security mission (U.S. Border Patrol Agents, CBP Officers, and CBP Air and Marine Agents).

6. Broadly, the FOIA Division at CBP reviews FOIA requests, determines whether responsive records exist, and, if so, whether they can be released in accordance with the FOIA. In processing such requests, the FOIA Division consults with CBP personnel and, when appropriate, with other components in the Department of Homeland Security (DHS), as well as other Executive Branch agencies.

7. Generally speaking, when CBP receives a FOIA request that reasonably describes the records requested and complies with the Agency's rules governing the procedures for FOIA requests, CBP initially must search for, and retrieve, potentially responsive records.

8. Once CBP has completed its search and located potentially responsive records, it must process them for release. Processing records requires: (1) reviewing records for responsiveness to the request, and (2) reviewing responsive records to excise and withhold information that falls within any one of the FOIA's nine statutory exemptions from disclosure. See 5 U.S.C. § 552(b).

9. In order to review responsive records for information exempt from disclosure, a CBP FOIA processor must (1) meticulously examine, line-by-line, each responsive page to identify potential redactions, (2) apply redactions (if necessary), and (3) individually label each redaction

(which could be a name, email address or phone number, a single word or phrase, or substantial portions of a document), with the applicable exemption or exemptions.

10. Plaintiff's December 22, 2022 FOIA request asked for: "All documents, records, information, database entries, or any other electronically stored information (ESI), papers, notes, documents pertaining to the Trusted Traveler Program application(s), renewals, revocations, denials, for MATTHEW BOROWSKI with NEXUS Program Membership #982419666, relating to the denial/revocation dated December 20, 2022 including reason(s) for denial. I also request any and all notes, documents, derogatory information, information about any purported violations, and/or entries in CBP Databases that were consulted or used as a basis for the denial."

11. On April 21, 2023 the FOIA Division searched for responsive documents, by searching Traveler Record databases for encounters, entry and exit records and all documents pertaining to the Trusted Traveler Program.

12. This search resulted in 251 responsive pages. These documents were processed as described above.

13. On May 25, 2023 the responsive documents were provided to Mr. Borowski.

14. I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Patrick Howard*

Patrick A. Howard
Branch Chief, FOIA Division
Privacy and Diversity Office
Office of the Commissioner