UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                Plaintiff,

v.

                                                            23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING

**PLEASE TAKE NOTICE** that defendant, Customs and Border Protection, by its attorney, Mary K. Roach, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, hereby moves this Court for an order extending the date by which defendant may respond to the amended complaint to July 24, 2023. Defendant's motion is supported by the accompanying declaration of Mary K. Roach. Plaintiff, Matthew Borowski, has no objection to the relief sought in this motion.

**PLEASE TAKE NOTICE** that the motion will be heard at a date, time and location to be set by the Court.

DATED:    Buffalo, New York, July 3, 2023

                                                  Respectfully Submitted,

                                                  TRINI E. ROSS
                                                  United States Attorney

                        BY:    S/MARY K. ROACH
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office
                                  Western District of New York
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  716-843-5866

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,

                    Plaintiff,

v.                                          23-cv-257

CUSTOMS AND BORDER PROTECTION,

                    Defendant.
_____

## DECLARATION

**MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

1.     I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

2.     I represent the defendant Customs and Border Protection in this action which arises out of a revocation of Plaintiff's NEXUS membership. Plaintiff has brought claims under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA).

3.     After the Defendant moved to dismiss the complaint (Dkt. #7), Plaintiff filed an amended complaint (Dkt. #9). The amended complaint asserts constitutional tort and common law tort claims, in addition to claims under FOIA and the APA. The defendant's response to the amended complaint is due on July 5, 2023.

4.     The United States Attorney's Office is in the process of preparing a motion to dismiss the constitutional and common law tort claims. Therefore, the defendant seeks an

additional 19 days within which to respond to the amended complaint.

5.   I contacted plaintiff, Matthew Borowski, who has no opposition to this request for an extension of time to respond to the amended complaint.

6.   For the foregoing reasons, the defendant respectfully requests that this Court extend the date by which defendant may respond to the amended complaint to July 24, 2023.

DATED:  Buffalo, New York, July 3, 2023

                                                S/MARY K. ROACH
                                                Assistant U.S. Attorney