UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                Plaintiff,

vs.

                                                      23-cv-257

U.S. CUSTOMS AND BORDER PROTECTION,

                Defendant.

### NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO MOVE FOR SUMMARY JUDGMENT AS TO THE FOIA CLAIM ASSERTED IN THE SECOND CAUSE OF ACTION

      Defendant, U.S. Customs and Border Protection, by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, and Mary K. Roach, Assistant United States Attorney, of counsel, will move at a date and time to be established by the Court for an Order dismissing the First, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Causes of Action in the Amended Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), and for an order extending the time within which defendant may move for summary judgment as to the claim under the Freedom of Information Act (FOIA) asserted in the Second Cause of Action to October 16, 2023, and for such other and further relief as to the Court seems just and proper.

      In support of the motion, the United States relies on the Memorandum of Law filed herewith and the Declarations of Mary K. Roach, Michael J. Millich, Patrick A. Howard and Diana R. Meyer together with the pleadings in this action.

      **PLEASE TAKE FURTHER NOTICE** that Defendant intends to file and serve reply papers. Therefore, pursuant to Local Rule 7.1(c) any papers in opposition to this motion must

be filed and served at least eight (8) business days prior to the return date of this motion, or as otherwise ordered by the Court.

DATED:    Buffalo, New York, July 21, 2023

                                         Respectfully submitted,

                                         TRINI E. ROSS
                                         United States Attorney

BY:    s/MARY K. ROACH
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716-843-5866
       Mary.K.Roach@usdoj.gov