UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,

                            Plaintiff,

     v.                                              23-cv-257

CUSTOMS AND BORDER PROTECTION,

                            Defendant.
_____

### DECLARATION

      **MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

      1.      I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

      2.      I represent the defendant Customs and Border Protection in this action which arises out of a revocation of Plaintiff's NEXUS membership. Plaintiff has brought claims under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA"), and he asserts common law and constitutional tort claims against Customs and Border Protection ("CBP").

      3.      I make this declaration in support of defendant's motion for an enlargement of time within which to answer or otherwise move with respect to the Second Cause of Action asserted in the Amended Complaint.

      4.      The Second Cause of Action asserts that a FOIA response provided to plaintiff was heavily redacted and that numerous documents were missing. It is alleged that CBP wrongfully withheld requested records from plaintiff. Amended Complaint, ¶¶ 81-83.

      5.      Defendant seeks an enlargement of time to October 16, 2023 so that the

government can prepare and file a dispositive motion as to the FOIA claims asserted in the Second Cause of Action.

6. Summary judgment is available to the Defendant in a FOIA case when the agency proves that it has fully discharged its obligations under FOIA. *See,* Memorandum of Law filed herewith, pp. 14-15. Agencies establish that all of their obligations under the FOIA have been met by submitting declarations and *Vaughn* indexes. *Id.* A *Vaughn* index identifies each document withheld, the statutory exemption claimed and how disclosure would damage the interests protected by that exemption. *Id.*

7. CBP's Office of Chief Counsel will need to work with the FOIA Division at CBP to compile this Vaughn index and supporting declarations(s). Therefore, the Government requests an extension of time to October 16, 2023, to move for summary judgment as to the FOIA claim asserted in the Second Cause of Action of the Amended Complaint.

DATED: Buffalo, New York, July 21, 2023

                                                                             S/MARY K. ROACH
                                                                             Assistant U.S. Attorney