UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI

                         Plaintiff,                           23-CV-257

v.

U.S. CUSTOMS AND BORDER
PROTECTION

                         Defendant.
_____


**<u>DECLARATION OF DIANA R. MEYER</u>**

I, Diana R. Meyer, declare as follows:

1.       I am currently employed by U.S. Customs and Border Protection ("CBP") as a Paralegal Specialist with the Office of Assistant Chief Counsel, Buffalo, New York. I have worked in this office in an administrative support capacity since May 7, 2012.

2.       This declaration is based on my personal knowledge, review of the business records available, and information provided to me as part of my official duties.

3.       CBP maintains an electronic database where all CBP cases, including administrative tort claims, are maintained.

4.       As a result of my position as a Paralegal Specialist, I am familiar with this CBP database.

5.       I have personally searched the CBP database, and there are no administrative tort claims in the CBP database filed by on or behalf of Plaintiff Matthew Borowski.

6.     To the best of my knowledge and belief, no administrative tort claim for personal injuries has been filed with CBP by or on behalf of Plaintiff Matthew Borowski related to the allegations identified in his complaint.

7.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of July 2023 in Buffalo, New York.

_____
Diana R. Meyer
Paralegal Specialist
Office of Assistant Chief Counsel
726 Exchange Street, Suite 406
Buffalo, New York 14210
(716) 843-8486

2