UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

MATTHEW BOROWSKI,

                Plaintiff,

v.

                                            23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## **<u>CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE AND REPLY IN CONNECTION WITH MOTION TO DISMISS</u>**

**PLEASE TAKE NOTICE** that defendant, Customs and Border Protection, by its attorney, Mary K. Roach, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, hereby moves this Court for an order extending the date by which plaintiff may respond to the Motion to Dismiss the Amended Complaint to August 21, 2023, and extending the date by which defendant may reply in connection with the Motion to Dismiss the Amended Complaint to August 31, 2023, and for such other and further relief as to the Court seems just and proper.

Defendant's motion is supported by the accompanying declaration of Mary K. Roach and is made with the consent of plaintiff, Matthew Borowski.

**PLEASE TAKE NOTICE** that the motion will be heard at a date, time and location to be set by the Court.

DATED:    Buffalo, New York, August 9, 2023

                                                          Respectfully Submitted,

                                                          TRINI E. ROSS  
                                                          United States Attorney

BY:    S/MARY K. ROACH  
          Assistant U.S. Attorney  
          U.S. Attorney's Office  
          Western District of New York  
          138 Delaware Avenue  
          Buffalo, New York 14202  
          716-843-5866

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,

                      Plaintiff,

v.                                                    23-cv-257

CUSTOMS AND BORDER PROTECTION,

                      Defendant.
_____

## **DECLARATION**

**MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

1.      I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

2.      I represent the defendant Customs and Border Protection in this action which arises out of a revocation of Plaintiff's NEXUS membership. In his Amended Complaint, Plaintiff has brought claims under the Administrative Procedure Act ("APA"), and the Freedom of Information Act ("FOIA"). He also asserts common law and constitutional tort claims.

3.      On July 21, 2023, the Government filed a motion to dismiss the claims asserted in the Amended Complaint. Dkt. #13.

4.      On July 21, 2023, this Court issued a text order requiring that any responses to the motion to dismiss are due on or before August 11, 2023 and that replies are due on or before August 18, 2023. Dkt. #14.

3

5. I will be out of the office from August 11 to 21 in connection with a personal matter.

6. I contacted Mr. Borowski today and asked whether he would agree to a revised briefing schedule that provides that plaintiff's response to the Motion to Dismiss would be due by August 21 and the Government's reply would be due on August 31.

7. He kindly consented to my request.

Wherefore, it is respectfully requested that this Court enter an order extending the date by which plaintiff may respond to the Motion to Dismiss the Amended Complaint to August 21, 2023, and extending the date by which defendant may reply in connection with the Motion to Dismiss the Amended Complaint to August 31, 2023, and for such other and further relief as to the Court seems just and proper.

DATED: Buffalo, New York, August 9, 2023

S/MARY K. ROACH
Assistant U.S. Attorney