UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                Plaintiff,

v.

                                                23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## NOTICE OF CONSENT MOTION AND CONSENT MOTION FOR MODIFICATION OF CASE MANAGEMENT ORDER

**PLEASE TAKE NOTICE** that defendant, Customs and Border Protection, by its attorney, Mary K. Roach, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, hereby moves this Court for an order modifying the Scheduling Order filed in connection with this matter on October 17, 2023 (Dkt. 20).

Defendant's motion is supported by the accompanying declaration of Mary K. Roach and is made with the consent of plaintiff, Matthew Borowski.

**PLEASE TAKE NOTICE** that the motion will be heard at a date, time and location to be set by the Court.

DATED:   Buffalo, New York, October 23, 2023

                Respectfully Submitted,

                TRINI E. ROSS
                United States Attorney

BY:  S/MARY K. ROACH
       Assistant U.S. Attorney
       U.S. Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716-843-5866

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                Plaintiff,

v.                                                             23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## DECLARATION

**MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

1. I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

2. I represent the defendant Customs and Border Protection in this action.

3. Defendant filed a motion for partial summary judgment on October 16, 2023. Dkt. 19.

4. On October 17, 2023, this Court issued a Scheduling Order with respect to that motion. Dkt. 20.

5. The Scheduling Order requires that plaintiff respond to defendant's motion for partial summary judgment by November 14, 2023, and that the defendant reply on or before November 28, 2023. A copy of the Scheduling Order is attached hereto as Exhibit A.

6. I will be on annual leave from November 13 through November 24. Therefore, I contacted Mr. Borowski and asked whether he would agree to a modification of the

Scheduling Order to provide that plaintiff would have until November 24, 2023 to respond to the motion and defendant would have until December 8, 2023 to reply.

7. Mr. Borowski kindly consented to my request.

WHEREFORE, I respectfully request, with the consent of plaintiff's counsel, that this Court modify the October 17, 2023 Scheduling Order and for such other and further relief as to the court seems just and proper.

DATED: Buffalo, New York, October 23, 2023

S/MARY K. ROACH
Assistant U.S. Attorney

# EXHIBIT A

KinMartin, Cheryl (USANYW)

| | |
|---|---|
| From: | webmaster@nywd.uscourts.gov |
| Sent: | Tuesday, October 17, 2023 3:46 PM |
| To: | Courtmail@nywd.uscourts.gov |
| Subject: | Activity in Case 1:23-cv-00257-EAW Borowski v. Customs and Border Protection Text Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. DISTRICT COURT

### U.S. District Court, Western District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/17/2023 at 3:45 PM EDT and filed on 10/17/2023
**Case Name:** Borowski v. Customs and Border Protection
**Case Number:** 1:23-cv-00257-EAW
**Filer:**
**Document Number:** 20(No document attached)

**Docket Text:**
**TEXT ORDER re [19] Motion for Partial Summary Judgment. Responses are due on or before November 14, 2023. Replies are due on or before November 28, 2023. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 10/17/2023. (CDH)**

1:23-cv-00257-EAW Notice has been electronically mailed to:

Mary K. Roach    mary.k.roach@usdoj.gov, CaseView.ECF@usdoj.gov, brigid.fulton@usdoj.gov, cheryl.kinmartin@usdoj.gov, lisa.nowak@usdoj.gov

Matthew K. Borowski    matthew@borowskilaw.com

1:23-cv-00257-EAW Notice has been delivered by other means to:

1