UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                Plaintiff,

  v.

                                                  23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

### CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN CONNECTION WITH MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that defendant, Customs and Border Protection, by its attorney, Mary K. Roach, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, hereby moves this Court for an order extending the date by which defendant may reply with respect to the Motion for Partial Summary Judgment (Dkt. 19) from December 8, 2023 to December 20, 2023, and for such other and further relief as to the Court seems just and proper.

   Defendant's motion is supported by the accompanying declaration of Mary K. Roach and is made with the consent of plaintiff, Matthew Borowski.

**PLEASE TAKE NOTICE** that the motion will be heard at a date, time and location to be set by the Court.

DATED:    Buffalo, New York, November 29, 2023

                                    Respectfully Submitted,

                                    TRINI E. ROSS
                                    United States Attorney

BY:    S/MARY K. ROACH
       Assistant U.S. Attorney
       U.S. Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716-843-5866

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,

                Plaintiff,

v.                                          23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.
_____

## DECLARATION

**MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

1. I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

2. I represent the defendant Customs and Border Protection in this action which arises out of a revocation of Plaintiff's NEXUS membership. In his Amended Complaint, Plaintiff brought claims under the Administrative Procedure Act and the Freedom of Information Act ("FOIA"). He also asserts common law and constitutional tort claims.

3. On October 16, 2023, defendant filed a Motion for Partial Summary Judgment seeking dismissal of the claims brought under FOIA. Dkt. #19.

4. Pursuant to a text order issued by this Court on October 23, 2023 (Dkt. # 22), the defendant's reply in connection with the motion is due on or before December 8, 2023.

5. I must be out of the office on December 7 and 8 and the agency attorney with whom I have been working will be out of the office during the week of December 4.

3

6.   I contacted Mr. Borowski and asked whether he would agree to a revised briefing schedule that provides that defendant's reply would be due by December 20, 2023.

7.   He kindly consented to my request.

Wherefore, it is respectfully requested that this Court enter an order extending the date by which defendant may reply with respect to the Motion for Partial Summary Judgment to December 20, 2023, and for such other and further relief as to the Court seems just and proper.

DATED:  Buffalo, New York, November 29, 2023

> S/MARY K. ROACH
> Assistant U.S. Attorney