

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*          *716/843-5700*
*138 Delaware Avenue*     *fax 716/551-3052*
*Buffalo, New York 14202*

December 12, 2023

<u>**VIA ECF**</u>
Hon. Elizabeth A. Wolford
United States District Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

      Re:    <u>Borowski v. Customs and Border Protection</u>
              23-CV-257

Dear Judge Wolford:

      I represent defendant Customs and Border Protection in this action.

      I am preparing a Reply Memorandum in connection with this case, and the length of the Reply Memorandum may exceed 10 pages.

      Pursuant to Local Rule 7(a)(2)(C), I respectfully request an extension of the page limit for the memoranda from 10 to 15 pages. This request is being made more than 7 days prior to the deadline for the filing of the Reply Memorandum, December 20, 2023.

      Thank you for your consideration.

                                      Very truly yours,

                                      TRINI E. ROSS
                                      United States Attorney

                    BY:    S/MARY K. ROACH
                            Assistant U.S. Attorney

MKR/ck
cc:    Matthew K. Borowski, Esq. (via ECF)