UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI

                              Plaintiff,                23-CV-257-EAW

v.

                                                           CASE MANAGEMENT ORDER

U.S. CUSTOMS AND BORDER PROTECTION

                              Defendant.
_____

      Pursuant to the order of Hon. Elizabeth A. Wolford referring the above case to me for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. ("Rule") 16(b) and Local Rule 16, it is ORDERED that:

      1.      In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution,[1] this case has been referred to mediation.

      2.      The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court no later than **April 26, 2024**. If the parties do not file a stipulation confirming their selection of a mediator by this deadline, the Court will select a mediator in accordance with Section 5.4(C)(2) of the ADR Plan.

      3.      The initial mediation session shall be held no later than **June 7, 2024**.

---

[1] A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

4. The Defendant shall file the Administrative Record on or before **May 15, 2024.**

5. Plaintiff shall file any motions to challenge or supplement the Administrative Record on or before **August 1, 2024.** If no motion to challenge or supplement the Administrative Record is made then Plaintiff shall file a motion for summary judgment on or before **August 1, 2024**.

6. If no motion to challenge or supplement the Administrative Record is made, the Defendant will file a cross-motion for summary judgment and response to Plaintiff's motion for summary judgment on or before **October 1, 2024.** If a motion to challenge or supplement the Administrative Record is filed, the Defendant shall file a cross-motion for summary judgment and response to Plaintiff's motion for summary judgment **sixty (60) days** after such motion is resolved.

7. If no motion to challenge or supplement the Administrative Record is made, Plaintiff shall file a reply, if any, and a response to Defendant's motion for summary judgment by **November 1, 2024.** If a motion to challenge or supplement the Administrative Record is filed, Plaintiff shall file a reply, if any, and a response to Defendant's cross-motion for summary judgment **thirty (30) days** after the filing of Defendant's cross motion for summary judgment and response to Plaintiff's motion for summary judgment.

8. If no motion to challenge or supplement the Administrative Record is made, Defendant shall file a reply, if any, by **December 2, 2024.** If a motion to challenge or supplement the Administrative Record is filed, Defendant shall file a reply, if any, **thirty (30) days** after the filing of Plaintiff's reply, if any, and response to Defendant's cross motion.

9. Dispositive motions shall be made returnable before the Hon. Elizabeth A. Wolford. The court will determine if oral argument on the motions is required and if so, set a date for oral argument.

**No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing good cause for the extension. The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party".** *Parker v. Columbia Pictures Industries*, **204 F.3d 326, 340 (2d Cir. 2000).**

**SO ORDERED**.

Dated: April 9, 2024
       Buffalo, NY

*/s/ Michael J. Roemer*
HON. MICHAEL J. ROEMER
United States Magistrate Judge