UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI

                Plaintiff,                23-CV-257

v.

U.S. CUSTOMS AND BORDER PROTECTION

                Defendant.
_____

## STIPULATION – SELECTION OF MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties to this action that Michael Menard, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on June 5, 2024 at 10:00 a.m.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated:      Buffalo, New York, April 17, 2023

| | |
|---|---|
| BOROWSKI WITMER | TRINI E. ROSS<br>United States Attorney |
| S/MATTHEW K. BOROWSKI, ESQ.<br>4343 Union Road<br>Buffalo, New York 14225<br>*Attorney for Plaintiff* | S/MARY K. ROACH<br>Assistant U.S. Attorney<br>Western District of New York<br>U.S. Attorney's Office<br>138 Delaware Avenue<br>Buffalo, New York 14202<br>*Attorney for Defendant* |