UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MATTHEW BOROWSKI,

                           Plaintiff(s),

*MEDIATION CERTIFICATION*

      __23__ - cv - __257__

                v.

U.S. CUSTOMS AND BORDER PROTECTION

                           Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___6/5/24___.

   ☐ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☑ *Case has not settled.* Mediation will continue on ___09/05/2024___.

   ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 06/06/2024               *Mediator:* /S/  Michael Menard

*Additional Comments:*
_____
_____
_____