

U.S. Department of Justice

United States Attorney
Western District of New York

Federal Center              716/843-5700
138 Delaware Avenue         fax 716/551-3052
Buffalo, New York 14202

June 26, 2024

**VIA ECF**
Hon. Elizabeth A. Wolford
United States District Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

      Re:    <u>Borowski v. Customs and Border Protection</u>
               23-CV-257

Dear Judge Wolford:

      I represent defendant Customs and Border Protection in this action.

      We are preparing a Memorandum of Law in support of a renewed Motion for Summary Judgment in connection with this case, and the length of the Memorandum may exceed 25 pages.

      Pursuant to Local Rule 7(a)(2)(C), I respectfully request an extension of the page limit for the memoranda from 25 to 35 pages.   This request is being made more than 7 days prior to the deadline for the filing of the Memorandum, July 8, 2024.

      Thank you for your consideration.

      Very truly yours,

      TRINI E. ROSS
      United States Attorney

      BY:   S/MARY K. ROACH
               Assistant U.S. Attorney

MKR/ck
cc:    Matthew K. Borowski, Esq. (via ECF)