UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

MATTHEW BOROWSKI,

                Plaintiff,

v.                                     23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## NOTICE OF APPEARANCE

**TO**:   **Clerk of the United States District Court for the Western District of New York**

You are hereby requested to enter my appearance as counsel for the Defendant in the above-entitled action.

        **DATED**:   Buffalo, New York, July 1, 2024

                                        TRINI E. ROSS
                                        United States Attorney
                                        Western District of New York

        BY:     <u>S/Scott L. Sroka</u>
                   SCOTT L. SROKA
                   Assistant United States Attorney
                   138 Delaware Avenue
                   Buffalo, New York 14202
                   (716) 843-5831
                   Scott.Sroka@usdoj.gov