UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,

                Plaintiff,

v.

                                                  23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.
_____

## NOTICE OF CONSENT MOTION AND CONSENT MOTION FOR MODIFICATION OF CASE MANAGEMENT ORDER AND FOR MODIFICATION OF BRIEFING SCHEDULE

      **PLEASE TAKE NOTICE** that defendant, Customs and Border Protection, by its attorney, Mary K. Roach, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, hereby moves this Court for an order modifying the dates set forth in (1) the Text Order filed in connection with this matter on July 29, 2024 (Dkt. 47); and (2) modifying dates set forth in the Case Management Order (Dkt. #35) ("CMO") filed on April 9, 2024.

      Defendant's motion is supported by the accompanying declaration of Mary K. Roach and is made with the consent of plaintiff, Matthew Borowski.

      **PLEASE TAKE NOTICE** that the motion will be heard at a date, time and location to be set by the Court.

DATED:    Buffalo, New York, July 31, 2024.

                                            Respectfully Submitted,

                                            TRINI E. ROSS
                                            United States Attorney

                          BY:   S/MARY K. ROACH
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office
                                  Western District of New York
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  716-843-5866

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                Plaintiff,

v.                                        23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## DECLARATION

**MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

1. I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

2. I represent the Defendant Customs and Border Protection in this action.

3. Defendant filed a renewed motion for partial summary judgment on July 9, 2024, seeking dismissal of plaintiff's claims brought under the Freedom of Information Act ("FOIA"). Dkt. 44.

4. On July 29, 2024, this Court issued a Text Order with respect to that motion. Dkt. 47.

5. The Text Order requires that Plaintiff respond to Defendant's renewed motion for partial summary judgment by August 26, 2024, and that the Defendant reply on or before September 9, 2024. A copy of the Text Order is attached hereto as Exhibit A.

6. Given that the Labor Day holiday weekend falls between August 26 and September 9, and the fact that I have numerous deadlines in other matters in that period, I

2

contacted Mr. Borowski and asked whether he would agree to a modification of the dates set forth in the Text Order to provide that Plaintiff would have until September 9, 2024 to respond to the renewed motion and Defendant would have until September 30, 2024 to reply.

7. Mr. Borowski kindly consented to my request.

8. Therefore, I respectfully request, with the consent of Plaintiff's counsel, that this Court modify the July 29, 2024 Text Order as requested, and for such other and further relief as to the court seems just and proper.

9. As to the Administrative Procedure Act aspect of this case, paragraph 5 of the current Case Management Order ("CMO") (Dkt. 35) provides that:

> Plaintiff shall file any motions to challenge or supplement the Administrative Record on or before August 1, 1024. If no motion to challenge or supplement the Administrative Record is made, than Plaintiff shall file a motion for summary judgment on or before August 1, 2024.

10. A copy of the CMO is attached hereto as Exhibit B.

11. Due to a recent death in his family, Mr. Borowski asked if I would include in this motion his request for a two-week extension of the August 1, 2024 deadline set forth in the CMO.

12. I consented to the extension, provided that other deadlines in the CMO also be extended by two weeks.

13. Therefore, the parties jointly request that the deadlines of August 1, October 1 and December 2, 2024, in the CMO, be extended to August 15, October 15 and December

16, 2024, respectively, and for such other and further relief as to the Court seems just and proper.

DATED: Buffalo, New York, July 31, 2024.

S/MARY K. ROACH
Assistant U.S. Attorney

# EXHIBIT A

## Roach, Mary K. (USANYW)

| | |
|---|---|
| **From:** | webmaster@nywd.uscourts.gov |
| **Sent:** | Monday, July 29, 2024 10:52 AM |
| **To:** | Courtmail@nywd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-00257-EAW-MJR Borowski v. Customs and Border Protection Text Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. DISTRICT COURT

### U.S. District Court, Western District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/29/2024 at 10:52 AM EDT and filed on 7/29/2024

**Case Name:** Borowski v. Customs and Border Protection
**Case Number:** 1:23-cv-00257-EAW-MJR
**Filer:**
**Document Number:** 47(No document attached)

**Docket Text:**
**TEXT ORDER re [44] Renewed Motion for Partial Summary Judgment. Responses are due on or before August 26, 2024. Replies are due on or before September 9, 2024. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 07/29/2024. (KER)**

**1:23-cv-00257-EAW-MJR Notice has been electronically mailed to:**

Mary K. Roach     mary.k.roach@usdoj.gov, CaseView.ECF@usdoj.gov, brigid.fulton@usdoj.gov, cheryl.kinmartin@usdoj.gov, lisa.nowak@usdoj.gov

Scott L. Sroka     scott.sroka@usdoj.gov, CaseView.ECF@usdoj.gov, diane.carlsen@usdoj.gov, elizabeth.todd@usdoj.gov, kendra.olszowka@usdoj.gov

Matthew K. Borowski     matthew@borowskilaw.com

**1:23-cv-00257-EAW-MJR Notice has been delivered by other means to:**

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI

                 Plaintiff,          23-CV-257-EAW

v.

                                                                 CASE MANAGEMENT ORDER

U.S. CUSTOMS AND BORDER PROTECTION

                 Defendant.

Pursuant to the order of Hon. Elizabeth A. Wolford referring the above case to me for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. ("Rule") 16(b) and Local Rule 16, it is ORDERED that:

1. In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution,[1] this case has been referred to mediation.

2. The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court no later than **April 26, 2024**. If the parties do not file a stipulation confirming their selection of a mediator by this deadline, the Court will select a mediator in accordance with Section 5.4(C)(2) of the ADR Plan.

3. The initial mediation session shall be held no later than **June 7, 2024**.

---

[1] A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

4.   The Defendant shall file the Administrative Record on or before **May 15, 2024.**

5.   Plaintiff shall file any motions to challenge or supplement the Administrative Record on or before **August 1, 2024.** If no motion to challenge or supplement the Administrative Record is made then Plaintiff shall file a motion for summary judgment on or before **August 1, 2024**.

6.   If no motion to challenge or supplement the Administrative Record is made, the Defendant will file a cross-motion for summary judgment and response to Plaintiff's motion for summary judgment on or before **October 1, 2024.** If a motion to challenge or supplement the Administrative Record is filed, the Defendant shall file a cross-motion for summary judgment and response to Plaintiff's motion for summary judgment **sixty (60) days** after such motion is resolved.

7.   If no motion to challenge or supplement the Administrative Record is made, Plaintiff shall file a reply, if any, and a response to Defendant's motion for summary judgment by **November 1, 2024.** If a motion to challenge or supplement the Administrative Record is filed, Plaintiff shall file a reply, if any, and a response to Defendant's cross-motion for summary judgment **thirty (30) days** after the filing of Defendant's cross motion for summary judgment and response to Plaintiff's motion for summary judgment.

8.   If no motion to challenge or supplement the Administrative Record is made, Defendant shall file a reply, if any, by **December 2, 2024.** If a motion to challenge or supplement the Administrative Record is filed, Defendant shall file a reply, if any, **thirty (30) days** after the filing of Plaintiff's reply, if any, and response to Defendant's cross motion.

9.    Dispositive motions shall be made returnable before the Hon. Elizabeth A. Wolford. The court will determine if oral argument on the motions is required and if so, set a date for oral argument.

**No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing good cause for the extension. The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party".** *Parker v. Columbia Pictures Industries*, 204 F.3d 326, 340 (2d Cir. 2000).

SO ORDERED.

Dated: April 9, 2024
       Buffalo, NY

                                                    */s/ Michael J. Roemer*
                                                    HON. MICHAEL J. ROEMER
                                                    United States Magistrate Judge