UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MATTHEW BOROWSKI,                                            23-CV-257-EAW-MJR
                                                              AMENDED
                Plaintiff,                        CASE MANAGEMENT ORDER

  -v-

U.S. CUSTOMS AND BORDER PROTECTION,

                Defendant.
_____

       1.    Plaintiff shall file any motions to challenge or supplement the Administrative Record on or before **August 15, 2024.** If no motion to challenge or supplement the Administrative Record is made then Plaintiff shall file a motion for summary judgment on or before **August 15, 2024**.

       2.    If no motion to challenge or supplement the Administrative Record is made, the Defendant will file a cross-motion for summary judgment and response to Plaintiff's motion for summary judgment on or before **October 15, 2024.** If a motion to challenge or supplement the Administrative Record is filed, the Defendant shall file a cross-motion for summary judgment and response to Plaintiff's motion for summary judgment **sixty (60) days** after such motion is resolved.

       3.    If no motion to challenge or supplement the Administrative Record is made, Plaintiff shall file a reply, if any, and a response to Defendant's motion for summary judgment by **November 1, 2024.** If a motion to challenge or supplement the Administrative Record is filed, Plaintiff shall file a reply, if any, and a response to Defendant's cross-motion for summary judgment **thirty (30) days** after the filing of Defendant's cross motion for summary judgment and response to Plaintiff's motion for summary judgment.

       4.    If no motion to challenge or supplement the Administrative Record is made, Defendant shall file a reply, if any, by **December 16, 2024.** If a motion to challenge or supplement the Administrative Record is filed, Defendant shall file a reply, if any, **thirty (30) days** after the filing of Plaintiff's reply, if any, and response to Defendant's cross motion.

5.       Dispositive motions shall be made returnable before the Hon. Elizabeth A. Wolford. The court will determine if oral argument on the motions is required and if so, set a date for oral argument.

**No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing good cause for the extension. The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party".** *Parker v. Columbia Pictures Industries*, **204 F.3d 326, 340 (2d Cir. 2000).**

**SO ORDERED**.

DATED:    August 2, 2024
          Buffalo, New York

*/s/ Michael J. Roemer*
MICHAEL J. ROEMER
United States Magistrate Judge