UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                Plaintiff,

v.

                                            23-cv-257

CUSTOMS AND BORDER PROTECTION,

                Defendant.

## JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PAPERS

**PLEASE TAKE NOTICE** that Defendant, Customs and Border Protection, by its attorney, Mary K. Roach, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, and Plaintiff, Matthew Borowski, jointly move this Court for an order (1) extending the date by which Defendant may respond to the motion to expand the administrative record and to compel a privilege log from September 9, 2024 to September 23, 2024; and (2) extending the date by which Plaintiff may respond to Defendant's renewed motion for partial summary judgment from September 9, 2024 to September 23, 2024, and extending Defendant's time to reply as to the renewed motion for partial summary judgment from September 30, 2024 to October 18, 2024. The joint motion is supported by the accompanying declaration of Mary K. Roach and is made with the consent of Plaintiff, Matthew Borowski.

**PLEASE TAKE NOTICE** that the motion will be heard at a date, time and location to be set by the Court.

DATED:   Buffalo, New York, August 21, 2024

                                               Respectfully Submitted,

                                               TRINI E. ROSS  
                                               United States Attorney

BY:   S/MARY K. ROACH  
       Assistant U.S. Attorney  
       U.S. Attorney's Office  
       Western District of New York  
       138 Delaware Avenue  
       Buffalo, New York 14202  
       716-843-5866

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                          Plaintiff,

v.                                                23-cv-257

CUSTOMS AND BORDER PROTECTION,

                          Defendant.

## DECLARATION

**MARY K. ROACH,** makes this declaration under penalties of perjury, pursuant to 28 U.S.C. Section 1746:

    1.    I am an attorney duly licensed to practice in the State of New York and before this Court, and I am an Assistant United States Attorney in the Western District of New York.

    2.    I represent Defendant Customs and Border Protection in this action which arises out of a revocation of Plaintiff's NEXUS membership. Plaintiff has brought claims under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA).

    3.    Currently pending is a Renewed Motion for Summary Judgment with respect to Plaintiff's claims under FOIA ("FOIA motion"). According to a Text Order issued on July 31, 2024, Plaintiff's response to the FOIA motion is due on September 9, 2024, and Defendant's reply is due on September 30, 2024. Dkt. 49.

    4.    As to his claims under the APA, Plaintiff recently moved to expand the administrative record and to compel a privilege log ("APA motion"). On August 19, 2024, this Court issued a text order requiring that Defendant respond to the APA motion by

3

September 9, 2024. Dkt. #53.

5. I contacted Mr. Borowski today, and explained that given the upcoming holiday weekend, a planned vacation, other deadlines, and scheduled depositions, it would be very difficult for me to complete the response to the APA motion by September 9. I asked whether he would consent to an extension of time for Defendant to respond to the APA motion to September 23.

6. Mr. Borowski kindly agreed, but he asked whether I would consent to an extension of the September 9 deadline by which Plaintiff is to respond to the FOIA Motion to September 23 because he is incredibly swamped with both personal and business obligations. I consented to his request.

7. Therefore, the parties jointly request that the Court issue an order (1) extending the date by which Plaintiff may respond to the FOIA motion to September 23, 2024, and extending Defendant's time to reply as to the FOIA motion to October 18, 2024, and (2) extending the time within which Defendant may respond to the APA motion to September 23, 2024, and for such other and further relief as to the Court seems just and proper.

DATED: Buffalo, New York, August 21, 2024

S/MARY K. ROACH
Assistant U.S. Attorney