UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MATTHEW BOROWSKI,

                     Plaintiff(s),

v.

U.S. CUSTOMS AND BORDER PROTECTION,

                     Defendant(s).

_____

***MEDIATION CERTIFICATION***

__23__ - cv - __257__

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____6/5/24_____.

   ☐ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 09/04/2024              *Mediator:* /S/ Michael Menard

***Additional Comments:***
_____
_____
_____