UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MATTHEW BOROWSKI,

                            Plaintiff(s),

*MEDIATION CERTIFICATION*

    __23__ - cv - __257__

                    v.

U.S. CUSTOMS AND BORDER PROTECTION,

                          Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ____6/5/24____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 09/04/2024                  *Mediator:* /S/ Michael Menard

*Additional Comments:*
PARTIES MAY SCHEDULE A MEDIATION SESSION IN THE FUTURE