

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*  716/843-5700
*138 Delaware Avenue*  fax 716/551-3052
*Buffalo, New York 14202*

October 7, 2024

**VIA ECF**
Hon. Elizabeth A. Wolford
United States District Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

    Re:    <u>Borowski v. Customs and Border Protection</u>
           23-CV-257

Dear Judge Wolford:

    Scott Sroka and I represent defendant Customs and Border Protection ("CBP") in this action.

    Our office is preparing a Reply Memorandum in connection with CBP's Renewed Motion for Partial Summary Judgment. The length of the Reply Memorandum may exceed 10 pages.

    Pursuant to Local Rule 7(a)(2)(C), we respectfully request an extension of the page limit for the Reply Memorandum from 10 to 15 pages. This request is being made more than 7 days prior to the deadline for the filing of the Reply Memorandum, October 18, 2024.

    Thank you for your consideration.

                                                  Respectfully,

                                                  TRINI E. ROSS
                                                  United States Attorney

                                  BY:    S/MARY K. ROACH
                                                  Assistant U.S. Attorney

MKR/ck

cc: Matthew K. Borowski, Esq. (via ECF)
     Scott Leeson Sroka (via ECF)