# BOROWSKI WITMER IMMIGRATION LAWYERS

NEW YORK:
4343 Union Rd., Buffalo, NY 14225
716-330-1503

VIRGINIA:
7005 Backlick Ct., Ste. 201 Springfield, VA 22151
703-649-3225

U.S. & Canadian Immigration Lawyers

MATTHEW K. BOROWSKI (New York, Ontario)
RYAN L. WITMER (Florida)
HARITH MAZRUI (New Jersey)

E-MAIL: staff@borowskilaw.com
FAX: 716-710-5445    WEB: www.borowskilaw.com

*Practice Elsewhere Limited to Federal Immigration Law*

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

March 25, 2025

*Via CM/ECF*

**Re:**   1:23-cv-00257-EAW-MJR, Borowski v. Customs and Border Protection
Request to Reschedule Status Conference and Allow Appearance by Video Conference

Your Honor,

I am in receipt of the Court's Calendar Notice scheduling a Status Conference for 4/11/2025 at 10:00 AM. I have spoken with Mary Roach, Esq. and neither of us is available on that date. We ask that the Court reschedule the matter to a different date.

I am no longer residing near Buffalo as I have relocated to Northern Virginia. Ms. Roach has no objection to me appearing by video conference, if the Court would allow it. If so, I am available any weekday in April except the afternoon of April 3, all day on the 4th, 7th, 11th, 14th-18th, and the mornings of the 23rd and 28th.

Ms. Roach is unavailable on April 9, 11, and 25.

If I must appear in person, I must make arrangements to travel to Buffalo. I will likely be in Buffalo the afternoon of the 7th, and all day on the 8th. If the Court wishes for me to appear in person I would appreciate if there is a possibility of scheduling on either of those days if at all possible.

Sincerely,

___/s/ Matthew Borowski____

Matthew Borowski