UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

                        Plaintiff,

        v.                                                    23-cv-257

CUSTOMS AND BORDER PROTECTION,

                        Defendant.

## NOTICE OF APPEARANCE

**TO**:    **Clerk of the United States District Court
        for the Western District of New York**

        You are hereby requested to enter my appearance as counsel for the Defendant on the

above-entitled action.

DATED:  May 2, 2025

                        MICHAEL DIGIACOMO
                        United States Attorney

                BY:    s/MICHAEL S. CERRONE
                        Assistant United States Attorney
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        (716) 843-5851
                        michael.cerrone@usdoj.gov