

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*        *716/843-5700*
*138 Delaware Avenue*     *fax 716/551-3052*
*Buffalo, New York 14202*

September 4, 2025

**VIA ECF**
Hon. Elizabeth A. Wolford
United States District Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

       Re:    **Borowski v. Customs and Border Protection**
                **23-CV-257**

Dear Chief Judge Wolford:

      I represent defendant U.S. Customs and Border Protection ("CBP") in this action.

      On July 25, 2025, Your Honor entered a text order which required CBP to: (i) "submit to this Court for in camera review, on or before August 25, 2025, the five pages of intra-agency emails withheld pursuant to Exemption 5 and a supplemental declaration explaining the harm that would result from the production of these records;" (ii) "[o]n or before September 25, 2025, … submit supplemental information detailing whether [FOIA] Exemption 7(E) was properly applied to the withheld material;" and (iii) "file a motion to dismiss the APA claim on or before September 25, 2025."   Dkt. # 79.

      CBP completed item (i) on August 25, 2025 by emailing the required materials concerning FOIA Exemption 5 to the Court for *in camera* review.  CBP and this office are presently working diligently to complete item (ii), the supplemental FOIA briefing concerning FOIA Exemption 7(E), and will e-file same by the September 25, 2025 deadline.

      I am sending this letter to the Court to request an extension of time concerning item (iii), the motion to dismiss the APA claim, from September 25, 2025 to October 17, 2025. Plaintiff has consented to this request.

      There is good cause for the extension for the following reasons.  First, I require additional time to work on the APA motion due to my very heavy caseload.  My former colleague who was previously handling this case, Molly Roach, retired on July 31, 2025. Due to her retirement and the recent departure of two other civil AUSAs, there has been a 43% reduction in staffing in our department.   As a result, my caseload has increased by 55%.

Among other duties, I have five depositions scheduled in a medical malpractice case prior to September 25, 2025, a mediation in another medical malpractice case on September 8, 2025, and four briefs due in other matters prior to this deadline.  Second, CBP agency counsel also needs additional time to work on the APA motion.  CBP agency counsel, who is assisting me in preparing the supplemental FOIA submission, informed me that the FOIA submission will take a significant amount of time, and she has other pressing deadlines as well.

Accordingly, for the foregoing reasons, there is good cause for this extension request and CBP respectfully requests that Your Honor extend the time to file a motion to dismiss with respect to the APA claim from September 25, 2025 to October 17, 2025.

Very truly yours,

MICHAEL DIGIACOMO
United States Attorney

BY:   S/MICHAEL S. CERRONE
Assistant U.S. Attorney

cc:   Matthew K. Borowski, Esq. (via ECF)