UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MATTHEW BOROWSKI

                        Plaintiff,                    1:23-CV-257-EAW

v.

U.S. CUSTOMS AND BORDER PROTECTION

                        Defendant.

---

## SUPPLEMENTAL NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendant, by its attorney, Michael S. Cerrone, Assistant United States Attorney, for Michael DiGiacomo, United States Attorney for the Western District of New York, hereby moves this Court for an order: (i) pursuant to Fed. R. Civ. P. 56, granting defendant summary judgment with regard to FOIA Exemption 7(E); and (ii) for such other and further relief as the Court may deem just or proper. This motion is supported by the accompanying Supplemental Declaration of Patrick Howard, dated September 25, 2025, together with the attached *Vaughn* index, Statement of Undisputed Facts, dated July 9, 2024 (Dkt. # 44-2), and Memorandum of Law, dated July 9, 2024 (Dkt. # 44-1).

**PLEASE TAKE NOTICE THAT** the motion will be heard at the United States Courthouse, 2 Niagara Square, Buffalo, New York at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE THAT** defendant intends to serve and file reply papers and, therefore, any papers in opposition to this motion are due twenty-eight days from the date of service of this motion, pursuant to Local Rule 7(b)(2)(A).

DATED: Buffalo, New York, September 25, 2025

                                      MICHAEL DIGIACOMO
                                      United States Attorney


BY:   s/MICHAEL S. CERRONE
        Assistant U.S. Attorney
        U.S. Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716-843-5851
        michael.cerrone@usdoj.gov