

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*  716/843-5700
*138 Delaware Avenue*  fax 716/551-3052
*Buffalo, New York 14202*

October 15, 2025

**VIA ECF**
Hon. Elizabeth A. Wolford
United States District Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

      Re:    **Borowski v. Customs and Border Protection**
              **1:23-cv-257**

Dear Chief Judge Wolford:

      I represent defendant U.S. Customs and Border Protection ("CBP") in this action.

      On July 25, 2025, Your Honor entered a text order which required CBP to, among other things, "file a motion to dismiss the APA claim on or before September 25, 2025." Dkt. # 79. On September 4, 2025, the Court granted CBP's motion to extend this deadline to October 17, 2025. Dkt. # 81.

      Due to the ongoing government shutdown, I am partially furloughed. Accordingly, CBP needs a further brief extension of time to file its motion to dismiss the APA claim to October 24, 2025. Plaintiff has consented to this request. Accordingly, there is good cause for this extension request and CBP respectfully requests that Your Honor extend the time to file a motion to dismiss with respect to the APA claim from October 17, 2025 to October 24, 2025.

      In consideration for his consent to CBP's motion to extend, Plaintiff has requested that his deadline to respond to CBP's supplemental FOIA motion (filed on September 25, 2025,

Dkt. # 82) be extended from October 16, 2025 (see Dkt. # 79) to October 24, 2025.   I consent to this request.

Very truly yours,

MICHAEL DIGIACOMO
United States Attorney

BY:   S/MICHAEL S. CERRONE
Assistant U.S. Attorney

cc:   Matthew K. Borowski, Esq. (via ECF)