UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MATTHEW BOROWSKI

                Plaintiff,                1:23-CV-257-EAW

v.

U.S. CUSTOMS AND BORDER PROTECTION

                Defendant.

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant by its attorney, Michael S. Cerrone, Assistant United States Attorney, for Michael DiGiacomo, United States Attorney for the Western District of New York, hereby moves this Court for an order: (i) pursuant to Fed. R. Civ. P. 12(b)(1), dismissing Plaintiff's claim under the Administrative Procedure Act for lack of subject matter jurisdiction; and (ii) for such other and further relief as the Court may deem just or proper. This motion is supported by the accompanying Declaration of Matthew S. Davies, dated October 16, 2025, together with the attached exhibits, and a Memorandum of Law.

**PLEASE TAKE NOTICE THAT** the motion will be heard at the United States Courthouse, 2 Niagara Square, Buffalo, New York at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that defendant intends to serve and file reply papers and, therefore, any papers in opposition to this motion are due fourteen days after service of this motion, pursuant to Local Rule 7(b)(2)(B), unless otherwise ordered by the Court.

DATED: Buffalo, New York, October 24, 2025

                               MICHAEL DIGIACOMO
                               United States Attorney

BY:   /s/MICHAEL S. CERRONE
        Assistant U.S. Attorney
        U.S. Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716-843-5851
        michael.cerrone@usdoj.gov