

U.S. Customs and
Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

[Print]



Dec 20, 2022

BUFFALO ENROLLMENT CENTER
10 Central Avenue
Fort Erie, ON L2A6C6
CA

MATTHEW BOROWSKI

RE: Your NEXUS Program Membership #

Dear MATTHEW BOROWSKI:

Thank you for your participation in the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been revoked for the following reason(s):

    You do not meet program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter

CBP 012

2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,


Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection



U.S. Customs and Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

Official Trusted Traveler Program Website | Department of Homeland Security

Print



Dec 20, 2022

--
Sterling, VA 20164
US

MATTHEW BOROWSKI

RE: Your NEXUS Program Membership #

Dear MATTHEW BOROWSKI:

Thank you for your application to the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been disapproved for the following reason(s):

Other
    You do not meet program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

CBP 014

1. Date of denial and denial reason(s) from this letter
2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,


Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection

CBP 015