Case 1:23-cv-00275-LJV-MJR Document 36-3 Filed 05/15/24 Page 53 of 80
Case 1:23-cv-00275-LJV-MJR Document 88-3 Filed 05/15/25 Page 1 of 8

UNCLASSIFIED // For Official Use Only

**BOROWSKI MATTHEW**
03/19/2013 13:14:00 EDT
Land Baggage Secondary Inspection

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Gender: | Male (M) |
| Race: | White (W) |
| Date of Birth: | |
| Person Quantity: | 01 |
| Hispanic: | NOT OF HISPANIC OR LATINO ORIGIN (N) |

## Crossing Information

| | |
|---|---|
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Inbound / Outbound: | Inbound |
| Conveyance Type: | AUTO (A) |
| Port Crossing Date: | 03/19/2013 13:14:00 EDT |
| Incident Number: | |
| Package ID: | |
| TECS ID: | |

## Passenger Document

| | |
|---|---|
| Document Type: | NEXUS CARD (IN) |
| Issue Country: | United States (US/USA) |
| Document Number: | |
| Other Document Number: | |

## Referral/Vehicle Information

| | |
|---|---|
| Agency Referral: | |
| Referral Officer: | |
| Referral Reason: | |
| Referral Reason: | |
| Referral Type: | |
| Referred By: | |
| Secondary Officer: | |
| Driver Passenger: | Driver |
| License Plate Number: | |
| License Plate State: | ONTARIO (ON) |

## Miscellaneous Info

| | | | |
|---|---|---|---|
| Consolidated Consular Database Used: | | Currency Amount: | 0 |
| | | IOEM: | No |
| | | Personnel Search: | No |

## Search

| | |
|---|---|
| Personnel Search: | N |
| Vehicle Search 1: | K-9 SEARCH |

Vehicle Search 2: ▮▮▮▮▮▮▮▮▮▮

Remarks

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ subject is usc living in canada, ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, during k-9 exam on primary subject became argumentative, vehicle was referred for secondary inspection ▮▮▮▮
▮▮▮▮▮ subject was released as usc as per Chief ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Port Location

Case 1:23-cv-00275-LAW-MJR   Document 36-3   Filed 05/15/24   Page 3 of 8
Case 1:23-cv-00275-LAW-MJR   Document 88-3   Filed 05/15/25   Page 55 of 301

UNCLASSIFIED // For Official Use Only

# BOROWSKI, MATTHEW 
03/19/2013 13:14:59 EDT

**Source:**

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Gender: | Male (M) |
| Race: | White (W) |
| Hispanic: | No |
| Date of Birth: | |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | NEXUS CARD (IN) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | |
| Other Document Number: | |

## Crossing Information

| | |
|---|---|
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Inbound / Outbound: | Inbound |
| Referral Date: | 03/19/2013 13:14:59 EDT |

## Package Information

| | |
|---|---|
| Source: | |
| Referral Status: | |
| Referral Type: | |
| Package ID: | |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Lane Number: | 18 |
| Completion Status: | Complete |
| Closed By: | Manual |

## Referral Information

Referred By Officer:
Last Inspection Officer:
Referred By Application:
Referral Status:
Referral Type:

Referral Reason:

## Misc

Referral Item Type:

## Vehicle Referral

UNCLASSIFIED // For Official Use Only

| | |
|---|---|
| Referral Date: | 03/19/2013 13:14:00 EDT |
| Referred By Application: | |
| Referred By Officer: | |
| Recall Referral: | Yes |
| Inbound / Outbound: | Inbound |
| Crossing Mode: | DCL (D) |
| Crossing Quantity: | 0 |
| Device Type: | Workstation (W) |
| GES Program: | 0 |
| Operator: | Trunk |
| People Quantity: | 1 |
| Referral Item Type: | |
| Referral Reason: | |
| Referral Vehicle Number: | |
| Stacked Booth Configuration: | No |
| Referral Comment: | |

## Vehicle Inspection

| | |
|---|---|
| Conveyance Type: | AUTO (A) |
| Referral Officer: | |
| Referral Reason: | |
| State: | ONTARIO (ON) |
| Inbound / Outbound: | Inbound |
| Inspection Result: | |
| CCD Used: | |
| Currency Amount: | 0 |
| Inspection Type: | A |
| Person Quantity: | 1 |
| Update By Legacy: | No |
| Vehicle Search 1: | K-9 SEARCH |
| Vehicle Search 2: | |
| Referral Vehicle Number: | |
| License Plate Number: | |
| State: | |
| Incident ID: | |
| TECS ID: | |

## Baggage

| | | | |
|---|---|---|---|
| Referral Officer: | | Inspection Completion: | Inspection Completed |
| Referral Reason: | | Inspection Result: | |
| Inbound / Outbound: | Inbound | Exam Completion Date: | 03/19/2013 00:00:00 EDT |
| Secondary Officer Name: | | IOEM: | No |
| Bag Workspace ID: | | | |
| Currency Amount: | 0 | Incident ID: | |
| | | Bag Exam: | Yes |
| | | CCD Used: | |
| | | Create PLOR: | |
| | | No Exam: | No |
| | | Personnel Search: | No |
| | | Receipt Number: | |
| | | X-Ray: | No |
| | | Update By Legacy: | No |

## Remarks

UNCLASSIFIED // For Official Use Only

CBP 052

| Completed | Comment |
|---|---|
| Yes | subject is usc living in canada, ▇▇▇▇▇▇ during k-9 exam on primary subject became argumentative, vehicle was referred for secondary inspection ▇▇▇ subject was released as usc as per Chief ▇▇▇ |
| Yes | ▇▇▇▇▇▇▇▇▇▇ |

Port Location

Case 1:23-cv-00275-EAW-MJR   Document 38-3   Filed 05/15/24   Page 58 of 80
Case 1:23-cv-00275-EAW-MJR   Document 88-3   Filed 05/15/25   Page 58 of 80
UNCLASSIFIED // For Official Use Only

**BOROWSKI, MATTHEW**
03/19/2013 14:03:00 EDT

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Birth Date: | |
| Race: | White (W) |
| Hispanic: | No |
| Gender: | Male (M) |
| Citizenship: | United States (US/USA) |
| Document Type: | NEXUS CARD (IN) |
| Document ID: | 101772824 |

## Addresses

Street Name:
City:
State:
Zip:
ISO Country:



## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | |
| License State: | ONTARIO (ON) |
| License Year: | 13 |
| License Country: | Canada (CA/CAN) |

## Incident Details

Incident Type:
TECS ID:
Incident Date: 03/19/2013

Primary Officer:
Supervisor:




## Attachments

| # | TECS ID | Document Type | Document Format | Preview |
|---|---|---|---|---|

## Comments

Case 1:23-cv-00265-LAW-NJR Document 38-3 Filed 05/15/24 Page 59 of 80
Case 1:23-cv-00265-LAW-NJR Document 38-3 Filed 05/16/25 Page 7 of 8

UNCLASSIFIED // For Official Use Only

On 03/19/2013 a vehicle plated ON/BNYL352 entered NEXUS lane 18. The vehicle was driven by BOROWSKI, MATTHEW (DOB: ▆▆▆▆▆/COC:U.S.) ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ During primary K-9 inspection of the vehicle, BOROWSKI became argumentative about the K-9 exam. BOROWSKI was referred to secondary to contiune the inspection. When BOROWSKI arrived to the secondary parking lot, he was meet by officer ▆▆▆▆. Officer ▆▆▆▆ tried to instruct BOROWSKI to park when BOROWSKI became even more argumentative and irate about the inspection and refused to get off his cellphone after being asked three times. At that time Officer ▆▆▆▆ radioed for assistance. When additional officers arrived, BOROWSKI became compliant and was asked to exit the vehicle. BOROWSKI was escorted to the secured secondary area. A K-9 exam and ▆▆▆▆▆▆▆▆▆ of the vehicle yeilded ▆▆▆▆ results. SCBPO ▆▆▆▆▆▆ was present for the escort ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and made CHIEF ▆▆▆▆ aware of the incident. BOROWSKI was interviewed by CHIEF

Port Location

On 03/19/2013 a vehicle plated ON/▓▓▓ entered NEXUS lane 18. The vehicle
▓▓▓▓▓ven by BOROWSKI, MATTHEW (DOB: ▓▓▓▓▓/COC:U.S.) K-9 officer
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ During primary K-9 inspection of the
vehicle, BOROWSKI became argumentative about the K-9 exam. BOROWSKI was
referred to secondary to contiune the inspection. When BOROWSKI arrived to
the secondary parking lot, he was meet by officer ▓▓▓▓ Officer ▓▓▓▓ tried
to instruct BOROWSKI to park when BOROWSKI became even more argumentative and
irate about the inspection and refused to get off his cellphone after being
asked three times. At that time Officer ▓▓▓▓ radioed for assistance. When
additional officers arrived, BOROWSKI became compliant and was asked to exit
the vehicle. BOROWSKI was escorted to the secured secondary area. A K-9 exam
and ▓▓▓▓ inspection of the vehicle yeilded negative results. SCBPO
▓▓▓▓ was present for the escort from the outside SLEEC position and made
CHIEF ▓▓▓▓ aware of the incident. BOROWSKI was interviewed by CHIEF
▓▓▓▓ in secondary. After the interview, BOROWSKI was released as a
returning U.S.C.


Chief Notes: When speaking with Mr. Borowski on 3/19/2013, I reviewed NEXUS program and NEXUS
lane procedures and violations to include that NEXUS card holders are subject to inspection.
I explained that committing NEXUS violations, including failing to comply with any part of the
inspection process, could result in revocation of NEXUS status.  During our discussion Mr.
Borowski was courteous and apologetic, at no time did he make derogatory comments about the
officers and stated they were professional at all times during his inspection.  At the
conclusion of our conversation, Mr. Borowski thanked me for taking the time to review the
NEXUS process with him.  Prior to Mr. Borowski's release, I confirmed with secondary officers
that they had completed the inspection and Mr. Borowski was released as a US citizen.