Case 1:23-cv-00275-LJV-MJR  Document 38-4  Filed 05/15/24  Page 50 of 83
Case 1:23-cv-00275-LJV-MJR  Document 36-4  Filed 05/15/24  Page 50 of 83

UNCLASSIFIED // For Official Use Only

# BOROWSKI, MATTHEW
04/18/2013 19:51:00 EDT

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Birth Date: | |
| Race: | White (W) |
| Hispanic: | No |
| Gender: | Male (M) |
| Citizenship: | United States (US/USA) |

## Addresses

| | |
|---|---|
| Street Name: | |
| City: | |
| State: | |
| Zip: | |
| ISO Country: | Canada (CA/CAN) |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Outbound |
| Location: | BUFFALO-NIAGARA FALLS   OUTBOUND INSPECTION |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | |
| License State: | ON |
| License Year: | 13 |
| License Country: | Brunei (BN/BRN) |

## Incident Details

| | | | |
|---|---|---|---|
| Incident Type: | | Primary Officer: | |
| | | Supervisor: | |
| TECS ID: | | | |
| Incident Date: | 04/18/2013 | | |
| Report Approved: | Yes | | |
| Report Approved Date: | 04/19/2013 00:00:00 EDT | | |
| Report Completed: | Yes | | |
| Report Completed Date: | 04/18/2013 00:00:00 EDT | | |
| Report Cancelled: | No | | |



## Attachments

| # | TECS ID | Document Type | Document Format | Preview |
|---|---------|---------------|-----------------|---------|

## Comments

On April 18, 2013, an Ontario plated vehicle was encountered in the outbound lane at the Peace Bridge Port of entry in Buffalo New York. The vehicle contained BOROWSKI, Matthew ▓▓▓▓▓▓, COB/COC: U.S. The subject was asked by the primary outbound Officer where he was coming from to which Mr. Borowski answered "Im a United States Citizen." The primary Officer again asked where are you coming from to which Mr. Borowski then answered "A meeting" The primary outbound Officer asked Mr. Borowski to open his trunk, Mr. Borowski asked "Under what authority?"  The primary Officer then asked Mr. Borowski to pull over to the secondary inspection area where he would explain under what authority CBP could inspect his vehicle. Mr. Borowski began to pull over and stopped, blocking both lanes of traffic and began yelling out his window that he wished to withdraw his application for admission. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ While turning to pull over Mr. Borowski then stopped his vehicle, he was asked and then told to drive to the secondary inspection area. Only after several verbal commands to

## Port Location

On April 18, 2013, an Ontario plated vehicle was encountered in the outbound lane at the Peace Bridge Port of entry in Buffalo New York. The vehicle contained BOROWSKI, Matthew ███████, COB/COC: U.S. The subject was asked by the primary outbound Officer where he was coming from to which Mr. Borowski answered "Im a United States Citizen." The primary Officer again asked where are you coming from to which Mr. Borowski then answered "A meeting" The primary outbound Officer asked Mr. Borowski to open his trunk, Mr. Borowski asked "Under what authority?" The primary Officer then asked Mr. Borowski to pull over to the secondary inspection area where he would explain under what authority CBP could inspect his vehicle. Mr. Borowski began to pull over and stopped, blocking both lanes of traffic and began yelling out his window that he wished to withdraw his application for admission. (Mr. Borowski was outbound so we still don't know application for admission to what.) While turning to pull over Mr. Borowski then stopped his vehicle, he was asked and then told to drive to the secondary inspection area. Only after several verbal commands to pull to the secondary inspection area did Mr. Borowski comply. When in the secondary inspection area Mr. Borowski continually stated that he was a U.S. citizen and under what authority did CBP have to inspect his vehicle. Mr. Borowski was told that CBP had the authority to inspect both inbound and outbound traffic. Mr. Borowski was asked and then told several times to exit his vehicle so the inspection could be completed. Only after CBP ███████ physically opened the door and guided Mr. Borowski out of the vehicle did he finally comply. During questioning it was discovered that Mr. Borowski had recently taken the Bar exam and that he was planning on becoming a lawyer. Mr. Borowski stated that he knew CBP could inspect inbound vehicles but did not think that they could inspect outbound vehicles. Mr. Borowski continued to question the authority of CBP for outbound inspections during the entire inspection. Attempts were made to explain the authority of CBP by several different Officers. A ███████ exam of the vehicle yielded negative results. Once the inspection was complete, Mr. Borowskis Nexus card was returned to him and he was released to travel north to Canada.

Mr. Borowski impeded the inspection by CBP by

1. Not answering the questions of the primary Officer.
2. Not obeying the request of the primary Officer to pull over.
3. Not obeying the Command of the primary Office to pull over.
4. Not obeying the request of the secondary Officer to exit the vehicle.
5. Not obeying the secondary Officers command to exit the vehicle.
6. Continually questioning the authority of CBP to examine his vehicle.