**UNCLASSIFIED // For Official Use Only**

## BOROWSKI, MATTHEW K
12/14/2013 21:42:00 EST

### Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Middle Name: | K |
| Birth Date: | |
| Hispanic: | No |
| Gender: | Male (M) |
| Hair: | BROWN (BR) |
| Eye: | BROWN (BR) |
| Height: | 600 |
| Weight: | 200 |
| Citizenship: | United States (US/USA) |

### Addresses

Street Name:
City:
State:
Zip:
ISO Country: Canada (CA/CAN)



### Travel Details

| | |
|---|---|
| Inbound / Outbound: | Outbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | |
| License State: | ONTARIO (ON) |
| License Year: | 13 |
| License Country: | Canada (CA/CAN) |

### Incident Details

Incident Type:

TECS ID:
Incident Date: 12/14/2013
Report Approved: Yes
Report Approved Date: 12/15/2013 00:00:00 EST
Report Completed: Yes
Report Completed Date: 04/01/2014 00:00:00 EDT
Report Cancelled: No

Primary Officer:
Supervisor:



### Attachments

| # | TECS ID | Document Type | Document Format | Preview |
|---|---|---|---|---|
| | | | | |

### Comments

**UNCLASSIFIED // For Official Use Only**

CBP 042

On Saturday, December 14, 2013 at approximately 1810 hours while conducting outbound operations at the Peace Bridge POE in Buffalo, NY an Ontario plated vehicle ▬▬▬ was stopped for an inspection. The driver of the vehicle later identified as BOROWSKI, Matthew (▬▬▬) was immediately confrontational with the inspecting officer when asked for the registration for the vehicle. The subject replied "for what, what is your probable cause?" in which BOROWSKI was instructed by the Officer that probable cause was not required and the document was requested for verification purposes. BOROWSKI then stated that "you are not Police Officers and just a Border Guard with very little authority at best" in which he recited some reference to law & statutes. The subject was being uncooperative, confrontational and failed to produce his registration in a timely matter. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ the subject was told to pull off the road into the secondary inspection area.
Upon making contact with the subject at the secondary staging area, BOROWSKI'S

Port Location

On Saturday, December 14, 2013 at approximately 1810 hours while conducting outbound operations at the Peace Bridge POE in Buffalo, NY an Ontario plated vehicle (███████) was stopped for an inspection. The driver of the vehicle later identified as BOROWSKI, Matthew (███████) was immediately confrontational with the inspecting officer when asked for the registration for the vehicle. The subject replied "for what, what is your probable cause?" in which BOROWSKI was instructed by the Officer that probable cause was not required and the document was requested for verification purposes. BOROWSKI then stated that "you are not Police Officers and just a Border Guard with very little authority at best" in which he recited some reference to law & statutes. The subject was being uncooperative, confrontational and failed to produce his registration in a timely matter. ███████████████████████████ ████████████████████████ the subject was told to pull off the road into the secondary inspection area.

Upon making contact with the subject at the secondary staging area, BOROWSKI'S window was now rolled almost completely up. He was asked again to produce his registration at which time the front passenger's car door opened and a female later identified as ███████

[large redaction]

Enforcement Officer CBPO-E ███████ responded to the Peace Bridge, POE and was advised of the events. After reviewing the events and officer statements it was determined that the subject ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ BOROWSKI insisted his wife was assaulted by CBP. ████████████████████████████████████████████████████████████████ BOROWSKI throughout the inspection was loud, argumentative and provoking, insisting he was a lawyer and attempting to recite his interpretation of Federal law.

Due to today's incident, BOROWKI'S prior confrontational encounters, the subjects NEXUS card was detained and forwarded to the NEXUS enrollment office for review.

BOROWSKI departed the POE at 2057 hours.

Supervisor ███████ and Chief CBPO ███████ were on site for the encounter and concurred with the retention of the Nexus cards and the ███████████████

SIDE NOTE: The subject's three minor children were present during this encounter.

Supervisor's Notes:

Towards the end of the inspection of Mr. Borowski and his family, Mr. Borowski was asked by me to talk away from the public. During this talk, which lasted about ten minutes, I simply asked Mr. Borowski what his objection(s) were to the CBP inspection process. Mr. Borowski stated he had no objections to our process, but feels some officers get upset when their authority is questioned. ▮▮▮▮▮▮▮▮▮▮ He repeatedly informs the officers that he is lawyer, ▮▮▮▮▮▮▮▮▮▮ Mr. Borowski was advised that we have a process to which he is not exempt. Mr. Borowski was given my name and the phone number to the Nexus enrollment center if he wished to attempt to recover his retained Nexus Card. Mr. Borowski and his family had full access to restroom facilities and ▮▮▮▮▮ was offered a private setting for breastfeeding. The other children were offered snacks by CBP officers.

Chief CBPO Notes:

▮▮▮▮▮▮▮▮▮▮ Mr. BOROWSKI's NEXUS card will continue to be retained by CBP and will be deferred to the Ombudsman for a determination on current and future NEXUS enrollment participation.