UNCLASSIFIED // ~~For Official Use Only~~

## BOROWSKI, MATTHEW
11/03/2014 12:21:54 EST

Source:

### Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Gender: | Male (M) |
| Hispanic: | Yes |
| Date of Birth: | |
| Citizenship: | United States (US/USA) |

### Passenger Document

| | |
|---|---|
| Document Type: | NEXUS CARD (IN) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | |
| Other Document Number: | |

### Crossing Information

| | |
|---|---|
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Inbound / Outbound: | Inbound |
| Referral Date: | 11/03/2014 12:21:54 EST |
| Crossing TECS ID: | |

### Package Information

| | |
|---|---|
| Source: | |
| Referral Status: | |
| Referral Type: | |
| Package ID: | |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Lane Number: | 18 |
| Completion Status: | Complete |
| Closed By: | Manual |

### Referral Information

Referred By Officer:
Last Inspection Officer:
Referred By Application:
Referral Status:
Referral Type:

Referral Reason:

Case 1:23-cv-00275-EAW-MJR   Document 38-6   Filed 05/15/24   Page 26 of 80
Case 1:23-cv-00275-EAW-MJR   Document 36-6   Filed 05/15/24   Page 2 of 5

UNCLASSIFIED // For Official Use Only

## Misc

**Lost Stolen:** No
**Referral Item Type:**

## Vehicle Referral

**Referral Date:** 11/03/2014 12:21:00 EST
**Referred By Application:**
**Referred By Officer:**
**Recall Referral:** No
**Inbound / Outbound:** Inbound
**Crossing Mode:** DCL (D)
**Crossing Quantity:** 0
**Device Type:** Workstation (W)
**Crossing TECS ID:**
**GES Program:** 0
**Operator:** Trunk
**People Quantity:** 1

**Referral Item Type:**
**Referral Reason:**
**Referral Vehicle Number:**
**Stacked Booth Configuration:** No
**Referral Comment:**

## Vehicle Inspection

**Conveyance Type:** AUTO (A)
**Referral Officer:**
**Referral Reason:**
**State:** ONTARIO (ON)
**Inbound / Outbound:** Inbound
**Inspection Result:**
**CCD Used:**
**Currency Amount:** 0
**Inspection Type:** A
**Person Quantity:** 1
**Update By Legacy:** No
**Vehicle Search 1:**
**Referral Vehicle Number:**
**License Plate Number:** 
**State:**
**TECS ID:**

## Admissibility

**Admissibility Workspace ID:**
**Secondary Officer Name:**
**Inspection Completed:** Inspection Completed
**CCD Used:**
**Create PLOR:**
**Disposition:** U.S. Citizen (USC)
**Create PLOR:**

**Traveler Document Presented:** Yes
**Western Hemisphere Travel Initiative Compliant:** Yes
**I-94 Waiver Action:** N
**IOEM:** No
**Update By Legacy:** No
**Incident ID:**

**TECS ID:** ▮
**Exam Completion Date:** 11/03/2014 00:00:00 EST

## Remarks

| Completed | Comment |
|---|---|
| Yes | ▮ |
| Yes | |

## Baggage

| | | | |
|---|---|---|---|
| Referral Officer: | ▮ | Inspection Completion: | Inspection Completed |
| Referral Reason: | ▮ | Inspection Result: | ▮ |
| | | Exam Completion Date: | 11/03/2014 00:00:00 EST |
| Inbound / Outbound: | Inbound | IOEM: | No |
| Secondary Officer Name: | ▮ | ▮ | |
| Bag Workspace ID: | | Bag Exam: | Yes |
| Currency Amount: | 0 | CCD Used: | ▮ |
| | | Create PLOR: | |
| | | No Exam: | No |
| | | Other Inspection Type: | Admissibility |
| | | Personnel Search: | No |
| | | Passengers on Declaration: | 0 |
| | | Receipt Number: | ▮ |
| | | Update By Legacy: | No |
| | | Other Inspection Reason: | ▮ |

## Remarks

| Completed | Comment |
|---|---|
| Yes | ▮ subject and vehicle sent for secondary exam including routine admissibility and baggage and vehicle exam the exam was met with negative results. ▮ |

## Port Location

**BOROWSKI, MATTHEW**
11/03/2014 12:52:00 EST

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Birth Date: | |

| | |
|---|---|
| Hispanic: | Yes |
| Gender: | Male (M) |

| | |
|---|---|
| Citizenship: | United States (US/USA) |
| Document Type: | NEXUS CARD (IN) |
| Document ID: | |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |

| | |
|---|---|
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |

| | |
|---|---|
| License Plate: | |
| License State: | ONTARIO (ON) |
| License Year: | 14 |
| License Country: | Canada (CA/CAN) |

## Incident Details

| | |
|---|---|
| Incident Type: | |
| TECS ID: | |
| Incident Date: | 11/03/2014 |
| Report Approved: | Yes |
| Report Approved Date: | 11/04/2014 00:00:00 EST |
| Report Completed: | Yes |
| Report Completed Date: | 11/04/2014 00:00:00 EST |
| Report Cancelled: | No |

| | |
|---|---|
| Primary Officer: | |
| Supervisor: | |

## Attachments

| # | TECS ID | Document Type | Document Format | Preview |
|---|---|---|---|---|

## Comments

While ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ at the Peace Bridge, I encountered BOROWSKI, Matthew. He was referred to door 2 for a ▇▇▇▇▇▇▇▇▇▇ Exam. While his vehicle was being inspected ▇▇▇▇▇▇▇▇▇▇, BOROWSKI exited out of door 2. I asked BOROWSKI if he was finished with his inspection and he told me that he was not and that he wanted to watch CBPO ▇▇▇▇▇▇▇ while he was inspecting his vehicle. I requested BOROWSKI to return to the building until his inspection was complete. BOROWSKI stated that he wanted to stay outside and watch the inspection. I stated to BOROWSKI that he was unable to watch the inspection of his vehicle and to return into door 2, and he still did not comply. At this time, I placed my hand on his arm and securely escorted him into the CBP secure area located in door 2. BOROWSKI became compliant and proceeded to door 2 without incident. BOROWSKI requested to speak to a Supervisor. SCBPO ▇▇▇▇▇▇▇ was apprised of the situation and responded to BOROWSKI's request. SCBPO ▇▇▇▇▇▇▇ explained that he is not released from the inspection until all CBP concerns are satisfied. BOROWSKI

Port Location