**UNCLASSIFIED // For Official Use Only**

## BOROWSKI, MATTHEW K
05/22/2016 15:50:00 EDT

### Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Middle Name: | K |
| Birth Date: | |
| Race: | White (W) |
| Hispanic: | No |
| Gender: | Male (M) |
| Hair: | BROWN (BR) |
| Eye: | BROWN (BR) |
| Height: | 602 |
| Weight: | 200 |
| Citizenship: | United States (US/USA) |
| Document Type: | NEXUS CARD (IN) |
| Document ID: | |

### Addresses

| | |
|---|---|
| Street Name: | |
| City: | |
| State: | |
| Zip: | |
| ISO Country: | Canada (CA/CAN) |

### Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | BNYL678 |
| License State: | ONTARIO (ON) |
| License Year: | 16 |
| License Country: | Canada (CA/CAN) |

### Incident Details

| | |
|---|---|
| Incident Type: | |
| TECS ID: | |
| Incident Date: | 05/22/2016 |
| Report Approved: | Yes |
| Report Approved Date: | 05/22/2016 00:00:00 EDT |
| Report Completed: | Yes |
| Report Completed Date: | 05/22/2016 00:00:00 EDT |
| Report Cancelled: | No |

Primary Officer:
Supervisor:

### Comments

**UNCLASSIFIED // For Official Use Only**

CBP 029

UNCLASSIFIED // For Official Use Only

On Sunday May 22, 2016, CBPO ▇▇▇ conducting primary inspections in Auto Lane 7 at the Peace Bridge in Buffalo, NY. At 1550hrs, CBPO ▇▇▇ encountered a vehicle bearing Ontario License Plate # BNYL678 driven by BOROWSKI, Matthew (DOB: ▇▇▇; COC/COB; USA, NEXUS PASS ID: ▇▇▇. He was accompanied by his children, ▇▇▇ ▇▇▇ and his wife ▇▇▇ (DOB: ▇▇▇; COC/COB: USA; NEXUS PASS ID: ▇▇▇). Mr. Borowski presented Nexus Cards as identification for all four passengers.

CBPO ▇▇▇ asked Mr. Borowski his citizenship, he replied, "We are all United States citizens". CBPO ▇▇▇ then attempted to obtain a binding verbal declaration of citizenship from ▇▇▇ by looking directly at her and asking her citizenship. Mr. Borowski raised his voice and quickly responded, "We are all U.S. citizens". CBPO ▇▇▇ advised Mr. Borowski each adult in the vehicle needs to give their own verbal declaration of Citizenship. Mr Borowski raised his voice and argued that he could speak for everyone. He stated, "Yes I can, I'm an Immigration lawyer and I can answer for her".

Once again CBPO ▇▇▇ asked her what her citizenship was and Mr. Borowski tried to answer for her again, but this time ▇▇▇ answered, "U.S.". After obtaining a verbal declaration of citizenship from both adults in the vehicle, the inspection continued in regards to the purpose of their travel, and if the subjects had anything to declare in terms of goods coming into the U.S.. Each time CBPO ▇▇▇ asked a question, Mr Borowski reminded CBPO ▇▇▇ that he was an Immigration lawyer.

Mr. Borowski was visible aggravated and stated that since they were NEXUS card holders, they didn't need to answer a lot of questions. CBPO ▇▇▇ advised Mr. Borowski that every traveler crossing the border was subject to inspection. Mr. Borowski became visibly irate and told the CBPO that he should "Go inside and ask a Supervisor. We are Trusted Travelers and the Supervisor will tell you that we are not subject to the same questions." CBPO ▇▇▇ assured him that was not the case. Throughout the entire inspection Mr. Borowski was uncooperative and argumentative. He attempted to take control of the inspectional process. CBPO ▇▇▇ felt that the demeanor of Mr. Borowski was not consistent with other travelers who cross the border and it raised enough suspicion for CBPO ▇▇▇ to request the keys and preform trunk check. ▇▇▇ Upon completion of the inspection, all were released USC's.

Both CBPO ▇▇▇ and CBPO ▇▇▇ witnessed the inspection.

Port Location