**BOROWSKI, MATTHEW KARIM**
04/05/2023 13:11:00 EDT

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW KARIM |
| Birth Date: | |
| Hispanic: | No |
| Gender: | Male (M) |
| Citizenship: | United States (US/USA) |
| Document Type: | PASSPORT (P) |
| Document ID: | |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | BZPN616 |
| License State: | ONTARIO (ON) |
| License Year: | 23 |
| License Country: | Canada (CA/CAN) |

## Incident Details

| | | | |
|---|---|---|---|
| Incident Type: | | Primary Officer: | |
| | | Supervisor: | |
| TECS ID: | | | |
| Incident Date: | 04/05/2023 | | |
| Report Approved: | Yes | | |
| Report Approved Date: | 04/11/2023 00:00:00 EDT | | |
| Report Completed: | Yes | | |
| Report Completed Date: | 04/05/2023 00:00:00 EDT | | |
| Report Cancelled: | No | | |

## Comments

On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: ███████; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York.

During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.

Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.

The subject's vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.

███████ examination of the vehicle conducted by two CBP Officers and witnessed by the on-duty Supervisory CBP Officer ███████████████████████ ██████████████████████.

Upon conclusion of the ███████ examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subject's passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBP's secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.

The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subject's request. At that time, WC ███████ responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC ███████ the subject departed the Port of Entry at approximately 1230 hours.

WC Notes: Mr. Borowski stated he will not answer questions he felt that a USC does not need to answer such as Where are you going? He claims that the officer does not need to know where in the US he is going. I spoke to Mr. Borowski and advised him that if he does not answer the officer's questions, he may be sent or escorted to secondary and that the officers questions provide the officer with information to make a admit/refer decision. Mr. Borowski stated he will not answer those questions as he is not bound by the NEXUS program as his card was revoked. He stated he inquired with a FOIA request and as SCBPO ███████ but has not received an answer as to why his card was revoked. All officers were professional during this encounter. Mr. Borowski requested the names of the primary officer, the officer that drove his car and wanted to speak to Officer ███████ (K9 Supervisor). I provided Mr. Borowski with my name and advised him that he could file a complaint or a FOIA request regarding the inspection. Mr. Borowski departed the station at approximately 1230 hours.

Port Location

# BOROWSKI, MATTHEW KARIM
04/05/2023 11:57:48 EDT

**Source:**

## Subject

| | |
|---|---|
| Last Name: | **BOROWSKI** |
| First Name: | MATTHEW KARIM |
| Gender: | Male (M) |
| Date of Birth: | |
| Birth Country: | United States (US/USA) |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | |

## Crossing Information

| | |
|---|---|
| Disposition: | U.S. Citizen (USC) |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Inbound / Outbound: | Inbound |
| Referral Date: | 04/05/2023 11:57:48 EDT |
| Crossing TECS ID: | |

## Package Information

| | |
|---|---|
| Source: | |
| Referral Status: | |
| Referral Type: |  |
| Package ID: | |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Lane Number: | 07 |
| Closed By: | Manual |

## Referral Information

| | |
|---|---|
| Referred By Officer: | |
| Last Inspection Officer: | |
| Referred By Application: |  |
| Referral Status: | |
| Referral Type: | |
| Referral Reason: | subject refused to answer any basic questions, refused to get out of the vehicle. very uncooperative. |

Case 1:23-cv-00275-EAW-MJR Document 86-9 Filed 05/15/24 Page 12 of 80
Case 1:23-cv-00275-EAW-MJR Document 38-9 Filed 05/15/24 Page 4 of 7

UNCLASSIFIED // For Official Use Only

## Misc

**Lost Stolen:** No
**Referral Item Type:**

## Vehicle Referral

**Referral Date:** 04/05/2023 11:57:48 EDT
**Referred By Application:**
**Referred By Officer:**
**Recall Referral:**
**Inbound / Outbound:** Inbound
**Crossing Mode:** VPC (V)
**Crossing Quantity:** 0
**Device Type:**
**Crossing TECS ID:**
**Operator:** Trunk
**People Quantity:** 1

**Referral Item Type:**
**Referral Reason:**
**Referral Vehicle Number:**
**Referral Comment:** subject refused to answer any basic questions, refused to get out of the vehicle. very uncooperative.

## Vehicle Inspection

**Conveyance Type:** AUTO (A)
**Referral Officer:**
**Referral Reason:**
**State:** ONTARIO (ON)
**Inbound / Outbound:** Inbound
**Inspection Result:**
**CCD Used:**
**Currency Amount:** 0
**Inspection Type:** A
**Person Quantity:** 1
**Update By Legacy:** No
**Vehicle Search 1:**
**Referral Vehicle Number:**
**License Plate Number:** BZPN616
**State:** ON_BZPN616
**TECS ID:**

## Remarks

UNCLASSIFIED // For Official Use Only

| Completed | Comment |
|---|---|
| Yes | On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: ▮▮▮▮; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York.<br><br>During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.<br><br>Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.<br><br>The subjects vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>Upon conclusion of the ▮▮▮▮▮ examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subjects passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBPs secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.<br><br>The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subjects request. At that time, WC ▮▮▮▮ responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC ▮▮▮▮ the subject departed the Port of Entry at approximately 1230 hours. |

## Admissibility

| | |
|---|---|
| Admissibility Workspace ID: | ▮▮▮▮ |
| Secondary Officer Name: | ▮▮▮▮ |
| Inspection Completed: | Inspection Completed |
| CCD Used: | ▮▮▮▮ |
| Create PLOR: | |
| Disposition: | U.S. Citizen (USC) |
| Create PLOR: | ▮▮▮▮ |

| | |
|---|---|
| Traveler Document Presented: | Yes |
| Western Hemisphere Travel Initiative Compliant: | No |
| I-94 Waiver Action: | N |
| IOEM: | No |
| Update By Legacy: | No |
| Incident ID: | ▮▮▮▮ |
| TECS ID: | |
| Exam Completion Date: | 04/05/2023 13:17:42 EDT |

Remarks

UNCLASSIFIED // For Official Use Only

CBP 009

| Completed | Comment |
|---|---|
| Yes | On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: ▮▮▮▮ ; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York.<br><br>During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.<br><br>Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.<br><br>The subjects vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>Upon conclusion of the ▮▮▮▮▮ examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subjects passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBPs secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.<br><br>The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subjects request. At that time, WC ▮▮▮▮ responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC ▮▮▮▮ the subject departed the Port of Entry at approximately 1230 hours. |

## Referral Reason

| Referred By Application | Referred By | Referral Date | Referral Reason |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | 04/05/2023 11:57:48 EDT | ▮▮▮▮▮▮▮▮▮▮ |

## Baggage

Referral Officer: ▮▮▮▮▮▮
Referral Reason: 
Inbound / Outbound: Inbound
Secondary Officer Name: ▮▮▮▮▮▮
Bag Workspace ID: 
Currency Amount: 0

Inspection Completion: Inspection Completed
Inspection Result: ▮▮▮▮
Exam Completion Date: 04/05/2023 13:15:18 EDT
IOEM: No
Bag Exam: Yes
CCD Used: ▮▮▮
Create PLOR: 
No Exam: No
Personnel Search: No
▮▮▮▮▮▮
Update By Legacy: No

## Remarks

| Completed | Comment |
|---|---|
| Yes | On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: ▇▇▇; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York.

During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.

Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.

The subjects vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Upon conclusion of the ▇▇▇ examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subjects passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBPs secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.

The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subjects request. At that time, WC ▇▇▇ responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC ▇▇▇ the subject departed the Port of Entry at approximately 1230 hours. |

## Referral Reason

| Referred By Application | Referred By Officer | Referral Date | Referral Reason |
|---|---|---|---|
| ▇▇▇ | ▇▇▇ | 04/05/2023 11:57:48 EDT | ▇▇▇ |

## Port Location