

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Query - Detail

10/10/2025 13:35 EDT Generated By: [redacted] 

**INCIDENT NUMBER:** [redacted]
**INCIDENT TYPE:** [redacted]
**APPROVAL STATUS:** Approved

## SUMMARY

| Incident Date | Incident Time |
|---|---|
| 06/08/2023 | 11:46 |

| Port Code | Site Code | Location |
|---|---|---|
| 0901 - BUFFALO-NIAGARA FALLS | L094 - CBP-BUFFALO, PEACE BRIDGE | BUFFALO-NIAGARA FALLS |

| Is this a Dedicated Commuter Lane (DCL) violation?: |
|---|
| N - No |

| Document Type | Document Number | FIN Number |
|---|---|---|
| P - PASSPORT | A08415006 | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| BOROWSKI | MATTHEW KARIM | | 11/01/1983 |

| Sex | Citizenship | Race | Hispanic |
|---|---|---|---|
| M - Male | USA - UNITED STATES | W - WHITE | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
| | | | |

| Address |
|---|
| |

| City | State | Zip | Country |
|---|---|---|---|
| | | | |

| Conveyance Type | Inbound/Outbound |
|---|---|
| A - AUTO | I - In |

| License Year | License State | License Country | License Number | Number of Passengers |
|---|---|---|---|---|
| 23 | ON - ONTARIO | CAN - CANADA | BZPN616 | 1 |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## SEARCH DETAILS

| Referring Officer Code | Declaration | Alien File Number | Embarking Country |
|---|---|---|---|
| [redacted] | [redacted] | | |

| Reason for Search |
|---|
| [redacted] |

| Search Type |
|---|
| I - IMMEDIATE PATDOWN |
| [redacted] |

| Search Time Start | Search Time Complete | Funds on PAX($) |
|---|---|---|
| 0850 | 0851 | |

| Searching Officer | Authorizing Officer | Witness |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Reason for Search |
|---|
| IMMEDIATE PATDOWN; [redacted] |

## REMARKS

The subject was encountered at the Peace Bridge POE, Buffalo, NY. primary lane 08. The



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**



primary officer [REDACTED] of Mr. BOROWSKI to secondary inspection. Upon exiting the building, the primary officer [REDACTED] the subject. The vehicle was stopped past the primary inspection door and the officer began shouting for the subject to give her the keys to the vehicle. [REDACTED] the subject was told to get out of the vehicle. The subject resisted the commands to exit his vehicle. At that point, the vehicle door was opened by an officer. Additional officers asked the subject to exit the vehicle to which he refused. The subject replied with why, and where is my phone? The subject eventually removed his seat belt, at which point CBPO [REDACTED] grabbed the subject's arm and asked him to place his hands on the side of the primary inspection booth. For officer safety, an immediate patdown search was conducted [REDACTED] During the patdown search, the subject twisted away and stated get your hands off me. The subject was then placed in handcuffs and escorted him to a secondary environment for further inspection. Once in secondary, handcuffs were removed by SCBPO [REDACTED] Secondary inspection was completed by SCBPO [REDACTED] and Watch Commander [REDACTED] The subject was released as a USC.

Immediate pat down was completed by CBPO [REDACTED] witnessed by CBPO [REDACTED] approved by SCBPO [REDACTED] The patdown started at 0850 hours, completed at 0851 hours and met with negative results.