

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

| 10/10/2025 13:31 EDT | Generated By: ▮▮▮ | Page 1 of 2 |
|---|---|---|

**INCIDENT NUMBER:** ▮▮▮   **APPROVAL STATUS:** Approved
**INCIDENT TYPE:** ▮▮▮

### SUMMARY

| Incident Date | Incident Time |
|---|---|
| 06/08/2023 | 09:30 |

| Port Code | Site Code | Location |
|---|---|---|
| 0901 - BUFFALO-NIAGARA FALLS | L094 - CBP-BUFFALO, PEACE BRIDGE | BUFFALO-NIAGARA FALLS |

| Is this a Dedicated Commuter Lane (DCL) violation?: |
|---|
| N - No |

| Document Type | Document Number | FIN Number |
|---|---|---|
| P - PASSPORT | A08415006 | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| BOROWSKI | MATTHEW KARIM | | 11/01/1983 |

| Sex | Citizenship | Race | Hispanic |
|---|---|---|---|
| M - Male | USA - UNITED STATES | W - WHITE | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
| | | | |

| Address |
|---|
| |

| City | State | Zip | Country |
|---|---|---|---|
| | | | |

| Conveyance Type | Inbound/Outbound |
|---|---|
| A - AUTO | I - In |

| License Year | License State | License Country | License Number | Number of Passengers |
|---|---|---|---|---|
| 23 | ON - ONTARIO | CAN - CANADA | BZPN616 | 01 |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |

### REMARKS

On June 8, 2023, at approximately 0849 hours, subject Matthew Karim BOROWSKI (DOB: 11/01/1983; COB/COC: USA) was encountered at the Peace Bridge Port of Entry, Buffalo, New York.

Primary CBP Officer ▮▮▮ ultimately referred the subject to Baggage Control Secondary for further examination, ▮▮▮
▮▮▮

As CBPO ▮▮▮ advised the subject he was going to be referred, CBPO ▮▮▮ noted that the BOROWSKI began to leave the lane before he was directed to do so.

CBPO ▮▮▮ ordered BOROWSKI to stop the vehicle, requested the subject hand over the vehicle key, and requested an escort. BOROWSKI refused to surrender the vehicle keys to CBPO ▮▮▮ An additional ▮▮▮ request for assistance ▮▮▮ CBPO ▮▮▮
▮▮▮
several CBPOs, as well as Supervisory CBP Officer ▮▮▮ responded to the lane (Peace

**For Official Use Only / Law Enforcement Sensitive**



Bridge Auto Primary Lane# 8).

Several officers ordered BOROWSKI to exit the vehicle. At that time, CBPO ▮▮▮▮ opened the vehicle's door, applied ▮▮▮▮▮▮▮ to the subject's arm, and removed BOROWSKI from the vehicle. CBPO ▮▮▮▮ requested the subject place his hands on the primary booth's railing to conduct an immediate patdown. While attempting to complete the immediate patdown, BOROWSKI removed his hands from the railing and began to turn towards CBPO ▮▮▮▮. Subsequently, BOROWSKI was placed in handcuffs ▮▮▮▮▮▮▮▮▮ and escorted to the CBP Administrative Secondary Building by CBPO ▮▮▮▮ SCBPO ▮▮▮▮ and CBP Watch Commander ▮▮▮▮.

Once in secure secondary, the handcuffs were immediately removed from the subject.

While in secondary, WC ▮▮▮▮ spoke to the subject regarding the CBP inspection process and listened to the subject's concerns. Upon conclusion of the secondary inspection, the subject's passport, cell phone, and vehicle keys were returned to him.

BOROWSKI was released as a U.S. citizen without further incident at approximately 0915 hours.

For Official Use Only / Law Enforcement Sensitive