

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

10/10/2025 13:33 EDT     Generated By: ▮     Page 1 of 2

**INCIDENT NUMBER:** ▮                                   **APPROVAL STATUS:** Approved
**INCIDENT TYPE:** ▮

| SUMMARY ||
|---|---|
| **Incident Date** | **Incident Time** |
| 06/08/2023 | 08:49 |

| Port Code | Site Code | Location |
|---|---|---|
| 0901 - BUFFALO-NIAGARA FALLS | L097 - BUFFALO, PEACE BRIDGE - TRUCKS | BUFFALO-NIAGARA FALLS |

| Is this a Dedicated Commuter Lane (DCL) violation?: |
|---|
| N - No |

| Document Type | Document Number | FIN Number |
|---|---|---|
| P - PASSPORT | | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| BOROWSKI | MATTHEW | K | 11/01/1983 |

| Sex | Citizenship | Race | Hispanic |
|---|---|---|---|
| M - Male | USA - UNITED STATES | W - WHITE | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
|  |  |  |  |

| Address |
|---|
|  |

| City | State | Zip | Country |
|---|---|---|---|
|  |  |  |  |

| Conveyance Type | Inbound/Outbound |
|---|---|
| A - AUTO | I - In |

| License Year | License State | License Country | License Number | Number of Passengers |
|---|---|---|---|---|
| 23 | ON - ONTARIO | CAN - CANADA | BZPN616 | 1 |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| ▮ | ▮ | ▮ |

### REMARKS

On Thursday, June 08, 2023, at approximately 0849 hours, while assigned to ▮ counter at the Peace Bridge Port of Entry in Buffalo, New York, ▮ requesting officer assistance at the lane 8 primary inspection booth. Following the ▮ I began running to the lane.

Upon arriving to lane 8, I was met there by numerous officers and encountered the subject, Matthew BOROWSKI, arguing with the primary officer and refusing to obey commands. The primary officer, CBPO ▮ was instructing BOROWSKI to turn off his vehicle and hand her the key to his vehicle. BOROWSKI refused to follow the request and stated he wanted his cell phone back which had been previously placed on top of BOROWSKI's vehicle by CBPO ▮ After multiple attempts to get BOROWSKI to comply with her requests, BOROWSKI was removed from the vehicle by CBPO ▮ CBPO ▮ instructed BOROWSKI to place his hands on the wall so that he could conduct an immediate patdown ▮ BOROWSKI failed to comply with the request being given and was resisting CBPO ▮ At this



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

10/10/2025 13:33 EDT        Generated By: ▮▮▮▮▮▮▮▮▮▮▮▮                Page 2 of 2

point, CBPO ▮▮▮▮ placed BOROWSKI in handcuffs ▮▮▮▮▮▮▮▮▮ and proceeded to conduct the immediate patdown ▮▮▮▮▮. As BOROWSKI was being placed in restraints he requested to speak with a supervisor. SCBPO ▮▮▮▮ was present and informed BOROWSKI that he was a supervisory officer. BOROWSKI was then escorted to our Administrative Secondary Building.

Upon BOROWSKI's being escorted, CBPO ▮▮▮▮ retained the vehicle key from CBPO ▮▮▮▮ and BOROWSKI's cell phone from the roof of the vehicle. CBPO ▮▮▮▮ drove BOROWSKI's vehicle from the primary inspection lane to the secondary vehicle lot. CBPO ▮▮▮▮ retained BOROWSKI's vehicle key and cell phone, locked the vehicle, and delivered the key and phone to the Administrative Secondary room where BOROWSKI was being questioned by CBP Watch Commander ▮▮▮▮.

Upon completion of the secondary interview, BOROWSKI's belongings were returned to him, and he was released as a U.S. citizen without further incident.