

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

10/10/2025 13:34 EDT        Generated By: ▇▇▇▇▇▇▇▇▇▇▇▇▇        Page 1 of 1

**INCIDENT NUMBER:** ▇▇▇▇▇▇▇▇▇▇        **APPROVAL STATUS:** Approved
**INCIDENT TYPE:** ▇▇▇▇▇▇▇▇▇▇▇▇

| SUMMARY | | | |
|---|---|---|---|
| **Incident Date** | | **Incident Time** | |
| 06/08/2023 | | 11:46 | |
| **Port Code** | **Site Code** | | **Location** |
| 0901 - BUFFALO-NIAGARA FALLS | L094 - CBP-BUFFALO, PEACE BRIDGE | | BUFFALO-NIAGARA FALLS |
| **Is this a Dedicated Commuter Lane (DCL) violation?:** | | | |
| N - No | | | |
| **Document Type** | **Document Number** | | **FIN Number** |
|  |  |  |  |
| **Last Name** | **First Name** | **Middle Initial** | **Date of birth** |
| BOROWSKI | MATTHEW | K | 11/01/1983 |
| **Sex** | **Citizenship** | **Race** | **Hispanic** |
| M - Male | USA - UNITED STATES | W - WHITE | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height** | **Weight** | **Hair** | **Eyes** |
|  |  |  |  |
| **Address** | | | |
|  |  |  |  |
| **City** | **State** | **Zip** | **Country** |
|  |  |  |  |
| **Conveyance Type** | | **Inbound/Outbound** | |
| A - AUTO | | I - In | |
| **License Year** | **License State** | **License Country** | **License Number** | **Number of Passengers** |
| 23 | ON - ONTARIO | CAN - CANADA | BZPN616 | 1 |
| **Created By Officer** | **Supervisor** | | **Primary Officer** |
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ | | ▇▇▇▇▇▇▇ |

| REMARKS |
|---|

The subject was encountered at the Peace Bridge POE, Buffalo, NY on June 8th, 2023. The Primary Officer ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ a command from the Officer for the individual to hand over his keys. CBPO ▇▇▇▇ arrived to lane 8 and noticed that the vehicle was pulled past the inspection booth where the individual was arguing with the Primary Officer. CBPO ▇▇▇▇ opened the vehicle door and instructed the individual to get out of the vehicle. The individual ignored commands to exit the vehicle, so CBPO ▇▇▇▇ assisted him in getting out. CBPO ▇▇▇▇ and CBPO ▇▇▇▇ gained control of the individual, at which time CBPO ▇▇▇▇ handcuffed him followed by an immediate patdown. The individual was then escorted into secondary.

For Official Use Only / Law Enforcement Sensitive