

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

10/10/2025 13:36 EDT      Generated By: ████████████████      Page 1 of 2

**INCIDENT NUMBER:** ████████████████        **APPROVAL STATUS:** Approved
**INCIDENT TYPE:** ████████████████████

| SUMMARY | | | |
|---|---|---|---|
| **Incident Date** | | **Incident Time** | |
| 06/08/2023 | | 08:49 | |
| **Port Code** | **Site Code** | | **Location** |
| 0901 - BUFFALO-NIAGARA FALLS | L094 - CBP-BUFFALO, PEACE BRIDGE | | BUFFALO-NIAGARA FALLS |
| **Is this a Dedicated Commuter Lane (DCL) violation?:** | | | |
| N - No | | | |
| **Document Type** | **Document Number** | | **FIN Number** |
| | | | |
| **Last Name** | **First Name** | **Middle Initial** | **Date of birth** |
| BOROWSKI | MATTHEW | K | 11/01/1983 |
| **Sex** | **Citizenship** | **Race** | **Hispanic** |
| M - Male | USA - UNITED STATES | W - WHITE | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height** | **Weight** | **Hair** | **Eyes** |
| | | | |
| **Address** | | | |
| | | | |
| **City** | **State** | **Zip** | **Country** |
| | | | |
| **Conveyance Type** | | **Inbound/Outbound** | |
| A - AUTO | | I - In | |
| **License Year** | **License State** | **License Country** | **License Number** | **Number of Passengers** |
| 23 | ON - ONTARIO | CAN - CANADA | B2PN616 | 1 |
| **Created By Officer** | | **Supervisor** | | **Primary Officer** |
| ████████ | | ████████ | | ████████ |

### REMARKS

On June 8th 2023 at approx. 0849 hours, I was working in auto lane 8 and a vehicle pulled up for inspection. As subject handed me his passport, I asked his purpose of travel. Subject BOROWSKI, Matthew Karim, (DOB Nov 01 1983 COC US) replied with telling me he is American and does not need to answer any of my questions. ████████████████████████ ████████████████████████ I told the subject that he would go inside and take care of the inspection there. ████████████████████████████████████████████ he began to tell me that everything in the system is false and that CBP makes false reports about him. I told the subject it sounds a little crazy. He then became irate and demanded my name , stating he was offended and he's a lawyer that has a case against CBP. ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ So, at this time I was trying to explain to the subject the procedure to drive to the ████ lot, however before I could finish instructing him be pulled away. I then shouted to him to stop and told him i needed to wait for the officer in the secondary to acknowledge and give me an ok that he is coming over , so she can stop the tractor trailers for his safety. He shouted to me with a hostile tone that he knows how to drive and doesn't need to be



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

10/10/2025 13:36 EDT        Generated By: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓        Page 2 of 2

instructed. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and asked him to turn the car off and hand me the keys. He told me no and began to drive away. I ran after his vehicle and asked for the keys again and for him to turn off the car. He stated no. I was unable to keep control / view of his hands as he was fumbling around with his phone. After repeatedly asking for him to put the car in park and give me the keys and him refusing and being unable to keep control of his hands, I took his cell phone from his hands by grabbing only with the tips of my fingers making no contact with his skin, and placed it on the roof and asked for him to place his hands on the steering wheel. He again refused and said no. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as he began to reach out of the vehicle towards me and up to the roof of the car. Subject stated he would give me the keys if I gave him his phone. At this time responding officers came out and took over.