

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

| 10/10/2025 13:30 EDT | Generated By: ▮▮▮▮▮ | Page 1 of 1 |
|---|---|---|

**INCIDENT NUMBER:** ▮▮▮▮▮▮▮▮▮▮  **APPROVAL STATUS:** Approved
**INCIDENT TYPE:** ▮▮▮▮▮▮▮▮▮▮

## SUMMARY

| Incident Date | Incident Time | |
|---|---|---|
| 08/01/2023 | 09:45 | |

| Port Code | Site Code | Location |
|---|---|---|
| 0901 - BUFFALO-NIAGARA FALLS | L094 - CBP-BUFFALO, PEACE BRIDGE | BUFFALO-NIAGARA FALLS |

| Is this a Dedicated Commuter Lane (DCL) violation?: |
|---|
| N - No |

| Document Type | Document Number | FIN Number |
|---|---|---|
| P - PASSPORT | A08415006 | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| BOROWSKI | MATTHEW | K | 11/01/1983 |

| Sex | Citizenship | Race | Hispanic |
|---|---|---|---|
| M - Male | USA - UNITED STATES | W - WHITE | U - UNKNOWN |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
| | | | |

| Address |
|---|
| 7 CANORA CRT |

| City | State | Zip | Country |
|---|---|---|---|
| WELLAND | ON - ONTARIO | L3C6H7 | CAN - CANADA |

| Conveyance Type | Inbound/Outbound | |
|---|---|---|
| A - AUTO | I - In | |

| License Year | License State | License Country | License Number | Number of Passengers |
|---|---|---|---|---|
| 23 | ON - ONTARIO | CAN - CANADA | CWDW689 | 1 |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |

## REMARKS

On August 1, 2023, at approximately 0939 hours Ontario Plated vehicle CWDW689 was encountered in Lane 7 at the Peace Bridge in Buffalo, NY. The driver and sole occupant of the vehicle was BOROWSKI, Matthew Karim (DOB: 11/01/1983, COC/COB: US). CBP Officer ▮▮▮▮▮ conducted the Primary Inspection of BOROWSKI. The subject refused to answer routine inspectional questions. The subject then complained to the Primary Officer that a 40-minute wait is way too long and that she is the slowest lane out here. He also stated that he is an Immigration Lawyer, and he can ask whatever questions he wanted to. At the conclusion of the inspection the subject was released as a US Citizen. After being released as a US Citizen BOROWSKI drove to the secondary lot to make a complaint.

BOROWSKI spoke to WC ▮▮▮▮▮ to voice his complaint. His complaint was about the 40-minute wait and that the Primary Officer was rude to him. He also stated that CBP illegally confiscated his NEXUS Card. Subject then departed the Peace Bridge.

For Official Use Only / Law Enforcement Sensitive