

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

_____

*Federal Center*                          *716/843-5700*
*138 Delaware Avenue*                *fax 716/551-3052*
*Buffalo, New York 14202*

*Writer's Phone: 716/843-5851*
*Writer's E-Mail: Michael.Cerrone@usdoj.gov*

June 17, 2026

**VIA E-FILING**

Hon. Elizabeth A. Wolford
United States District Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

    **Re: Borowski v. Customs and Border Protection**
      **23-CV-257**

Dear Chief Judge Wolford:

   In response to Your Honor's June 15, 2026, text order, please be advised that U.S. Customs and Border Protection does NOT oppose the Court's intention to file on the public docket the supplemental declaration submitted in connection with the intra-agency emails sent to the Court for in-camera review.

          Respectfully,

          MICHAEL DIGIACOMO
          United States Attorney


      BY: S/MICHAEL S. CERRONE
        Assistant U.S. Attorney

MSC/dec
cc: Matthew K. Borowski, Esq. (via ECF)