

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*                                        *716/843-5700*
*138 Delaware Avenue*                              *fax 716/551-3052*
*Buffalo, New York 14202*

*Writer's Phone: 716/843-5851*
*Writer's E-Mail: Michael.Cerrone@usdoj.gov*

July 27, 2026

**VIA E-FILING**

Hon. Elizabeth A. Wolford
United States District Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

> **Re:   Borowski v. Customs and Border Protection**
> **23-CV-257**

Dear Chief Judge Wolford:

I represent the Defendant in this case. I received the text order filed by the Court on July 23 requiring a joint submission from the parties by August 13. I write to advise the Court that I am currently on leave and will return to the office on August 17. I respectfully request that the deadline for the submission be extended to August 28 so that I will have time after my return to consult with my client and Plaintiff.

Respectfully,

MICHAEL DIGIACOMO
United States Attorney

BY:   S/MICHAEL S. CERRONE
Assistant U.S. Attorney

MSC/ck
cc:   Matthew K. Borowski, Esq. (via ECF)