UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MATTHEW BOROWSKI,

Plaintiff,

v. 1:23-cv-257

CUSTOMS AND BORDER PROTECTION,

Defendant.

## JOINT SUBMISSION

Pursuant to the Court's July 27, 2026 Text Order, Dkt. # 97, the Parties make this Joint Submission regarding proposed next steps in this litigation. In the July 27, 2026 Text Order, the Court asked the following three questions: (i) whether the parties agree that the remaining claim will be tried as a bench trial; (ii) how long the parties anticipate the trial will last; and (iii) given the Court's congested calendar, whether the parties consent to try the remaining claim before a magistrate judge. The Parties answer each of these questions in turn.

**1. Whether the parties agree that the remaining claim will be tried as a bench trial.**

The parties are in disagreement on this topic. The parties respectfully request an opportunity to brief the Court on this issue. The parties propose the following briefing schedule: (a) Plaintiff shall file his brief on or before September 11, 2026; and (b) CBP shall file its brief on or before September 25, 2026.

**2. How long the parties anticipate the trial will last.**

Plaintiff anticipates that a trial on this matter could be completed in one day. CBP believes that, in the event a trial is held, it would last one to two days.

**3. Given the Court's congested calendar, whether the parties consent to try the remaining claim before a magistrate judge.**

The parties do not consent to magistrate judge jurisdiction.

Respectfully submitted this 28th day of August, 2026

MATTHEW BOROWSKI

S/MATTHEW K. BOROWSKI, ESQ.
4343 Union Road
Buffalo, New York 14225
*Attorney for Plaintiff*

MICHAEL DIGIACOMO
United States Attorney

S/MICHAEL S. CERRONE
Assistant U.S. Attorney
Western District of New York
U.S. Attorney's Office
138 Delaware Avenue
Buffalo, New York 14202
*Attorney for Defendant*