UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MATTHEW BOROWSKI

Plaintiff, 23-CV-257

v.

U.S. CUSTOMS AND BORDER PROTECTION

Defendant.

---

## CERTIFICATION OF AMENDED ADMINISTRATIVE RECORD

I, Michael J. Millich, am the Director of the Trusted Traveler Programs Office, Admissibility and Passenger Programs, Office of Field Operations, U.S. Customs and Border Protection ("CBP"), U.S. Department of Homeland Security. In my role as Director, I am responsible for overseeing CBP's Trusted Traveler Programs.

Attached to this Certification is the Amended Administrative Record relating to Plaintiff's Administrative Procedure Act claim in the above-captioned matter, and related Table of Contents. Redactions have been applied within the attached Amended Administrative Record to information which is protected by the deliberative process privilege, information consisting of law enforcement sensitive techniques and procedures, and the personally identifiable information of both CBP personnel and third parties.

I certify that, to the best of my knowledge, information, and belief, the documents identified in the table of contents and filed herewith constitute the entire Administrative Record containing the information considered by CBP when deciding whether to approve or deny Plaintiff's NEXUS applications filed with CBP on May 26, 2022, and December 20, 2022. I further certify that these records were prepared by CBP personnel in the ordinary course of business, at or near the time that the acts, conditions, or events described in the records occurred.

Dated: July 17, 2024

Michael J. Millich
Director
CBP Trusted Traveler Programs

Case 1:23-cv-00257-EAW-MJR Document 16-1 Filed 07/12/24 Page 2 of 79

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MATTHEW BOROWSKI

Plaintiff, 23-CV-257

v.

U.S. CUSTOMS AND BORDER PROTECTION

Defendant.

---

## TABLE OF CONTENTS TO AMENDED ADMINISTRATIVE RECORD


| Document No. | Bates Page Nos. | Description |
|---|---|---|
| 1 | CBP 001 | CBP Reconsideration Decision Letter, addressed to Plaintiff, dated April 12, 2023 |
| 2 | CBP 002 – CBP 004 | Plaintiff's Reconsideration Request submitted December 20, 2022, and Reconsideration Request Decision dated April 12, 2023 |
| 3 | CBP 005 – CBP 011 | Inspection Records relating to Plaintiff's April 5, 2023 Border Inspection |
| 4 | CBP 012 – CBP 013 | NEXUS Revocation Letter addressed to Plaintiff, dated December 20, 2022 |
| 5 | CBP 014 – CBP 015 | NEXUS Disapproval Letter addressed to Plaintiff, dated December 20, 2022 |
| 6 | CBP 016 – CBP 019 | Risk Assessment Worksheet relating to CBP's December 20, 2022 Determination of Plaintiff's NEXUS Eligibility |
| 7 | CBP 020 – CBP 024 | Inspection Records relating to Plaintiff's February 20, 2019 Border Inspection |
| 8 | CBP 025 – CBP 028 | Inspection Records relating to Plaintiff's January 3, 2018 Border Inspection |
| 9 | CBP 029 – CBP 030 | Inspection Records relating to Plaintiff's May 22, 2016 Border Inspection |
| 10 | CBP 031 – CBP 036 | Inspection Records relating to Plaintiff's November 3, 2014 Border Inspection |
| 11 | CBP 037 – CBP 041 | Intra-Agency Emails from April 2014 |
| 12 | CBP 042 – CBP 045 | Inspection Records relating to Plaintiff's December 14, 2013 Border Inspection |
| 13 | CBP 046 – CBP 048 | Inspection Records relating to Plaintiff's April 18, 2013 Border Inspection |

| | | |
|---|---|---|
| 14 | CBP 049 – CBP 056 | Inspection Records relating to Plaintiff's March 19, 2013 Border Inspection |
| 15 | CBP 057 | Plaintiff's Signed NEXUS Briefing, dated December 28, 2011 |
| 16 | CBP 058 – CBP 059 | Spreadsheet Delineating Plaintiff's Secondary Inspections from April 25, 2009, through January 16, 2024 |
| 17 | CBP 060 – CBP 076 | Plaintiff's NEXUS Application History and Global Enrollment System Records |

U.S. Customs and Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

[redacted]

Print

Apr 12, 2023

MATTHEW BOROWSKI
[redacted]

RE: Your NEXUS Program Membership #[redacted]

Dear MATTHEW BOROWSKI:

Thank you for your interest in the NEXUS program of U.S. Customs and Border Protection (CBP).

A review of your membership by the CBP Ombudsman has been completed. Based on the information you provided, it has been determined that no change is warranted at this time. Please be mindful that being denied from participating in the NEXUS program does not prohibit you from being able to travel.

If you do not know why you were denied, then you will need to submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws. For additional information about filing a FOIA request with CBP, please visit our website: http://www.cbp.gov/site-policy-notices/foia. Additional program information is available through the Trusted Traveler Program (TTP) application website: https://ttp.dhs.gov.

Sincerely,

Ombudsman
U.S. Customs and Border Protection

CBP 001

U.S. Customs and Border Protection | TRUSTED TRAVELER PROGRAMS

Home (/home) [redacted]

# Reconsideration Request

## Request Information

[redacted]

| | |
|---|---|
| **Reconsideration Request ID:** | 91511 |
| **Date Submitted:** | 12/20/2022 |
| **Name:** | Matthew Borowski |
| **Date of Birth:** | [redacted] |
| **Program:** | NEXUS |
| **Membership Number/PASSID:** | [redacted] |
| **Email:** | [redacted] |

**Reason for Reconsideration**

I have been a member of NEXUS for ten years and have never violated any regulations. I am an attorney licensed in both the U.S. and Canada. The only thing that I can thing of might be that the application erroneously did not store my drivers license information, which is [redacted] issued by Ontario and expiring 20251101. I am an attorney licensed in NY and Ontario and cross border daily for work. I want to know why I was denied.

**Attached Files**

| Filename | File Size | Date/Time |
|---|---|---|
| No attachments were submitted with the request. | | |

## Recommendation

## Sustained Denial/Revocation

| | |
|---|---|
| **Recommended by:** | [redacted] |
| **Date of Recommendation:** | 04/12/2023 01:35 PM |
| **Justification:** | Supervisory Ombudsman: Sustained denial revocation based on the totality of noncompliance with the inspection process on numerous occasions. Applicant has 6 positive relevant [redacted] (3 in 2013, 1 in 2014, 1 in 2016, and the latest in 2023) from inspections where the applicant's behavior is confrontational and/or his actions interfere with the inspection process. Applicant was previously |

revoked for noncompliance in 2013 and Ombudsman granted discretion in April 2014 and gave applicant another opportunity for TTP enrollment, but specifically stated to the Enrollment Center to please warn applicant against future noncompliance during both outbound or inbound inspections. Applicant likely should have been revoked for repeat noncompliance as noted in November 2014 [redacted] or May 2016 [redacted]. Applicant has numerous crossings and 53 total secondary inspections. Applicant's April 2023 [redacted] details alone are enough to warrant a sustained denial revocation based on statements of intended noncompliance the applicant made to the Watch Commander after the secondary inspection was complete. Port and EC can remind the applicant that those who do not qualify for Trusted Traveler Program participation are not prohibited from entering the United States. However, they are not permitted to use a Trusted Traveler dedicated lane to do so. Does not warrant discretion at this time.

## Final Decision

## Sustained Denial/Revocation

**Finalized by:** [redacted]

**Date of Decision:** 04/12/2023 01:37 PM

**Justification:** Supervisory Ombudsman: Sustained denial revocation based on the totality of noncompliance with the inspection process on numerous occasions. Applicant has 6 positive relevant [redacted] (3 in 2013, 1 in 2014, 1 in 2016, and the latest in 2023) from inspections where the applicant's behavior is confrontational and/or his actions interfere with the inspection process. Applicant was previously revoked for noncompliance in 2013 and Ombudsman granted discretion in April 2014 and gave applicant another opportunity for TTP enrollment, but specifically stated to the Enrollment Center to please warn applicant against future noncompliance during both outbound or inbound inspections. Applicant likely should have been revoked for repeat noncompliance as noted in November 2014 [redacted] or May 2016 [redacted]. Applicant has numerous crossings and 53 total secondary inspections. Applicant's April 2023 [redacted] details alone are enough to warrant a sustained denial revocation based on statements of intended noncompliance the applicant made to the Watch Commander after the secondary inspection was complete. Port and EC can remind the applicant that those who do not qualify for Trusted Traveler Program participation are not prohibited from entering the United States. However, they are not permitted to use a Trusted Traveler dedicated lane to do so. Does not warrant discretion at this time.

## Comments

| Date/Time | Comments | Added by |
| --- | --- | --- |

No comments have been added to this Reconsideration Request.

Return to Manage Requests

TOP

[redacted]

DHS.gov (https://www.dhs.gov/)
CBP.gov (https://www.cbp.gov/)

**BOROWSKI, MATTHEW KARIM** [redacted] [redacted]
04/05/2023 13:11:00 EDT
[redacted]

[redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW KARIM |
| Birth Date: | [redacted] |
| Hispanic: | No |
| Gender: | Male (M) |
| Citizenship: | United States (US/USA) |
| Document Type: | PASSPORT (P) |
| Document ID: | [redacted] |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | BZPN616 |
| License State: | ONTARIO (ON) |
| License Year: | 23 |
| License Country: | Canada (CA/CAN) |

## Incident Details

| | | | |
|---|---|---|---|
| Incident Type: | [redacted] | Primary Officer: | [redacted] |
| [redacted] | | Supervisor: | |
| TECS ID: | | | |
| Incident Date: | 04/05/2023 | | |
| Report Approved: | Yes | | |
| Report Approved Date: | 04/11/2023 00:00:00 EDT | | |
| Report Completed: | Yes | | |
| Report Completed Date: | 04/05/2023 00:00:00 EDT | | |
| Report Cancelled: | No | | |

## Comments

On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: [redacted]; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York.

During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.

Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.

The subject's vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.

[redacted] examination of the vehicle conducted by two CBP Officers and witnessed by the on-duty Supervisory CBP Officer [redacted].

Upon conclusion of the [redacted] examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subject's passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBP's secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.

The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subject's request. At that time, WC [redacted] responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC [redacted] the subject departed the Port of Entry at approximately 1230 hours.

WC Notes: Mr. Borowski stated he will not answer questions he felt that a USC does not need to answer such as Where are you going? He claims that the officer does not need to know where in the US he is going. I spoke to Mr. Borowski and advised him that if he does not answer the officer's questions, he may be sent or escorted to secondary and that the officers questions provide the officer with information to make a admit/refer decision. Mr. Borowski stated he will not answer those questions as he is not bound by the NEXUS program as his card was revoked. He stated he inquired with a FOIA request and as SCBPO [redacted] but has not received an answer as to why his card was revoked. All officers were professional during this encounter. Mr. Borowski requested the names of the primary officer, the officer that drove his car and wanted to speak to Officer [redacted] (K9 Supervisor). I provided Mr. Borowski with my name and advised him that he could file a complaint or a FOIA request regarding the inspection. Mr. Borowski departed the station at approximately 1230 hours.

Port Location

**BORCWSKI, MATTHEW KARIM** [redacted]
04/05/2023 11:57:48 EDT
[redacted]

[redacted]

**Source:** [redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW KARIM |
| Gender: | Male (M) |
| Date of Birth: | [redacted] |
| Birth Country: | United States (US/USA) |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | [redacted] |

## Crossing Information

| | |
|---|---|
| Disposition: | U.S. Citizen (USC) |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Inbound / Outbound: | Inbound |
| Referral Date: | 04/05/2023 11:57:48 EDT |
| Crossing TECS ID: | [redacted] |

## Package Information

| | |
|---|---|
| Source: | [redacted] |
| Referral Status: | |
| Referral Type: | |
| Package ID: | |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Lane Number: | 07 |
| Closed By: | Manual |

## Referral Information

| | |
|---|---|
| Referred By Officer: | [redacted] |
| Last Inspection Officer: | |
| Referred By Application: | |
| Referral Status: | |
| Referral Type: | |
| [redacted] | |
| Referral Reason: | subject refused to answer any basic questions, refused to get out of the vehicle. very uncooperative. |

## Misc

Lost Stolen: No
Referral Item Type: [redacted]

## Vehicle Referral

Referral Date: 04/05/2023 11:57:48 EDT
Referred By Application: [redacted]
Referred By Officer:
Recall Referral:
Inbound / Outbound: Inbound
Crossing Mode: VPC (V)
Crossing Quantity: 0
Device Type: [redacted]
Crossing TECS ID:
Operator: Trunk
People Quantity: 1
[redacted]
Referral Item Type: [redacted]
Referral Reason: [redacted]
Referral Vehicle Number:
Referral Comment: subject refused to answer any basic questions, refused to get out of the vehicle. very uncooperative.

## Vehicle Inspection

Conveyance Type: AUTO (A)
Referral Officer: [redacted]
Referral Reason:
State: ONTARIO (ON)
Inbound / Outbound: Inbound
Inspection Result: [redacted]
CCD Used:
Currency Amount: 0
Inspection Type: A
Person Quantity: 1
Update By Legacy: No
Vehicle Search 1: [redacted]
Referral Vehicle Number:
License Plate Number: BZPN616
State: ON BZPN616
TECS ID: [redacted]

## Remarks

| Completed | Comment |
|---|---|
| Yes | On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: [redacted]; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York. |

During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.

Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.

The subjects vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.

[redacted]

Upon conclusion of the [redacted] examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subjects passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBPs secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.

The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subjects request. At that time, WC [redacted] responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC [redacted] the subject departed the Port of Entry at approximately 1230 hours.

## Admissibility

| | |
|---|---|
| Admissibility Workspace ID: | [redacted] |
| Secondary Officer Name: | |
| Inspection Completed: | Inspection Completed |
| CCD Used: | [redacted] |
| Create PLOR: | |
| Disposition: | U.S. Citizen (USC) |
| Create PLOR: | [redacted] |

| | |
|---|---|
| Traveler Document Presented: | Yes |
| Western Hemisphere Travel Initiative Compliant: | No |
| I-94 Waiver Action: | N |
| IOEM: | No |
| Update By Legacy: | No |
| Incident ID: | [redacted] |
| TECS ID: | |
| Exam Completion Date: | 04/05/2023 13:17:42 EDT |

## Remarks

| Completed | Comment |
|---|---|
| Yes | On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: [redacted]; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York.<br><br>During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.<br><br>Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.<br><br>The subjects vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.<br><br>[redacted]<br><br>Upon conclusion of the [redacted] examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subjects passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBPs secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.<br><br>The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subjects request. At that time, WC [redacted] responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC [redacted] the subject departed the Port of Entry at approximately 1230 hours. |

## Referral Reason

| Referred By Application | Referred By | Referral Date | Referral Reason |
|---|---|---|---|
| [redacted] | [redacted] | 04/05/2023 11:57:48 EDT | [redacted] |

## Baggage

| | |
|---|---|
| Referral Officer: | [redacted] |
| Referral Reason: | |
| Inbound / Outbound: | Inbound |
| Secondary Officer Name: | [redacted] |
| Bag Workspace ID: | |
| Currency Amount: | 0 |

| | |
|---|---|
| Inspection Completion: | Inspection Completed |
| Inspection Result: | [redacted] |
| Exam Completion Date: | 04/05/2023 13:15:18 EDT |
| IOEM: | No |
| [redacted] | |
| Bag Exam: | Yes |
| CCD Used: | [redacted] |
| Create PLOR: | |
| No Exam: | No |
| Personnel Search: | No |
| [redacted] | |
| Update By Legacy: | No |

## Remarks

| Completed | Comment |
|---|---|
| Yes | On Wednesday, April 5, 2023, at approximately 1157 hours, subject Matthew Karim BOROWSKI (DOB: [redacted]; COC: USA) was encountered in lane seven at the Peace Bridge Port of Entry, Buffalo, New York. |

During the primary examination, the subject indicated to the Primary Officer that his citizenship was irrelevant. Furthermore, the subject indicated that he would only state that he has nothing to declare. At that time, the Primary Officer called for an escort.

Responding officers requested that the subject step out of the vehicle, and attempted to clarify if he possessed any weapons on his person or in the vehicle. The subject replied by stating what is a weapon? At that time, the subject was escorted into the CBP Secondary Administrative Building for further examination. During the escort, the subject expressed that he does not want anyone to touch or move his vehicle. Once in secondary, the subject was placed in the medium-secondary area until his vehicle could be searched for contraband, merchandise, or weapons.

The subjects vehicle was cleared from the primary lane in order to process other travelers. The vehicle was driven to the secondary parking lot by a CBP Officer and was witnessed by the on-duty Supervisory CBP Officer.

[redacted]

Upon conclusion of the [redacted] examination, the subject was removed from the medium-secondary lobby and placed in the general lobby. The subjects passport and vehicle keys were returned to him. At approximately 1215 hours, the subject was advised that CBPs secondary examination was completed, and he was clear to leave. BOROWSKI requested to speak to the Watch Commander.

The on-duty Supervisor immediately contacted the on-duty Watch Commander regarding the subjects request. At that time, WC [redacted] responded to secondary and spoke with the subject regarding his concerns, as well as CBP procedures. After speaking with WC [redacted] the subject departed the Port of Entry at approximately 1230 hours.

## Referral Reason

| Referred By Application | Referred By Officer | Referral Date | Referral Reason |
|---|---|---|---|
| [redacted] | [redacted] | 04/05/2023 11:57:48 EDT | [redacted] |

## Port Location

U.S. Customs and Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

[redacted]

Print

Dec 20, 2022

BUFFALO ENROLLMENT CENTER
10 Central Avenue
Fort Erie, ON L2A6C6
CA

MATTHEW BOROWSKI
[redacted]

RE: Your NEXUS Program Membership #[redacted]

Dear MATTHEW BOROWSKI:

Thank you for your participation in the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been revoked for the following reason(s):

You do not meet program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter

2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,

Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection

U.S. Customs and
Border Protection
Official Trusted Traveler Program Website | Department of Homeland Security

[redacted]

Print

Dec 20, 2022

[redacted]
--
Sterling, VA 20164
US

MATTHEW BOROWSKI
[redacted]

RE: Your NEXUS Program Membership #[redacted]

Dear MATTHEW BOROWSKI:

Thank you for your application to the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been disapproved for the following reason(s):

Other
    You do not meet program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter
2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,

Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection

GLOBAL ENROLLMENT SYSTEM (GES)

Homeland Security

Welcome | Search | Reports | Administration
Text Only

Help
Logout

**Raw List**

Traveler Menu
Summary
Request List
[redacted]

**PASSID:** [redacted] **Name:** BOROWSKI, MATTHEW KARIM **DOB:** [redacted]

| RAW ID | AIS Program | Request Type | Application Id |
|---|---|---|---|
| [redacted] | NEXUS | Renewal | 43945325 |
| [redacted] | NEXUS | Renewal | 26838039 |

# Risk Assessment Worksheet

**Pass ID:982419666**

**Program Type:** NEXUS | **Application ID:** 43945325 | **Application Type:** Renewal

## Person Data

**First Name:** MATTHEW KARIM **Last Name:** BOROWSKI **DOB:** [redacted]
**Gender:** M
**Citizenship:** US **Birth Country:** US

## Findings

[redacted]

[redacted] | MATTHEW KARIM| BOROWSKI| [redacted] | 2022-12-12T00:00:00-05:00
2018 TTP violation/FTD AQI seized without penalty

[redacted] | MATTHEW| BOROWSKI| [redacted]
BOROWSKI became even more argumentative and irate about the inspection and refused to get off his cellphone after being asked three times. | 2022-12-12T00:00:00-05:00

[redacted] MATTHEW| BOROWSKI| [redacted]
The primary Officer then asked Mr. Borowski to pull over to the secondary inspection area where he would explain under what authority CBP could inspect his vehicle. Mr. Borowski began to pull over and stopped, blocking both lanes of traffic and began yelling out his window that he wished to withdraw his application for admission. | 2017-08-25T00:00:00-04:00

[redacted] MATTHEW| BOROWSKI| [redacted]

[redacted] o the | 2017-08-25T00:00:00-04:00

building until his inspection was complete. BOROWSKI stated that he wanted to stay outside and watch the inspection. I stated to BOROWSKI that he was unable to watch the inspection of his vehicle and to return into door 2, and he still did not comply.

[redacted] | MATTHEW| BOROWSKI| [redacted]

2016 NEXUS violation/uncooperative and argumentative during the inspectional process | 2017-08-25T00:00:00-04:00

[redacted] | MATTHEW| BOROWSKI| [redacted]

uncooperative and confrontational when asked for the registration for the vehicle asking "for what, what is your probable cause | 2017-08-25T00:00:00-04:00

## ***RISK ASSESSOR***

**Risk Assessor Comments (Internal):** DR: Per 2013 GES comments, Subject's Nexus card was retained and revoked after third encounter with CBP officers requiring an [redacted]. Subject has been argumentative and consistently fails to comply with officer's direction. Subject came to the enrollment center to demand his card be returned. Subject was confrontational and argumentative with the E.C. supervisor and attempted to cause a disturbance in the waiting area. OMB discretion granted in 2014. [redacted] 2018 TTP violation/FTD AQI seized without penalty [redacted] 2016 NEXUS violation/uncooperative and argumentative during the inspectional process [redacted] I requested BOROWSKI to return to the building until his inspection was complete. BOROWSKI stated that he wanted to stay outside and watch the inspection. I stated to BOROWSKI that he was unable to watch the inspection of his vehicle and to return into door 2, and he still did not comply. [redacted] uncooperative and confrontational when asked for the registration for the vehicle asking "for what, what is your probable cause [redacted] The primary Officer then asked Mr. Borowski to pull over to the secondary inspection area where he would explain under what authority CBP could inspect his vehicle. Mr. Borowski began to pull over and stopped, blocking both lanes of traffic and began yelling out his window that he wished to withdraw his application for admission. [redacted] BOROWSKI became even more argumentative and irate about the inspection and refused to get off his cellphone after being asked three times.
**Officer Recommendation:** REFER TO DIRECTOR REVIEW
**Date Vetted:** 2022-12-13
**Vetting Officer:** [redacted]

**Supporting Information (Internal):**

## ***DIRECTOR REVIEW***

**Director Comments (Internal):** Concur with vetting results.
**Final Decision:** Denied - Risk/Totality of Circumstances

**Date Reviewed:** 2022-12-20
**Director:** [redacted]

**Denial Reasons/Comments (Sent to Applicant):**
You do not meet program eligibility requirements.

## Facility Security Query Results

[redacted]

[redacted] 2022-12-12| [redacted]
2022-12-12| [redacted]

## Name Variants, Query Results & Questions

### ***APPLICANT NAME VARIANTS QUERIED (x2)***

BOROWSKI, MATTHEW
BOROWSKI, MATTHEW KARIM

[redacted]

[redacted] 2022-12-12| MATTHEW KARIM| BOROWSKI| [redacted]

2018 TTP violation/FTD AQI seized without penalty

[redacted] | 2022-12-12| MATTHEW| BOROWSKI| [redacted]

BOROWSKI became even more argumentative and irate about the inspection and refused to get off his cellphone after being asked three times.

[redacted] 2017-08-25| MATTHEW| BOROWSKI| [redacted]

The primary Officer then asked Mr. Borowski to pull over to the secondary inspection area where he would explain under what authority CBP could inspect his vehicle. Mr. Borowski began to pull over and stopped, blocking both lanes of traffic and began yelling out his window that he wished to withdraw his application for admission.

[redacted] | 2017-08-25| MATTHEW| BOROWSKI| [redacted]

I requested BOROWSKI to return to the building until his inspection was complete. BOROWSKI stated that he wanted to stay outside and watch the

inspection. I stated to BOROWSKI that he was unable to watch the inspection of his vehicle and to return into door 2, and he still did not comply.
[redacted]| 2017-08-25| MATTHEW| BOROWSKI| [redacted]

2016 NEXUS violation/uncooperative and argumentative during the inspectional process
[redacted]| 2017-08-25| MATTHEW| BOROWSKI| [redacted]

uncooperative and confrontational when asked for the registration for the vehicle asking "for what, what is your probable cause
[redacted] 2022-12-12| MATTHEW| BOROWSKI| [redacted]
[redacted] 2017-08-25| MATTHEW KARIM| BOROWSKI| [redacted]
[redacted] 2022-12-12| MATTHEW| BOROWSKI| [redacted]
[redacted] 2022-12-12| MATTHEW KARIM| BOROWSKI| [redacted] | M
[redacted] 2022-12-12| MATTHEW| BOROWSKI| [redacted] M
[redacted]| 2022-12-12| MATTHEW| BOROWSKI| [redacted] M
[redacted] 490315478| 2022-12-12| MATTHEW KARIM| BOROWSKI| [redacted] M

[redacted]

[redacted]| 2022-12-12 | [redacted]
| 2022-12-12 | [redacted]
[redacted] 2022-12-12 | [redacted]
2022-12-12 | [redacted]
[redacted] 2022-12-12 | [redacted]
2022-12-12 | [redacted]
[redacted]| 2022-12-12| [redacted]
[redacted] 2022-12-12| [redacted]
[redacted] 2022-12-12| [redacted]
[redacted] | 2022-12-12| [redacted]
| 2022-12-12| [redacted]
[redacted] 2022-12-12| [redacted]
2022-12-12| [redacted]
[redacted]| 2022-12-12| [redacted]
[redacted]| 2022-12-12
[redacted] 2022-12-12| [redacted]
2022-12-12| [redacted]
[redacted]| 2022-12-12| [redacted]
01
[redacted] 2022-12-12| [redacted]

**BOROWSKI, MATTHEW** [redacted]
02/20/2019 13:31:00 EST
[redacted]

[redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Birth Date: | [redacted] |
| Race: | White (W) |
| Hispanic: | No |
| Gender: | Male (M) |
| Citizenship: | United States (US/USA) |
| Document Type: | NEXUS CARD (IN) |
| Document ID: | [redacted] |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | CFWS564 |
| License State: | ONTARIO (ON) |
| License Year: | 19 |
| License Country: | Canada (CA/CAN) |

## Incident Details

| | |
|---|---|
| Incident Type: | [redacted] |
| [redacted] | |
| TECS ID: | |
| Incident Date: | 02/20/2019 |
| Search Start Time: | 1206 |
| Search End Time: | 1206 |
| Search Type 1: | IMMEDIATE PATDOWN (I) |
| Report Approved: | Yes |
| Report Approved Date: | 02/20/2019 00:00:00 EST |
| Report Completed: | Yes |
| Report Completed Date: | 02/20/2019 00:00:00 EST |
| Report Cancelled: | No |
| Referring Officer Type Code: | [redacted] |
| Search Reason: | |
| Search Reason 1: | |
| Search Reason 2: | |
| Performed Search: | [redacted] |
| Authorized by: | |
| Search Witness Name: | |

| | |
|---|---|
| Primary Officer: | [redacted] |
| Supervisor: | |
| 2 Hour Detention: | No |
| [redacted] | |

## Comments

On 02/20/2019, at 1205 hrs. subject: BOROWSKI, Matthew, (DOB: [redacted] COC: USA) was encountered at the Peace Bridge in Buffalo, NY. CBPO [redacted] called for an escort from primary to the secondary inspection area. CBPO [redacted] responded to primary lane 8 and instructed the subject to remove his safety belt and accompany him near the rear of the vehicle. The Subject complied with the officer.

At 1206 hrs. CBPO [redacted] executed an immediate pat down [redacted]. The immediate pat down was witnessed by CBPO [redacted]. The subject was escorted by CBPO [redacted] to the secondary area within the Field Inspection Station.

At 1207 hrs. the vehicle was driven to the secondary inspection area by CBPO [redacted]. Once parked in the secondary inspection area, CBPO [redacted] and CBPO [redacted] removed a briefcase from the vehicle and brought it in to the FIS.

At 1208 hrs, once in the secondary inspection area, CBPO [redacted] witnessed by CBPO [redacted] to ensure that the subject did not have any weapons or narcotics in his possession. The briefcase and its contents was searched as the subject watched. The subject asked to speak with a supervisor in which explained to him that he would be able to as soon as the inspection was complete.

At 1209 hrs, the subject was allowed to make a phone call, utilizing his personal cell phone, to his office explaining to his co-workers that he would be late.

The subject provided a negative oral declaration for goods, weapons or narcotics to CBPO [redacted] and CBPO [redacted].

At 1210 hrs, the vehicle and its contents were searched by CBPO [redacted] CBPO [redacted] and SCBPO [redacted]. [redacted]

At 1215 hrs, the subject was released from the secondary inspection area.

## Port Location

**BOROWSKI, MATTHEW** [redacted]
02/20/2019 12:06:10 EST
[redacted]

[redacted]

**Source:** [redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Gender: | Male (M) |
| Race: | White (W) |
| Hispanic: | No |
| Date of Birth: | [redacted] |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | NEXUS CARD (IN) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | [redacted] |
| Other Document Number: | |

## Crossing Information

| | |
|---|---|
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Inbound / Outbound: | Inbound |
| Referral Date: | 02/20/2019 12:06:10 EST |
| Crossing TECS ID: | [redacted] |

## Package Information

| | |
|---|---|
| Source: | [redacted] |
| Referral Status: | |
| Referral Type: | |
| Package ID: | |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Lane Number: | 08 |
| Completion Status: | Complete |
| Closed By: | Manual |

## Referral Information

| | |
|---|---|
| Referred By Officer: | [redacted] |
| Last Inspection Officer: | |
| Referred By Application: | |
| Referral Status: | |
| Referral Type: | |
| [redacted] | |
| Referral Reason: | |

## Misc

| | |
|---|---|
| Lost Stolen: | No |
| Referral Item Type: | [redacted] |

## Vehicle Referral

| | |
|---|---|
| Referral Date: | 02/20/2019 12:06:10 EST |
| Referred By Application: | [redacted] |
| Referred By Officer: | |
| Recall Referral: | |
| Inbound / Outbound: | Inbound |
| Crossing Mode: | VPC (V) |
| Crossing Quantity: | 0 |
| Device Type: | [redacted] |
| Crossing TECS ID: | |
| GES Program: | 0 |
| Operator: | Trunk |
| People Quantity: | 1 |

[redacted]

| | |
|---|---|
| Referral Item Type: | [redacted] |
| Referral Reason: | [redacted] |
| Referral Vehicle Number: | |
| Stacked Booth Configuration: | No |
| Referral Comment: | [redacted] |

## Vehicle Inspection

| | |
|---|---|
| Conveyance Type: | AUTO (A) |
| Referral Officer: | [redacted] |
| Referral Reason: | |
| State: | ONTARIO (ON) |
| Inbound / Outbound: | Inbound |
| Inspection Result: | [redacted] |
| CCD Used: | |
| Currency Amount: | 0 |
| Inspection Type: | A |
| Person Quantity: | 1 |
| Update By Legacy: | No |
| Vehicle Search 1: | [redacted] |
| Vehicle Search 2: | TRUNK (T) |
| Referral Vehicle Number: | [redacted] |
| License Plate Number: | [redacted] |
| State: | |
| Incident ID: | |
| TECS ID: | |

## Remarks

| Completed | Comment |
|---|---|
| **Yes** | [redacted] |

## Baggage

| | |
|---|---|
| Referral Officer: | [redacted] |
| Referral Reason: | |
| Inbound / Outbound: | Inbound |
| Secondary Officer Name: | [redacted] |
| Bag Workspace ID: | |
| Currency Amount: | 0 |

| | |
|---|---|
| Inspection Completion: | Inspection Completed |
| Inspection Result: | [redacted] |
| Exam Completion Date: | 02/20/2019 13:36:27 EST |
| IOEM: | No |

[redacted]

| | |
|---|---|
| Incident ID: | [redacted] |

UNCLASSIFIED // For Official Use Only

| | |
|---|---|
| Bag Exam: | Yes |
| CCD Used: | [redacted] |
| Create PLOR: | |
| No Exam: | No |
| Personnel Search: | Yes |
| Receipt Number: | [redacted] |
| [redacted] | |
| Update By Legacy: | No |

## Remarks

| Completed | Comment |
|---|---|
| **Yes** | [redacted] |

## Port Location



UNCLASSIFIED // For Official Use Only

**BOROWSKI, MATTHEW KARIM** [redacted]
01/03/2018 15:06:20 EST
[redacted]

[redacted]

**Source:** [redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW KARIM |
| Gender: | Male (M) |
| Date of Birth: | [redacted] |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | [redacted] |

## Crossing Information

| | |
|---|---|
| Site: | CBP-WASH DC, DULLES INTL AP (A541) |
| Site Port: | WASHINGTON (5401) |
| Inbound / Outbound: | Inbound |
| Departure Port Port: | JUAREZ INTL (MEX) |
| Embarkation Port: | JUAREZ INTL (MEX) |
| Airline: | UNITED AIRLINES (UA) |
| Carrier Number: | UA 1567 |
| Referral Date: | 01/03/2018 15:06:20 EST |

## Referral Information

| | |
|---|---|
| Referred By Officer: | [redacted] |
| Last Inspection Officer: | |
| Referred By Application: | |
| Referral Status: | |
| Referral Type: | |
| [redacted] | |
| Referral Reason: | banana |
| Completed: | Manual |

## Misc

| | |
|---|---|
| Device Type: | Workstation (W) |
| Referral Item Type: | [redacted] |
| SEVIS: | No |

## Agriculture

| | |
|---|---|
| Secondary Officer Name: | [redacted] |
| Agriculture Workspace ID: | |
| Additional Passenger: | No |
| Create PLOR: | [redacted] |

| | |
|---|---|
| Inspection Completion: | Inspection Completed |
| Exam Completion Date: | 01/03/2018 15:30:54 EST |
| [redacted] | |
| No Exam: | Yes |
| Personnel Search: | No |
| TECS ID: | [redacted] |
| X-Ray: | No |
| Update By Legacy: | No |

## Remarks

| Completed | Comment |
| --- | --- |
| **Yes** | [redacted] |

## Port Location

**BOROWSKI, MATTHEW KARIM** [redacted]
01/03/2018 15:12:33 EST
[redacted]

[redacted]

**Source:** [redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW KARIM |
| Gender: | Male (M) |
| Hispanic: | No |
| Date of Birth: | [redacted] |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | 498789980 |

## Crossing Information

| | |
|---|---|
| Site: | CBP-WASH DC, DULLES INTL AP (A541) |
| Site Port: | WASHINGTON (5401) |
| Inbound / Outbound: | Inbound |
| Airline: | UNITED AIRLINES (UA) |
| Carrier Number: | UA 1567 |
| Referral Date: | 01/03/2018 15:12:33 EST |

## Referral Information

| | |
|---|---|
| Referred By Officer: | [redacted] |
| Last Inspection Officer: | |
| Referred By Application: | |
| Referral Status: | |
| Referral Type: | |
| [redacted] | |
| Referral Reason: | |
| Completed: | Manual |

## Misc

| | |
|---|---|
| Lost Stolen: | No |
| Referral Item Type: | [redacted] |

## Agriculture

| | |
|---|---|
| Referral Officer: | [redacted] |
| Referral Reason: | |
| Inbound / Outbound: | Inbound |
| Secondary Officer Name: | [redacted] |
| Agriculture Workspace ID: | |
| Additional Passenger: | No |
| Agriculture Permit Presented: | No |
| Agricultural Quarantine Inspection Monitoring Exam: | No |
| Bag Exam: | Yes |
| Bags Examined: | 1 |
| Bag Xray: | No |
| Bags X-Rayed: | 1 |

[redacted] [redacted]
CCD Used:
Cites Violation Incident: No
Create PLOR: [redacted]
Civil Penalty Issued: No

| | |
|---|---|
| Departure Port Port: | JUAREZ INTL (MEX) |
| Embarkation Port: | JUAREZ INTL (MEX) |
| Flight Vessel Crew: | No |
| Form 6059B: | No |
| Inspection Category: | [redacted] |
| Inspection Completion: | Inspection Completed |
| Exam Completion Date: | 01/03/2018 15:18:29 EST |
| Inspection Result: | [redacted] |
| Canine Search: | No |
| Import Certificate Reviewed: | No |
| Incident ID Required: | No |
| No Exam: | No |
| Oral Declaration: | No |
| Prior Civil Penalty: | No |
| Prior Positive Exam: | No |
| Personnel Search: | No |
| Passengers on Declaration: | 2 |
| [redacted] | [redacted] |
| TECS ID: | |
| X-Ray: | No |
| Update By Legacy: | No |

## Remarks

| Completed | Comment |
|---|---|
| Yes | passenger global entry failed to declare banana states that he always brings bananas in the country and they let him enter them without declaring it in global entry receipt [redacted] also lied stating that is the first time that he uses global entry when he comes and goes into Canada and us all the time. |

## Item Inspection

| Agency | Other Agency | Airway Bill / Entry ID | Amount | Commodity Type | Live | Pest Located | Regulatory Action |
|---|---|---|---|---|---|---|---|
| | | | 0.1 (Pieces/Each) | Plant Product - Fruits and Vegetables | | | Abandoned/Seized and Destroyed |

## Violation

Violation

AGRICULTURE WITHOUT ISSUANCE OF CIVIL PENALTY (AG)

## Port Location

**BOROWSKI, MATTHEW K** [redacted]

05/22/2016 15:50:00 EDT

[redacted]

[redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Middle Name: | K |
| Birth Date: | [redacted] |
| Race: | White (W) |
| Hispanic: | No |
| Gender: | Male (M) |
| Hair: | BROWN (BR) |
| Eye: | BROWN (BR) |
| Height: | 602 |
| Weight: | 200 |
| Citizenship: | United States (US/USA) |
| Document Type: | NEXUS CARD (IN) |
| Document ID: | [redacted] |

## Addresses

| | |
|---|---|
| Street Name: | [redacted] |
| City: | |
| State: | |
| Zip: | |
| ISO Country: | Canada (CA/CAN) |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | BNYL678 |
| License State: | ONTARIO (ON) |
| License Year: | 16 |
| License Country: | Canada (CA/CAN) |

## Incident Details

| | |
|---|---|
| Incident Type: [redacted] | [redacted] |
| TECS ID: | |
| Incident Date: | 05/22/2016 |
| Report Approved: | Yes |
| Report Approved Date: | 05/22/2016 00:00:00 EDT |
| Report Completed: | Yes |
| Report Completed Date: | 05/22/2016 00:00:00 EDT |
| Report Cancelled: | No |

Primary Officer: [redacted]
Supervisor:

[redacted]

## Comments

UNCLASSIFIED // For Official Use Only

On Sunday May 22, 2016, CBPO [redacted] conducting primary inspections in Auto Lane 7 at the Peace Bridge in Buffalo, NY. At 1550hrs, CBPO [redacted] encountered a vehicle bearing Ontario License Plate # BNYL678 driven by BOROWSKI, Matthew (DOB: [redacted]; COC/COB; USA, NEXUS PASS ID: [redacted] He was accompanied by his children, [redacted] and his wife [redacted] (DOB: [redacted]; COC/COB: USA; NEXUS PASS ID: [redacted]). Mr. Borowski presented Nexus Cards as identification for all four passengers.

CBPO [redacted] asked Mr. Borowski his citizenship, he replied, "We are all United States citizens". CBPO [redacted] then attempted to obtain a binding verbal declaration of citizenship from [redacted] by looking directly at her and asking her citizenship. Mr. Borowski raised his voice and quickly responded, "We are all U.S. citizens". CBPO [redacted] advised Mr. Borowski each adult in the vehicle needs to give their own verbal declaration of Citizenship. Mr Borowski raised his voice and argued that he could speak for everyone. He stated, "Yes I can, I'm an Immigration lawyer and I can answer for her".

Once again CBPO [redacted] asked her what her citizenship was and Mr. Borowski tried to answer for her again, but this time [redacted] answered, "U.S.". After obtaining a verbal declaration of citizenship from both adults in the vehicle, the inspection continued in regards to the purpose of their travel, and if the subjects had anything to declare in terms of goods coming into the U.S.. Each time CBPO [redacted] asked a question, Mr Borowski reminded CBPO [redacted] that he was an Immigration lawyer.

Mr. Borowski was visible aggravated and stated that since they were NEXUS card holders, they didn't need to answer a lot of questions. CBPO [redacted] advised Mr. Borowski that every traveler crossing the border was subject to inspection. Mr. Borowski became visibly irate and told the CBPO that he should "Go inside and ask a Supervisor. We are Trusted Travelers and the Supervisor will tell you that we are not subject to the same questions." CBPO [redacted] assured him that was not the case. Throughout the entire inspection Mr. Borowski was uncooperative and argumentative. He attempted to take control of the inspectional process. CBPO [redacted] felt that the demeanor of Mr. Borowski was not consistent with other travelers who cross the border and it raised enough suspicion for CBPO [redacted] to request the keys and preform trunk check. [redacted] Upon completion of the inspection, all were released USC's.

Both CBPO [redacted] and CBPO [redacted] witnessed the inspection.

Port Location


UNCLASSIFIED // For Official Use Only

**BOROWSKI, MATTHEW** [redacted]
11/03/2014 12:21:54 EST
[redacted]

[redacted]

**Source:** [redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Gender: | Male (M) |
| Hispanic: | Yes |
| Date of Birth: | [redacted] |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | NEXUS CARD (IN) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | [redacted] |
| Other Document Number: | |

## Crossing Information

| | |
|---|---|
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Inbound / Outbound: | Inbound |
| Referral Date: | 11/03/2014 12:21:54 EST |
| Crossing TECS ID: | [redacted] |

## Package Information

| | |
|---|---|
| Source: | [redacted] |
| Referral Status: | |
| Referral Type: | |
| Package ID: | |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Lane Number: | 18 |
| Completion Status: | Complete |
| Closed By: | Manual |

## Referral Information

| | |
|---|---|
| Referred By Officer: | [redacted] |
| Last Inspection Officer: | |
| Referred By Application: | |
| Referral Status: | |
| Referral Type: | |
| [redacted] | |
| Referral Reason: | |

## Misc

Lost Stolen: No
Referral Item Type: [redacted]

## Vehicle Referral

Referral Date: 11/03/2014 12:21:00 EST
Referred By Application: [redacted]
Referred By Officer: [redacted]
Recall Referral: No
Inbound / Outbound: Inbound
Crossing Mode: DCL (D)
Crossing Quantity: 0
Device Type: Workstation (W)
Crossing TECS ID: [redacted]
GES Program: 0
Operator: Trunk
People Quantity: 1
[redacted]
Referral Item Type:
Referral Reason:
Referral Vehicle Number: [redacted]
Stacked Booth Configuration: No
Referral Comment: [redacted]

## Vehicle Inspection

Conveyance Type: AUTO (A)
Referral Officer:
Referral Reason: [redacted]
State: ONTARIO (ON)
Inbound / Outbound: Inbound
Inspection Result: [redacted]
CCD Used: [redacted]
Currency Amount: 0
Inspection Type: A
Person Quantity: 1
Update By Legacy: No
Vehicle Search 1: [redacted]
Referral Vehicle Number: [redacted]
License Plate Number:
State: [redacted]
TECS ID: [redacted]

## Admissibility

Admissibility Workspace ID:
Secondary Officer Name: [redacted]
Inspection Completed: Inspection Completed
CCD Used:
Create PLOR: [redacted]
Disposition: U.S. Citizen (USC)
Create PLOR: [redacted]

Traveler Document Presented: Yes
Western Hemisphere Travel Initiative Compliant: Yes
I-94 Waiver Action: N
IOEM: No
Update By Legacy: No
Incident ID: [redacted]

TECS ID: [redacted]
Exam Completion Date: 11/03/2014 00:00:00 EST

## Remarks

| Completed | Comment |
|---|---|
| **Yes** | [redacted] |
| **Yes** | |

## Baggage

Referral Officer: [redacted]
Referral Reason:
Inbound / Outbound: **Inbound**
Secondary Officer Name: [redacted]
Bag Workspace ID:
Currency Amount: 0

Inspection Completion: **Inspection Completed**
Inspection Result: [redacted]
Exam Completion Date: 11/03/2014 00:00:00 EST
IOEM: **No**
[redacted]
Bag Exam: **Yes**
CCD Used: [redacted]
Create PLOR:
No Exam: **No**
Other Inspection Type: **Admissibility**
Personnel Search: **No**
Passengers on Declaration: 0
Receipt Number: [redacted]
Update By Legacy: **No**
Other Inspection Reason: [redacted]

## Remarks

| Completed | Comment |
|---|---|
| **Yes** | [redacted] subject and vehicle sent for secondary exam including routine admissibility and baggage and vehicle exam the exam was met with negative results. [redacted] |

## Port Location

**BOROWSKI, MATTHEW** [redacted]
11/03/2014 12:52:00 EST
[redacted]

[redacted]

## Subject

Last Name: BOROWSKI
First Name: MATTHEW
Birth Date: [redacted]

Hispanic: Yes
Gender: Male (M)

Citizenship: United States (US/USA)
Document Type: NEXUS CARD (IN)
Document ID: [redacted]

## Travel Details

Inbound / Outbound: Inbound
Location: BUFFALO-NIAGARA FALLS
Site: CBP-BUFFALO, PEACE BRIDGE (L094)
Port Name: BUFFALO-NIAGARA FALLS (0901)

MOT: LAND
Conveyance Type: AUTO (A)

License Plate: [redacted]
License State: ONTARIO (ON)
License Year: 14
License Country: Canada (CA/CAN)

## Incident Details

Incident Type: [redacted]
[redacted]
TECS ID:
Incident Date: 11/03/2014

Report Approved: Yes
Report Approved Date: 11/04/2014 00:00:00 EST
Report Completed: Yes
Report Completed Date: 11/04/2014 00:00:00 EST
Report Cancelled: No

Primary Officer: [redacted]
Supervisor:

[redacted]

## Attachments

| # | TECS ID | Document Type | Document Format | Preview |
| --- | --- | --- | --- | --- |
| [redacted] | | | | |

## Comments

While [redacted] at the Peace Bridge, I encountered BOROWSKI, Matthew. He was referred to door 2 for a [redacted] Exam. While his vehicle was being inspected [redacted], BOROWSKI exited out of door 2. I asked BOROWSKI if he was finished with his inspection and he told me that he was not and that he wanted to watch CBPO [redacted] while he was inspecting his vehicle. I requested BOROWSKI to return to the building until his inspection was complete. BOROWSKI stated that he wanted to stay outside and watch the inspection. I stated to BOROWSKI that he was unable to watch the inspection of his vehicle and to return into door 2, and he still did not comply. At this time, I placed my hand on his arm and securely escorted him into the CBP secure area located in door 2. BOROWSKI became compliant and proceeded to door 2 without incident. BOROWSKI requested to speak to a Supervisor. SCBPO [redacted] was apprised of the situation and responded to BOROWSKI's request.SCBPO [redacted] explained that he is not released from the inspection until all CBP concerns are satisfied. BOROWSKI

Port Location

While [redacted] at the Peace Bridge, I encoun[redacted]
BOROWSKI, Matthew. He was referred to [redacted] Exam.
While his vehicle was being inspected [redacted], BOROWSKI exited out
of door 2. I asked BOROWSKI if he was finished with his inspection and he told me that he was not and that he wanted to watch CBPO [redacted] while he
was inspecting his vehicle. I requested BOROWSKI to return to the building
until his inspection was complete. BOROWSKI stated that he wanted to stay outside and watch the inspection. I stated to BOROWSKI that he was unable to
watch the inspection of his vehicle and to return into door 2, and he still
did not comply. At this time, I placed my hand on his arm and securely escorted him into the CBP secure area located in door 2. BOROWSKI became compliant and proceeded to door 2 without incident. BOROWSKI requested to speak to a Supervisor. SCBPO [redacted] was apprised of the situation and responded to BOROWSKI's request.SCBPO [redacted] explained that he is not released from the inspection until all CBP concerns are satisfied. BOROWSKI
was released as a US Citizen.

[redacted]

**From:** [redacted]
**Sent:** Tuesday, April 22, 2014 5:32 PM
**To:** [redacted]
**Subject:** RE: NEXUS Ombudsman Review (Pass ID's [redacted]/[redacted])

[redacted]

I discussed with the [redacted]

[redacted]

Matthew Borowski

[redacted] Border Security
Boston Field Office
U.S. Customs and Border Protection
[redacted]

[redacted]

---

**From:** [redacted]
**Sent:** Friday, April 18, 2014 8:26 AM
**To:** [redacted]
**Subject:** RE: NEXUS Ombudsman Review (Pass ID's (b)(6); (b)(7)(C)/[redacted])

[redacted] On 12/28/11, Mr. Borowski acknowledged and signed the Nexus briefing of rules and regulations indicating that violations of those rules may result in possible sanctions or revocation of Nexus membership (scanned into GES). The Nexus rules state in part, "As a Nexus card holder you will be subject to random inspections to include being sent to a secondary processing area, while your vehicle and contents are searched by officers." Mr. Borowski was enrolled in Nexus on 1/3/12. [redacted]

Please advise [redacted]

[redacted]
*Ombudsman, CBP Trusted Traveler Programs*
*FAST, NEXUS, SENTRI, Global Entry*
*Boston Field Office - Williston, VT*
[redacted]

4-25-14 [redacted]

[redacted]
**Sent:** Thursday, April 17, 2014 2:49 PM
**To:** [redacted]
**Subject:** FW: NEXUS Ombudsman Review (Pass ID's [redacted])
**Importance:** High

[redacted]

[redacted] Border Security
Boston Field Office
U.S. Customs and Border Protection
[redacted]

---

**From:** [redacted]
**Sent:** Thursday, April 17, 2014 2:24 PM
**To:** [redacted]
**Cc:** [redacted] (OCC)
**Subject:** FW: NEXUS Ombudsman Review (Pass ID's [redacted])
**Importance:** High

[redacted]

[redacted] Please contact me if you have any questions.

Thank you again for your assistance in this matter.

Regards,
[redacted]

[redacted] Border Security
U.S. Customs and Border Protection
Buffalo Field Office
[redacted]

---

**From:** [redacted]
**Sent:** Friday, April 04, 2014 12:24 PM
**To:** [redacted]
**Cc:** [redacted] HILMEY, ROSE M [redacted] (OCC)
**Subject:** NEXUS Ombudsman Review (Pass ID's [redacted])
**Importance:** High

[redacted]

Please contact me if you have any further questions or concerns.

Kind regards,
[redacted]

[redacted] Border Security
U.S. Customs and Border Protection
Buffalo Field Office
[redacted]

---

**From:** [redacted]
**Sent:** Friday, April 04, 2014 10:47 AM
**To:** [redacted] HILMEY, ROSE M
**Cc:** [redacted] (OCC)
**Subject:** NEXUS Ombudsman Review (Pass ID's [redacted]/[redacted])

[redacted]

As discussed, [redacted]

Thank you,

[redacted]
Assistant Port Director
Field Operations
U.S. Customs and Border Protection
Port of Buffalo, New York
Telephone Number: [redacted]
Cell Number: [redacted]
Fax Number: [redacted]

email: [redacted]

Warning: This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. If you received this communication in error, please immediately notify the sender and delete or destroy this communication and all attachments.

---

**From:** [redacted]
**Sent:** Wednesday, April 02, 2014 8:05 AM
**To:** [redacted]
**Subject:** Pass ID [redacted]

APD's [redacted]

**04/02/2014**
**Nexus Enrollment Center**
**Port of Buffalo, NY**

[redacted]

[redacted]

[redacted]

Thank You,

[redacted]
***Supervisory CBP Officer***
[redacted] ***Supervisor***
***Office of Field Operations***
***Port of Buffalo, NY***
[redacted]
***Ph.*** [redacted] ***Fax*** [redacted]

***Warning:*** *This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. If you received this communication in error, please immediately notify the sender and delete or destroy this communication and all attachments.*

**BOROWSKI, MATTHEW K** [redacted]
12/14/2013 21:42:00 EST
[redacted]

[redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Middle Name: | K |
| Birth Date: | [redacted] |
| Hispanic: | No |
| Gender: | Male (M) |
| Hair: | BROWN (BR) |
| Eye: | BROWN (BR) |
| Height: | 600 |
| Weight: | 200 |
| Citizenship: | United States (US/USA) |

## Addresses

| | |
|---|---|
| Street Name: | [redacted] |
| City: | |
| State: | |
| Zip: | |
| ISO Country: | Canada (CA/CAN) |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Outbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | [redacted] |
| License State: | ONTARIO (ON) |
| License Year: | 13 |
| License Country: | Canada (CA/CAN) |

## Incident Details

| | |
|---|---|
| Incident Type: | [redacted] |
| [redacted] | |
| TECS ID: | |
| Incident Date: | 12/14/2013 |
| Report Approved: | Yes |
| Report Approved Date: | 12/15/2013 00:00:00 EST |
| Report Completed: | Yes |
| Report Completed Date: | 04/01/2014 00:00:00 EDT |
| Report Cancelled: | No |

| | |
|---|---|
| Primary Officer: | [redacted] |
| Supervisor: | |

[redacted]

## Attachments

| # | TECS ID | Document Type | Document Format | Preview |
|---|---|---|---|---|
| [redacted] | | | | |

## Comments

On Saturday, December 14, 2013 at approximately 1810 hours while conducting outbound operations at the Peace Bridge POE in Buffalo, NY an Ontario plated vehicle (ON/BNYL352) was stopped for an inspection. The driver of the vehicle later identified as BOROWSKI, Matthew ([redacted]) was immediately confrontational with the inspecting officer when asked for the registration for the vehicle. The subject replied "for what, what is your probable cause?" in which BOROWSKI was instructed by the Officer that probable cause was not required and the document was requested for verification purposes. BOROWSKI then stated that "you are not Police Officers and just a Border Guard with very little authority at best" in which he recited some reference to law & statutes. The subject was being uncooperative, confrontational and failed to produce his registration in a timely matter. [redacted] the subject was told to pull off the road into the secondary inspection area.
Upon making contact with the subject at the secondary staging area, BOROWSKI'S

Port Location

On Saturday, December 14, 2013 at approximately 1810 hours while conducting outbound operations at the Peace Bridge POE in Buffalo, NY an Ontario plated vehicle (ON/BNYL352) was stopped for an inspection. The driver of the vehicle later identified as BOROWSKI, Matthew ([redacted]) was immediately confrontational with the inspecting officer when asked for the registration for the vehicle. The subject replied "for what, what is your probable cause?" in which BOROWSKI was instructed by the Officer that probable cause was not required and the document was requested for verification purposes. BOROWSKI then stated that "you are not Police Officers and just a Border Guard with very little authority at best" in which he recited some reference to law & statutes. The subject was being uncooperative, confrontational and failed to produce his registration in a timely matter. [redacted] the subject was told to pull off the road into the secondary inspection area.

Upon making contact with the subject at the secondary staging area, BOROWSKI'S window was now rolled almost completely up. He was asked again to produce his registration at which time the front passenger's car door opened and a female later identified as [redacted]

Enforcement Officer CBPO-E [redacted] responded to the Peace Bridge, POE and was advised of the events. After reviewing the events and officer statements it was determined that the subject [redacted] BOROWSKI insisted his wife was assaulted by CBP.

[redacted] BOROWSKI throughout the inspection was loud, argumentative and provoking, insisting he was a lawyer and attempting to recite his interpretation of Federal law.

Due to today's incident, BOROWKI'S prior confrontational encounters, the subjects NEXUS card was detained and forwarded to the NEXUS enrollment office for review.

BOROWSKI departed the POE at 2057 hours.

Supervisor [redacted] and Chief CBPO [redacted] were on site for the encounter and concurred with the retention of the Nexus cards and the [redacted]

SIDE NOTE: The subject's three minor children were present during this encounter.

Supervisor's Notes:

Towards the end of the inspection of Mr. Borowski and his family, Mr. Borowski was asked by me to talk away from the public. During this talk, which lasted about ten minutes, I simply asked Mr. Borowski what his objection(s) were to the CBP inspection process. Mr. Borowski stated he had no objections to our process, but feels some officers get upset when their authority is questioned. [redacted] He repeatedly informs the officers that he is lawyer, [redacted] Mr. Borowski was advised that we have a process to which he is not exempt. Mr. Borowski was given my name and the phone number to the Nexus enrollment center if he wished to attempt to recover his retained Nexus Card. Mr. Borowski and his family had full access to restroom facilities and [redacted] was offered a private setting for breastfeeding. The other children were offered snacks by CBP officers.

Chief CBPO Notes:

[redacted] Mr. BOROWSKI's NEXUS card will continue to be retained by CBP and will be deferred to the Ombudsman for a determination on current and future NEXUS enrollment participation.

**BOROWSKI, MATTHEW** [redacted]

04/18/2013 19:51:00 EDT

[redacted]

[redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Birth Date: | [redacted] |
| Race: | White (W) |
| Hispanic: | No |
| Gender: | Male (M) |
| Citizenship: | United States (US/USA) |

## Addresses

| | |
|---|---|
| Street Name: | [redacted] |
| City: | |
| State: | |
| Zip: | |
| ISO Country: | Canada (CA/CAN) |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Outbound |
| Location: | BUFFALO-NIAGARA FALLS OUTBOUND INSPECTION |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | [redacted] |
| License State: | ON |
| License Year: | 13 |
| License Country: | Brunei (BN/BRN) |

## Incident Details

| | |
|---|---|
| Incident Type: | [redacted] |
| [redacted] | |
| TECS ID: | |
| Incident Date: | 04/18/2013 |
| Report Approved: | Yes |
| Report Approved Date: | 04/19/2013 00:00:00 EDT |
| Report Completed: | Yes |
| Report Completed Date: | 04/18/2013 00:00:00 EDT |
| Report Cancelled: | No |

| | |
|---|---|
| Primary Officer: | [redacted] |
| Supervisor: | |

[redacted]

## Attachments

CBP 048

| # | TECS ID | Document Type | Document Format | Preview |
|---|---|---|---|---|
| [redacted] | | | | |

## Comments

On April 18, 2013, an Ontario plated vehicle was encountered in the outbound lane at the Peace Bridge Port of entry in Buffalo New York. The vehicle contained BOROWSKI, Matthew [redacted], COB/COC: U.S. The subject was asked by the primary outbound Officer where he was coming from to which Mr. Borowski answered "Im a United States Citizen." The primary Officer again asked where are you coming from to which Mr. Borowski then answered "A meeting" The primary outbound Officer asked Mr. Borowski to open his trunk, Mr. Borowski asked "Under what authority?" The primary Officer then asked Mr. Borowski to pull over to the secondary inspection area where he would explain under what authority CBP could inspect his vehicle. Mr. Borowski began to pull over and stopped, blocking both lanes of traffic and began yelling out his window that he wished to withdraw his application for admission. [redacted] While turning to pull over Mr. Borowski then stopped his vehicle, he was asked and then told to drive to the secondary inspection area. Only after several verbal commands to

## Port Location

On April 18, 2013, an Ontario plated vehicle was encountered in the outbound lane at the Peace Bridge Port of entry in Buffalo New York. The vehicle contained BOROWSKI, Matthew [redacted], COB/COC: U.S. The subject was asked by the primary outbound Officer where he was coming from to which Mr. Borowski answered "Im a United States Citizen." The primary Officer again asked where are you coming from to which Mr. Borowski then answered "A meeting" The primary outbound Officer asked Mr. Borowski to open his trunk, Mr. Borowski asked "Under what authority?" The primary Officer then asked Mr. Borowski to pull over to the secondary inspection area where he would explain under what authority CBP could inspect his vehicle. Mr. Borowski began to pull over and stopped, blocking both lanes of traffic and began yelling out his window that he wished to withdraw his application for admission. (Mr. Borowski was outbound so we still don't know application for admission to what.) While turning to pull over Mr. Borowski then stopped his vehicle, he was asked and then told to drive to the secondary inspection area. Only after several verbal commands to pull to the secondary inspection area did Mr. Borowski comply. When in the secondary inspection area Mr. Borowski continually stated that he was a U.S. citizen and under what authority did CBP have to inspect his vehicle. Mr. Borowski was told that CBP had the authority to inspect both inbound and outbound traffic. Mr. Borowski was asked and then told several times to exit his vehicle so the inspection could be completed. Only after CBP [redacted] physically opened the door and guided Mr. Borowski out of the vehicle did he finally comply. During questioning it was discovered that Mr. Borowski had recently taken the Bar exam and that he was planning on becoming a lawyer. Mr. Borowski stated that he knew CBP could inspect inbound vehicles but did not think that they could inspect outbound vehicles. Mr. Borowski continued to question the authority of CBP for outbound inspections during the entire inspection. Attempts were made to explain the authority of CBP by several different Officers. A [redacted] exam of the vehicle yielded negative results. Once the inspection was complete, Mr. Borowskis Nexus card was returned to him and he was released to travel north to Canada.

Mr. Borowski impeded the inspection by CBP by

1. Not answering the questions of the primary Officer.
2. Not obeying the request of the primary Officer to pull over.
3. Not obeying the Command of the primary Office to pull over.
4. Not obeying the request of the secondary Officer to exit the vehicle.
5. Not obeying the secondary Officers command to exit the vehicle.
6. Continually questioning the authority of CBP to examine his vehicle.

UNCLASSIFIED // For Official Use Only

**BOROWSKI MATTHEW** [redacted]

03/19/2013 13:14:00 EDT

Land Baggage Secondary Inspection [redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Gender: | Male (M) |
| Race: | White (W) |
| Date of Birth: | [redacted] |
| Person Quantity: | 01 |
| Hispanic: | NOT OF HISPANIC OR LATINO ORIGIN (N) |

## Crossing Information

| | |
|---|---|
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Inbound / Outbound: | Inbound |
| Conveyance Type: | AUTO (A) |
| Port Crossing Date: | 03/19/2013 13:14:00 EDT |
| Incident Number: | [redacted] |
| Package ID: | |
| TECS ID: | |

## Passenger Document

| | |
|---|---|
| Document Type: | NEXUS CARD (IN) |
| Issue Country: | United States (US/USA) |
| Document Number: | [redacted] |
| Other Document Number: | |

## Referral/Vehicle Information

| | |
|---|---|
| Agency Referral: | [redacted] |
| Referral Officer: | |
| Referral Reason: | |
| Referral Reason: | |
| Referral Type: | |
| Referred By: | |
| Secondary Officer: | |
| Driver Passenger: | Driver |
| License Plate Number: | [redacted] |
| License Plate State: | ONTARIO (ON) |

## Miscellaneous Info

| | |
|---|---|
| Consolidated Consular Database Used: | [redacted] |
| Currency Amount: | 0 |
| IOEM: | No |
| Personnel Search: | No |

[redacted]

## Search

| | |
|---|---|
| Personnel Search: | N |
| Vehicle Search 1: | K-9 SEARCH [redacted] |



UNCLASSIFIED // For Official Use Only

Vehicle Search 2: [redacted]

## Remarks

[redacted] subject is usc living in canada, [redacted],during k-9 exam on primary subject became argumentative, vehicle was referred for secondary inspection [redacted] subject was released as usc as per Chief [redacted]

## Port Location

**BORROWSKI, MATTHEW** [redacted]

03/19/2013 13:14:59 EDT

[redacted]

[redacted]

**Source:** [redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Gender: | Male (M) |
| Race: | White (W) |
| Hispanic: | No |
| Date of Birth: | [redacted] |
| Citizenship: | United States (US/USA) |

## Passenger Document

| | |
|---|---|
| Document Type: | NEXUS CARD (IN) |
| Issue Country: | United States (US/USA) |
| Documentation Presented: | Yes |
| Document Number: | [redacted] |
| Other Document Number: | |

## Crossing Information

| | |
|---|---|
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Inbound / Outbound: | Inbound |
| Referral Date: | 03/19/2013 13:14:59 EDT |

## Package Information

| | |
|---|---|
| Source: | [redacted] |
| Referral Status: | |
| Referral Type: | |
| Package ID: | |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Site Port: | BUFFALO-NIAGARA FALLS (0901) |
| Lane Number: | 18 |
| Completion Status: | Complete |
| Closed By: | Manual |

## Referral Information

| | |
|---|---|
| Referred By Officer: | [redacted] |
| Last Inspection Officer: | |
| Referred By Application: | |
| Referral Status: | |
| Referral Type: | |
| [redacted] | |
| Referral Reason: | |

## Misc

Referral Item Type: [redacted]

## Vehicle Referral

Referral Date: 03/19/2013 13:14:00 EDT
Referred By Application: [redacted]
Referred By Officer:
Recall Referral: Yes
Inbound / Outbound: Inbound
Crossing Mode: DCL (D)
Crossing Quantity: 0
Device Type: Workstation (W)
GES Program: 0
Operator: Trunk
People Quantity: 1
[redacted]
Referral Item Type: [redacted]
Referral Reason:
Referral Vehicle Number:
Stacked Booth Configuration: No
Referral Comment: [redacted]

## Vehicle Inspection

Conveyance Type: AUTO (A)
Referral Officer: [redacted]
Referral Reason:
State: ONTARIO (ON)
Inbound / Outbound: Inbound
Inspection Result: [redacted]
CCD Used:
Currency Amount: 0
Inspection Type: A
Person Quantity: 1
Update By Legacy: No
Vehicle Search 1: K-9 SEARCH [redacted]
Vehicle Search 2: [redacted]
Referral Vehicle Number:
License Plate Number: [redacted]
State:
Incident ID: [redacted]
TECS ID:

## Baggage

Referral Officer: [redacted]
Referral Reason:
Inbound / Outbound: Inbound
Secondary Officer Name: [redacted]
Bag Workspace ID:
Currency Amount: 0

Inspection Completion: Inspection Completed
Inspection Result: [redacted]
Exam Completion Date: 03/19/2013 00:00:00 EDT
IOEM: No
[redacted]
Incident ID: [redacted]
Bag Exam: Yes
CCD Used: [redacted]
Create PLOR:
No Exam: No
Personnel Search: No
Receipt Number: [redacted]
X-Ray: No
Update By Legacy: No

## Remarks

| Completed | Comment |
| --- | --- |
| **Yes** | subject is usc living in canada, [redacted] during k-9 exam on primary subject became argumentative, vehicle was referred for secondary inspection [redacted]<br>subject was released as usc as per Chief [redacted] |
| **Yes** | [redacted] |

## Port Location

**BOROWSKI, MATTHEW** [redacted]
03/19/2013 14:03:00 EDT
[redacted]

[redacted]

## Subject

| | |
|---|---|
| Last Name: | BOROWSKI |
| First Name: | MATTHEW |
| Birth Date: | [redacted] |
| Race: | White (W) |
| Hispanic: | No |
| Gender: | Male (M) |
| Citizenship: | United States (US/USA) |
| Document Type: | NEXUS CARD (IN) |
| Document ID: | 101772824 |

## Addresses

| | |
|---|---|
| Street Name: | [redacted] |
| City: | |
| State: | |
| Zip: | |
| ISO Country: | |

## Travel Details

| | |
|---|---|
| Inbound / Outbound: | Inbound |
| Location: | BUFFALO-NIAGARA FALLS |
| Site: | CBP-BUFFALO, PEACE BRIDGE (L094) |
| Port Name: | BUFFALO-NIAGARA FALLS (0901) |
| MOT: | LAND |
| Conveyance Type: | AUTO (A) |
| License Plate: | [redacted] |
| License State: | ONTARIO (ON) |
| License Year: | 13 |
| License Country: | Canada (CA/CAN) |

## Incident Details

| | |
|---|---|
| Incident Type: | [redacted] |
| [redacted] | |
| TECS ID: | |
| Incident Date: | 03/19/2013 |

[redacted]

| | |
|---|---|
| Primary Officer: | [redacted] |
| Supervisor: | |

[redacted]

## Attachments

| # | TECS ID | Document Type | Document Format | Preview |
|---|---|---|---|---|
| [redacted] | | | | |

## Comments

On 03/19/2013 a vehicle plated ON/BNYL352 entered NEXUS lane 18. The vehicle was driven by BOROWSKI, MATTHEW (DOB: [redacted] /COC:U.S.) [redacted] During primary K-9 inspection of the
vehicle, BOROWSKI became argumentative about the K-9 exam. BOROWSKI was referred to secondary to contiune the inspection. When BOROWSKI arrived to the secondary parking lot, he was meet by officer [redacted]. Officer [redacted] tried to instruct BOROWSKI to park when BOROWSKI became even more argumentative and irate about the inspection and refused to get off his cellphone after being asked three times. At that time Officer [redacted] radioed for assistance. When additional officers arrived, BOROWSKI became compliant and was asked to exit the vehicle. BOROWSKI was escorted to the secured secondary area. A K-9 exam and [redacted] of the vehicle yeilded [redacted] results. SCBPO [redacted] was present for the escort [redacted] and made CHIEF [redacted] aware of the incident. BOROWSKI was interviewed by CHIEF

Port Location

On 03/19/2013 a vehicle plated ON/BNYL352 entered NEXUS lane 18. The vehicle
ven by BOROWSKI, MATTHEW (DOB: [redacted]/COC:U.S.) K-9 officer [redacted] During primary K-9 inspection of the
vehicle, BOROWSKI became argumentative about the K-9 exam. BOROWSKI was referred to secondary to contiune the inspection. When BOROWSKI arrived to
the secondary parking lot, he was meet by officer [redacted] Officer [redacted] tried
to instruct BOROWSKI to park when BOROWSKI became even more argumentative and
irate about the inspection and refused to get off his cellphone after being
asked three times. At that time Officer [redacted] radioed for assistance. When
additional officers arrived, BOROWSKI became compliant and was asked to exit
the vehicle. BOROWSKI was escorted to the secured secondary area. A K-9 exam
and [redacted] inspection of the vehicle yeilded negative results. SCBPO [redacted] was present for the escort from the outside SLEEC position and made CHIEF [redacted] aware of the incident. BOROWSKI was interviewed by CHIEF [redacted] in secondary. After the interview, BOROWSKI was released as a returning U.S.C.

Chief Notes: When speaking with Mr. Borowski on 3/19/2013, I reviewed NEXUS program and NEXUS
lane procedures and violations to include that NEXUS card holders are subject to inspection.
I explained that committing NEXUS violations, including failing to comply with any part of the
inspection process, could result in revocation of NEXUS status. During our discussion Mr.
Borowski was courteous and apologetic, at no time did he make derogatory comments about the
officers and stated they were professional at all times during his inspection. At the
conclusion of our conversation, Mr. Borowski thanked me for taking the time to review the
NEXUS process with him. Prior to Mr. Borowski's release, I confirmed with secondary officers
that they had completed the inspection and Mr. Borowski was released as a US citizen.

NEXUS BRIEFING

I Matthew K Borawski, acknowledge that I have been informed of the rules and regulations of the NEXUS program, and that I will abide by these rules and regulations or be subject to possible sanctions, including revocation of my NEXUS membership, for any violations that I may commit.

- Nexus lane procedures / Hours of operation.
- Every occupant in the vehicle must have their Nexus card.
- Members must update all changes to their personal info (including address change, employment change, immigration status change, federal/state/local arrests, and/or CBP or CBSA violations).
- If unsure of any rules, contact or stop at the NEXUS enrollment center or use a regular lane.
- Nexus members may use any vehicle, including rental, recreational, and motorcycles in the Nexus lane. Members must ensure their license plate is free from obstruction and the CBP/CBSA officer or license plate reader can clearly capture it.
- Nexus member is obliged to declare all merchandise including duty free merchandise, purchased or acquired outside the USA. Nexus members are to declare EVERYTHING even if the CBP officer does not ask specifically during the primary inspection. Nexus members may not use the Nexus lane when they are over their duty exemption.
- Restricted/prohibited goods such as firearms, mace, pepper spray, endangered animals, birds, narcotics, fireworks, firewood, Cuban goods, and plants are not permitted in the Nexus lane. (Commercial goods and/or $10,000 or more.)
- Restricted/prohibited fruits, vegetables, plants, seeds, meats, and meat products, are not permitted in the Nexus lane.
- As a Nexus card holder you will be subject to random inspections to include being sent to a secondary processing area, while your vehicle and contents are searched by officers.
- Advised of penalties and criminal prosecution for program violations / law violations (example – smuggling narcotics). In the event that you are approached to smuggle, call (800) BE ALERT (800)232-5378 and contact NEXUS.
- For entry into the United States at a sea and/or land border Port of Entry, a NEXUS card is an approved stand-alone WHTI document.
- $25 U.S. fee for lost/stolen replacement card.

The above rules and regulations were explained to the above named person at the NEXUS Enrollment Center in Fort Erie, ON, CA and the mandatory questions were asked with no derogatory information on Dec 28, 2011 by CBPO [redacted]

Signature of applicant: [signature] Date: 12/28/11

PASS ID# [redacted]

Border Crossings and Inspections (100) [redacted]

*Crossings with Inspections Only (57)*

| Name | DOB | Document | Encounter Date | Site | Conveyance | Direction | Status |
|---|---|---|---|---|---|---|---|
| BOROWSKI, Matthew Karim | [redacted] | [redacted]08415006 (US) | 01/16/2024 10:10 | [redacted] | Vehicle | Inbound | |
| BOROWSKI, Matthew Karim | | [redacted]08415006 (US) | 11/01/2023 11:42 | | Vehicle | Inbound | |
| BOROWSKI, Matthew Karim | | [redacted]08415006 (US) | 08/01/2023 09:39 | | Vehicle | Inbound | |
| BOROWSKI, Matthew Karim | | [redacted]08415006 (US) | 06/08/2023 08:49 | | Vehicle | Inbound | |
| BOROWSKI, Matthew Karim | | [redacted]08415006 (US) | 04/05/2023 11:57 | | Vehicle | Inbound | |
| BOROWSKI, Matthew Karim | | [redacted]08415006 (US) | 01/15/2023 13:19 | | Vehicle | Inbound | |
| BOROWSKI, Matthew Karim | | [redacted]08415006 (US) | 11/12/2022 11:42 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 12/21/2021 10:40 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 11/30/2021 12:35 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 08/06/2021 12:04 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 04/19/2021 20:55 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 04/02/2021 12:20 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 09/13/2020 10:50 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 09/03/2020 08:23 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 03/06/2020 10:40 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 02/13/2020 19:51 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 11/04/2019 11:13 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 05/04/2019 11:08 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 02/26/2019 10:52 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 02/20/2019 12:06 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 01/31/2019 14:12 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 01/25/2019 11:19 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 10/06/2018 11:08 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 01/20/2018 21:17 | | Vehicle | Inbound | |
| BOROWSKI, Matthew Karim | | [redacted]95789980 (US) | 01/08/2018 15:06 | | UA 1567 (MEX ▸ IAD) | Inbound | [redacted] |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 09/15/2017 11:15 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 08/21/2017 10:01 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 06/08/2017 11:06 | | MARGARITAVILLE AT SEA PARADISE 1 (5204 ▸ 7422) | Inbound | [redacted] |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 05/01/2017 09:55 | | Vehicle | Inbound | |
| BOROWSKI, Matthew | | [redacted]03560628 (US) | 05/11/2017 09:27 | | Vehicle | Inbound | |

[redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 04/15/2017 09:17 | [redacted] | OO 4817 (7 • 7) | Inbound | [redacted] | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 12/21/2016 09:10 | [redacted] | Vehicle | Inbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | 12c283537a3fa0399a68e (US) | 11/10/2016 19:33 | [redacted] | Canadian Land Crossing | Outbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 09/13/2016 13:37 | [redacted] | Vehicle | Inbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 08/02/2016 09:54 | [redacted] | Vehicle | Inbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 06/14/2016 18:45 | [redacted] | Vehicle | Inbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 06/14/2016 10:16 | [redacted] | Vehicle | Inbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 05/22/2016 15:50 | [redacted] | Vehicle | Inbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 04/03/2016 11:26 | [redacted] | Vehicle | Inbound | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 01/13/2016 09:58 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 10/29/2015 10:32 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 10/10/2015 13:06 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 07/22/2015 11:30 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 07/17/2015 12:53 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 04/22/2015 09:01 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 01/28/2015 10:07 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | | 11/03/2014 12:52 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]03560628 (US) | 05/30/2014 15:40 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted] | 12/14/2013 21:42 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]01772824 (US) | 12/09/2013 08:54 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]01772824 (US) | 08/09/2013 12:07 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted] | 04/16/2013 19:51 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted] | 03/19/2013 14:03 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]01772824 (US) | 12/19/2012 11:34 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew | [redacted] | [redacted]01772824 (US) | 09/21/2012 18:07 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew Karim | [redacted] | [redacted]016547373 (US) | 12/03/2011 17:06 | [redacted] | | | | [redacted] |
| BOROWSKI, Matthew Karim | [redacted] | [redacted]016547373 (US) | 04/25/2009 05:16 | [redacted] | | | | [redacted] |

**BORОWSKI, MATTHEW KARIM** [redacted] **A6FAEB22-C69C-4EBE-A5A5-9AA0F99AEF70** (982419666)
11/13/2011 08:20:04 EST
Global Enrollment System (GES)

[redacted]

**Source:** Global Enrollment System (GES)

## Program Enrollment Status

| AIS | Status | Port of Entry | Effective Date | Expiration Date |
|---|---|---|---|---|
| NEXUS [redacted] | Revoked [redacted] | BUFFALO, NY (BUF) | 12/20/2022 | 11/01/2022 |

Comments: CONCUR WITH VETTING RESULTS.
Revoke Comments Description: YOU DO NOT MEET PROGRAM ELIGIBILITY REQUIREMENTS.

## Person

## Biographic

GOES User ID: A6FAEB22-C69C-4EBE-A5A5-9AA0F99AEF70
PASS ID: [redacted]
ICS ID:
Last Name: BOROWSKI
First Name: MATTHEW
Middle Name: KARIM
Date of Birth: [redacted]
Birth City: WASHINGTON
Birth Country: United States (US/USA)
State: DISTRICT OF COLUMBIA (DC)
Primary Residence Country: United States (US/USA)
Gender: Male [redacted]
Height: 74
Email: MBOROWSKI@GMAIL.COM
Eye: Brown [redacted]
Language Preference: English [redacted]



## Citizenship

| Country | Active |
|---|---|
| United States (US/USA) | Y |
| Canada (CA/CAN) | Y |

[redacted]

| [redacted] | Biometric Type | Biometric Date | [redacted] |
|---|---|---|---|
| [redacted] | Fingerprint [redacted] | 12/28/2011 | |
| | Fingerprint [redacted] | 12/28/2011 | [redacted] |
| | Fingerprint [redacted] | 12/28/2011 | [redacted] |

## Travel History

| Country | [redacted] |
|---|---|
| Costa Rica [redacted] | [redacted] |
| Mexico [redacted] | [redacted] |
| Poland [redacted] | [redacted] |

## Addresses

Obsolete: Y
Address Type: Mailing address [redacted]
Effective Date: 05/01/2014
Contact Name: MATTHEW BOROWSKI

Addresses: Address | Neighborhood | Active

[redacted] Y

Obsolete: Y
Address Type: Main resident address [redacted]
Effective Date: 08/01/2012

Addresses: Address | Neighborhood | Active

[redacted] Y

| Phones: Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|
| Home phone [redacted] | [redacted] | | North American [redacted] | Y |

Obsolete: Y
Address Type: Main resident address [redacted]
Effective Date: 08/01/2012

Addresses: Address | Neighborhood | Active

[redacted] Y

| Phones: Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|
| Cell phone [redacted] | [redacted] | | North American [redacted] | Y |

Obsolete: Y
Address Type: Main resident address [redacted]
Effective Date: 08/01/2012

Addresses: Address | Neighborhood | Active

[redacted] Y

| Phones: Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|
| Home phone [redacted] | [redacted] | | North American [redacted] | Y |

Obsolete: Y
Address Type: Main resident address [redacted]
Effective Date: 05/01/2012

Addresses: Address | Neighborhood | Active

[redacted] Y

| Phones: Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|
| Cell phone [redacted] | [redacted] | | North American [redacted] | Y |

Address Type: Mailing address [redacted]
Effective Date: 08/01/2019

Addresses: Address | Neighborhood | Active

[redacted] Y

Address Type: Main resident address [redacted]
Effective Date: 06/01/2012

Addresses: Address | Neighborhood | Active

[redacted] Y

Phones:

| Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|
| **Business phone** [redacted] | [redacted] | | **North American** [redacted] | **Y** |

Obsolete: **Y**
Address Type: **Mailing address** [redacted]
Effective Date: **08/01/2019**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | **Y** |

Obsolete: **Y**
Address Type: **Main resident address** [redacted]
Effective Date: **06/01/2012**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | **Y** |

Phones:

| Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|
| **Business phone** [redacted] | [redacted] | | **North American** [redacted] | **Y** |

Obsolete: **Y**
Address Type: **Mailing address** [redacted]
Effective Date: **08/01/2017**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | **Y** |

Obsolete: **Y**
Address Type: **Main resident address** [redacted]
Effective Date: **06/01/2012**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | **Y** |

Phones:

| Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|
| **Home phone** [redacted] | [redacted] | | **North American** [redacted] | **Y** |

Obsolete: **Y**
Address Type: **Second resident address** [redacted]
Effective Date: **05/01/2012**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | **Y** |

Obsolete: **Y**
Address Type: **Second resident address** [redacted]
Effective Date: **08/01/2009**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | **Y** |

Obsolete: **Y**
Address Type: **Second resident address** [redacted]
Effective Date: **05/01/2005**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | **Y** |

Obsolete: Y
Address Type: Second resident address [redacted]
Effective Date: 11/01/2004

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | [redacted] | | Y |

Obsolete: Y
Address Type: Main resident address [redacted]
Effective Date: 05/01/2005

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | [redacted] | | Y |

Obsolete: Y
Address Type: Main resident address [redacted]
Effective Date: 11/01/2004

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | [redacted] | | Y |

Obsolete: Y
Address Type: Main resident address [redacted]
Effective Date: 12/01/1988

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | [redacted] | | Y |

| Phones: | Phone Type | Phone Number | Extension | Phone Format | Active |
|---|---|---|---|---|---|
| | Cell phone [redacted] | [redacted] | | North American [redacted] | Y |

## Employment

Obsolete: Y
Company: SELF EMPLOYED
Contact Name: OBSOLETE
Start Date: 05/01/2013
Status: Employed [redacted]
Occupation: ATTORNEY
Self Employed Description: IMMIGRATION ATTORNEY

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | [redacted] | | Y |

Obsolete: Y
Company: DREXEL UNIVERSITY
Contact Name: OBSOLETE
Start Date: 08/01/2009
End Date: 05/01/2012
Status: Student [redacted]

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | PHILADEPHIA NEW YORK NY UNITED STATES US/USA | | Y |

Obsolete: Y
Company: DREXEL UNIVERSITY
Contact Name: OBSOLETE
Start Date: 08/01/2009

Status: **Student** [redacted]

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| PHILADEPHIA NEW YORK NY UNITED STATES US/USA | | Y |

Obsolete: Y
Company: DREXEL UNIVERSITY
Contact Name: OBSOLETE
Start Date: **08/01/2009**
End Date: **05/01/2012**
Status: **Student** [redacted]

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| PHILADEPHIA PENNSYLVANIA PA UNITED STATES US/USA | | Y |

Company: BOROWSKI WITMER IMMIGRATION LAWYERS
Start Date: **10/01/2013**
Status: **Self Employed** [redacted]
Occupation: **LAWYER**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | Y |

Phones:

| Phone Type | Phone Number | Phone Extension Number | Phone Format | Active |
|---|---|---|---|---|
| **Employer phone** [redacted] | [redacted] | | **North American** [redacted] | Y |

Obsolete: Y
Company: LAW OFFICES OF MATTHEW BOROWSKI
Start Date: **10/01/2013**
Status: **Self Employed** [redacted]
Occupation: **LAWYER**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | Y |

Phones:

| Phone Type | Phone Number | Phone Extension Number | Phone Format | Active |
|---|---|---|---|---|
| **Employer phone** [redacted] | [redacted] | | **North American** [redacted] | Y |

Obsolete: Y
Company: SELF EMPLOYED
Start Date: **08/01/2012**
End Date: **10/01/2013**
Status: **Self Employed (F)**
Occupation: **CONSULTANT**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| [redacted] | | Y |

Obsolete: Y
Company: LAW OFFICES OF MATTHEW BOROWSKI
Start Date: **10/01/2013**
Status: **Self Employed** [redacted]
Occupation: **LAWYER**

Addresses:

| Address | Neighborhood | Active |
|---|---|---|
| 295 MAIN ST 1060 BUFFALO NEW YORK NY 14203 UNITED STATES US/USA | | Y |

Phones:

| Phone Type | Phone Number | Phone Extension Number | Phone Format | Active |
|---|---|---|---|---|
| **Employer phone** [redacted] | [redacted] | | **North American** [redacted] | Y |

Obsolete: Y

Company: SELF EMPLOYED
Start Date: 08/01/2012
End Date: 10/01/2013
Status: Self Employed [redacted]
Occupation: CONSULTANT

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | [redacted] | | Y |

Obsolete: Y
Start Date: 08/01/2009
Status: Student [redacted]

Obsolete: Y
Company: CLEMATIS INC
Start Date: 01/01/2005
End Date: 08/01/2009
Status: Self Employed [redacted]
Occupation: CONSULTANT

| Addresses: | Address | Neighborhood | Active |
|---|---|---|---|
| | [redacted] | | Y |

## Person Comments

| Last Update Date | Comment |
|---|---|
| 04/12/2023 | Supervisory Ombudsman: Sustained denial revocation based on the totality of noncompliance with the inspection process on numerous occasions. Applicant has 6 positive relevant [redacted] (3 in 2013, 1 in 2014, 1 in 2016, and the latest in 2023) from inspections where the applicant?s behavior is confrontational and/or his actions interfere with the inspection process. Applicant was previously revoked for noncompliance in 2013 and Ombudsman granted discretion in April 2014 and gave applicant another opportunity for TTP enrollment, but specifically stated to the Enrollment Center to please warn applicant against future noncompliance during both outbound or inbound inspections. Applicant likely should have been revoked for repeat noncompliance as noted in November 2014 [redacted] or May 2016 [redacted] Applicant has numerous crossings and 53 total secondary inspections. Applicant?s April 2023 [redacted] details alone are enough to warrant a sustained denial revocation based on statements of intended noncompliance the applicant made to the Watch Commander after the secondary inspection was complete. Port and EC can remind the applicant that those who do not qualify for Trusted Traveler Program participation are not prohibited from entering the United States. However, they are not permitted to use a Trusted Traveler dedicated lane to do so. Does not warrant discretion at this time. |
| 12/21/2022 | Subject also advised, if he chooses, to contact the FOIA office with assistance filing a FOIA request. |

| Last Update Date | Comment |
|---|---|
| 12/21/2022 | Subject came into the Buffalo EC on December 21, 2022 at approximately 6:30 p.m. to inquire about his recent NEXUS renewal denial. Subject provided documentation stating his application was denied and that he does not meet program eligibility requirements at this time. Subject was asked about any previous NEXUS revocations. Subject was also asked about past incidents in/around the border. In response to those questions, subject stated officers were "abrasive" and that there was one officer in particular with whom he has had negative interactions (an officer he stated he sued). Subject stated he spoke to a supervisor about an agriculture violation in 2018. Subject stated the supervisor told him that agriculture officer "does this to everyone" and that the subject shouldn't worry about the incident.<br>Subject was then asked if at any point he may have reacted to any encounter in a way that could have been handled in a more appropriate manner. Subject said no. Subject was very quick to point to the mistakes of others while painting himself in a very positive light, and specifically as the 'victim' in his latest NEXUS denial. Subject mentioned he will have to spend much money litigating with CBP in an attempt to get his NEXUS card privileges re-instated (all because he states he is disliked by a certain officer and that that officer is out to get him). Subject was [redacted] about local WCs and Chiefs with whom he could speak. Subject was advised that the reconsideration request, which he already filed, is the means of reviewing unfavorable decisions to program status. After the discussion ended, the subject went back to the secondary inspection area of the bridge to inquire further. |
| 12/20/2022 | Client came to the EC to discuss the reasons for his denial. During the day he called the office 2 times. The first call the officer advised him to file a request for reconsideration with the OMBUDSMAN through his trusted traveler account. On the second call the officer he spoke with was unaware he had phoned earlier and told him if he came to the EC he might get more information. He arrived at the EC at closing time and was mildly confrontational. He stated the CBP web site said he should file a FOIA request at the EC. He stated he was an attorney and was "serving " us (CBP officers present) with a FOIA request. He was advised that he should know it is improper to "serve" papers in the manner in which he was attempting. He was also advised that the EC and CBP do not process the FOIA request and he needs to submit to the proper place. He was also advised again the proper place to request for reconsideration is through the OMBUDSMAN. [redacted] |
| 02/26/2019 | [redacted] Still meets eligibility criteria. [redacted] |
| 02/24/2019 | [redacted] Recurrent Vetting. Verify continued eligibility for TTP status. |
| 02/19/2019 | [redacted] |
| 05/01/2014 | [redacted] Replacement card issued per SCBPO [redacted] |
| 04/25/2014 | OMBUDSMAN REVIEWED, REINSTATEMENT REASONS: Discretionary consideration granted for applicant's reinstatement in Nexus. E.C. Please warn applicant against future non compliance during both outbound or inbound inspections. |
| 12/16/2013 | Subject's Nexus card was retained and revoked after third encounter with CBP officers requiring an [redacted] Subject has been argumentative and consistently fails to comply with officer's direction. Subject came to the enrollment center to demand his card be returned. Subject was confrontational and argumentative with the E.C. supervisor and attempted to cause a disturbance in the waiting area. The revocation of the Nexus card was discussed with Chief CBPO [redacted] and he concurred with all actions taken. |
| 01/03/2012 | Court documents received showing dismissal of all charges. Scanned into application and approved per SCBPO. |

UNCLASSIFIED // For Official Use Only

| Last Update Date | Comment |
|---|---|
| 12/28/2011 | Applicant interviewed by CBPO [redacted] on Dec 28, 2011, all [redacted] mandatory questions asked, documents verified for authenticity and information in GES was verified and correct. Applicant admitted to being arrested in Virginia in 2008 for assault. He claims the charges were dropped and record expunged. Although record checks revealed no derogatory information, his admission requires him to provide court documents detailing the disposition of the case. Applicant provided with fax info sheet. ON HOLD. |

## Documents

Obsolete: N
Last Name: BOROWSKI
First Name: MATTHEW
Middle Name: KARIM
Date of Birth: [redacted]
Document Type: Driver's License [redacted]
Document Number: [redacted]
Expiration Date: 11/01/2025
Country: Canada (CA/CAN)
State: ONTARIO (ON)
[redacted] [redacted]
Admissibility: N
Citizenship: N
Residency: N
Commercial Driver's License Verify: N
Document Hazmat: N
Enhanced Driver's License: N

Obsolete: N
Last Name: BOROWSKI
First Name: MATTHEW
Middle Name: KARIM
Date of Birth: [redacted]
Residency Country: United States (US/USA)
Document Type: Passport [redacted]
Document Number: [redacted]
Expiration Date: 02/15/2023
Country: United States (US/USA)
[redacted] [redacted]
Admissibility: Y
Citizenship: Y
Residency: N
Commercial Driver's License Verify: N
Document Hazmat: N
Enhanced Driver's License: N
Machine Readable Zone: N
ESTA: N

Obsolete: N
Last Name: BOROWSKI
First Name: MATTHEW
Middle Name: KARIM
Date of Birth: [redacted]
Document Type: Driver's License [redacted]
Document Number: [redacted]
Expiration Date: 11/01/2020
Country: Canada (CA/CAN)
State: ONTARIO (ON)
[redacted] [redacted]

Obsolete: N
Last Name: BOROWSKI
First Name: MATTHEW
Middle Name: KARIM
Date of Birth: [redacted]
Residency Country: United States (US/USA)
Document Type: Passport [redacted]
Document Number: [redacted]
Issue Date: 10/27/2022
Expiration Date: 10/26/2032
Country: United States (US/USA)
[redacted] [redacted]
Admissibility: Y
Citizenship: Y
Residency: N

Obsolete: N
Last Name: BOROWSKI
First Name: MATTHEW KARIM
Date of Birth: [redacted]
Residency Country: Canada (CA/CAN)
Document Type: Passport [redacted]
Document Number: [redacted]
Issue Date: 03/13/2018
Expiration Date: 03/13/2028

Obsolete: Y
Last Name: BOROWSKI
First Name: MATTHEW
Middle Name: K
Date of Birth: [redacted]
Document Type: Passport [redacted]
Document Number: [redacted]
Issue Date: 02/16/2013
Expiration Date: 02/15/2023



UNCLASSIFIED // For Official Use Only

Country: Canada (CA/CAN)
[redacted] [redacted]

Admissibility: N
Citizenship: Y
Residency: N
Commercial Driver's License Verify: N
Document Hazmat: N
Enhanced Driver's License: N
Machine Readable Zone: N
ESTA: N

Obsolete: Y
Last Name: BOROWSKI
First Name: MATTHEW KARIM
Date of Birth: [redacted]
Residency Country: Canada (CA/CAN)
Document Type: Other Document [redacted]
Document Number: [redacted]
Issue Date: 05/16/2010
Expiration Date: 06/25/2015
[redacted] [redacted]

Admissibility: N
Citizenship: N
Residency: N
Commercial Driver's License Verify: N
Document Hazmat: N
Enhanced Driver's License: N
Machine Readable Zone: N
ESTA: N

Country: United States (US/USA)
[redacted] [redacted]

Admissibility: N
Citizenship: Y
Residency: N
Commercial Driver's License Verify: N
Document Hazmat: N
Enhanced Driver's License: N
Machine Readable Zone: N
ESTA: N

Obsolete: Y
Last Name: BOROWSKI
First Name: MATTHEW
Date of Birth: [redacted]
Document Type: Driver's License [redacted]
Document Number: [redacted]
Issue Date: 10/24/2008
Expiration Date: 11/01/2016
Country: United States (US/USA)
State: VIRGINIA (VA)
[redacted] [redacted]

Admissibility: N
Citizenship: N
Residency: N
Commercial Driver's License Verify: N
Document Hazmat: N
Enhanced Driver's License: N
Machine Readable Zone: N
ESTA: N

Obsolete: Y
Last Name: BOROWSKI
First Name: MATTHEW [redacted]
[redacted] 11/01/1983
Residency Country: United States (US/USA)
Document Type: Passport [redacted]
Document Number: [redacted]
Issue Date: 05/02/2003
Expiration Date: 05/01/2013
Country: United States (US/USA)
Issuing Authority: WASHINGTON PASSPORT AGENCY
[redacted] [redacted]
Admissibility: N
Citizenship: N
Residency: N
Commercial Driver's License Verify: N
Document Hazmat: N
Enhanced Driver's License: N
Machine Readable Zone: N
ESTA: N

## Enrollment Status

## Program Enrollment Status

AIS: NEXUS [redacted]

Status: Revoked [redacted]
Port of Entry: BUFFALO, NY (BUF)
Effective Date: 12/20/2022
Expiration Date: 11/01/2022
Comments: CONCUR WITH VETTING RESULTS.
Revoke Comments Description: YOU DO NOT MEET PROGRAM ELIGIBILITY REQUIREMENTS.

## Program Enrollment Status History

AIS: NEXUS [redacted]
Effective Date: 12/20/2022
Expiration Date: 11/01/2022
Status: Revoked [redacted]
Port of Entry: BUFFALO, NY (BUF)
Comments: CONCUR WITH VETTING RESULTS.
Revoke Comments Description: YOU DO NOT MEET PROGRAM ELIGIBILITY REQUIREMENTS.

AIS: NEXUS [redacted]
Effective Date: 09/17/2017
Expiration Date: 11/01/2022
Status: Approved [redacted]
Port of Entry: BUFFALO, NY (BUF)

AIS: NEXUS [redacted]
Effective Date: 04/24/2014
Expiration Date: 11/01/2017
Status: Approved [redacted]
Port of Entry: BUFFALO, NY (BUF)
Comments: RESET TO APPROVE PER VC

AIS: NEXUS [redacted]
Effective Date: 12/16/2013
Expiration Date: 11/01/2017
Status: Revoked [redacted]
Port of Entry: BUFFALO, NY (BUF)
Comments: SUBJECT HAS THREE SEPARATE [redacted] FILE FOR BEING NON-COMPLIANT DURING THE INSPECTION PROCESS. SUBJECT MET WITH CHIEF CBPO [redacted] AFTER THE SECOND INSPECTION [redacted] MR. BOROWSKI S BEHAVIOR HAS BEEN ARGUMENTATIVE AND CONFRONTATIONAL WITH OFFICERS AT EVERY TURN. ON 12/16/13 SUBJECT CAME TO THE FT.ERIE E.C. AND BECAME ARGUMENTATIVE WITH THE SCBPO DEMANDING A WRIT OF MANDAMUS AND FIRST AMENDMENT PROTECTIONS. SUBJECT WAS ADVISED HIS NEXUS PRIVILEGES HAVE BEEN REVOKED AND HE WAS PROVIDED WITH CONTACT INFORMATION FOR THE OMBUDSMAN PER CHIEF [redacted].
Revoke Comments Description: YOU DO NOT MEET THE MINIMUM MEMBERSHIP ELIGIBILITY REQUIREMENTS.

AIS: NEXUS [redacted]
Effective Date: 01/03/2012
Expiration Date: 11/01/2017
Status: Approved [redacted]
Port of Entry: BUFFALO, NY (BUF)

## CTTP

### Consolidated Trusted Traveler Program (CTTP) Cards

CTTP Card: 103560628



| | |
|---|---|
| AIS Name: | NEXUS |
| Expiration Date: | 11/01/2022 |
| Issue Date: | 09/17/2017 |
| First Name: | MATTHEW KARIM |
| Middle Name: | KARIM |
| Last Name: | BOROWSKI |
| Citizenship Country: | United States (US/USA) |
| Gender: | Male (M) |
| Birth Date: | [redacted] |
| [redacted] | [redacted] |

| | |
|---|---|
| Card Status-Request: | Activated |
| Tag ID: | [redacted] |
| Micro Text: | MATTHEW KARIM BOROWSKI 01 NOV 1983 9 |
| Back Name: | [redacted] |
| Issue RFID Number: | [redacted] |
| Security Code: | 983 |
| Version Number: | C01 |
| Issue Country: | United States (US/USA) |

CTTP Card: 103560628



| | |
|---|---|
| AIS Name: | NEXUS |
| Expiration Date: | 11/01/2017 |
| Issue Date: | 05/01/2014 |
| First Name: | MATTHEW KARIM |
| Middle Name: | KARIM |
| Last Name: | BOROWSKI |
| Citizenship Country: | United States (US/USA) |
| Gender: | Male (M) |
| Birth Date: | [redacted] |
| [redacted] | [redacted] |

| | |
|---|---|
| Card Status-Request: | Terminated |
| Tag ID: | [redacted] |
| Micro Text: | MATTHEW KARIM BOROWSKI [redacted] 9 |
| Back Name: | [redacted] |
| Issue RFID Number: | [redacted] |
| Security Code: | 607 |
| Version Number: | B02 |
| Issue Country: | United States (US/USA) |

CTTP Card: 101772824

UNCLASSIFIED // For Official Use Only



AIS Name: NEXUS
Expiration Date: 11/01/2017
Issue Date: 01/03/2012
First Name: MATTHEW KARIM
Middle Name: KARIM
Last Name: BOROWSKI
Citizenship Country: United States (US/USA)
Gender: Male (M)
Birth Date: [redacted]

[redacted] [redacted]

Card Status-Request: Terminated
Tag ID: [redacted]
Micro Text: MATTHEW KARIM BOROWSKI [redacted] 9
Back Name: [redacted]
Issue RFID Number: [redacted]
Security Code: 161
Version Number: B01
Issue Country: United States (US/USA)

# Application

## Application Requests

### Application GOES : 119089928

Request Source: GOES
Application Source Number: 119089928
AIS: NEXUS [redacted]
AIS Request: Reapplication [redacted]
Request Date: 04/12/2023
Enrollment Port of Entry: WILLISTON, VT [redacted]
Balance Due: N
US Vetting Status: U
Canadian Vetting Status: U
Full Enrollment Period: N
Vetting Priority: NORMAL
VCM Approved: FALSE [redacted]
APEC Requested: FALSE
Eligible for Approval: FALSE
Virtual Renewal: FALSE

### Last Request Status

Effective Date: 04/12/2023
Status: Pending Risk Assessment Review [redacted]

### All Application Status

Effective Date: 04/12/2023
Status: Pending Risk Assessment Review [redacted]

Effective Date: 04/12/2023
Status: New [redacted]

### Application Form



UNCLASSIFIED // For Official Use Only

| # | Question | Yes/No | Answer | Answer Date |
|---|---|---|---|---|
| 1. | Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency? [redacted] | N | | 04/12/2023 |
| 2. | Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity? [redacted] | N | | 04/12/2023 |
| 3. | Have you ever been found in violation of customs or immigration laws or other federal import laws? [redacted] | N | | 04/12/2023 |
| 4. | Have you ever been convicted of an offense in any country for which you have not received a pardon? [redacted] | Y | MANY YEARS AGO I HAVE BEEN CONVICTED OF TRAFFIC OFFENSES BUT NOTHING INVOLVING MORE THAN A SIMPLE FINE AND POINTS ON MY LICENSE. I HAVE HAD A CLEAN DRIVING RECORD FOR MANY YEARS WITH NO CONVICTIONS FOR ANY TRAFFIC VIOLATIONS FOR OVER A DECADE. | 04/12/2023 |

## Application GOES : 114355772

Request Source: GOES
Application Source Number: 114355772
AIS: NEXUS [redacted]
AIS Request: Renewal [redacted]
Request Date: 05/26/2022
Enrollment Port of Entry: WILLISTON, VT [redacted]
Balance Due: N
US Vetting Status: U
Canadian Vetting Status: U
Full Enrollment Period: N
Vetting Priority: NORMAL
VCM Approved: FALSE [redacted]
APEC Requested: FALSE [redacted]
Eligible for Approval: TRUE [redacted]
Virtual Renewal: FALSE [redacted]

Risk Assessment:

| # | Country | Assessment Date | Assessment |
|---|---|---|---|
| 1. | United States (US/USA) | 12/20/2022 | FAIL |
| 2. | Canada (CA/CAN) | 07/26/2022 | PASS |

## Last Request Status

Effective Date: 12/20/2022
Status: Denied [redacted]
Change Reason:

| # | Comments | Change Reason | Active |
|---|---|---|---|
| 1. | YOU DO NOT MEET PROGRAM ELIGIBILITY REQUIREMENTS. | Other [redacted] | Y |

## All Application Status

Effective Date: 12/20/2022
Status: Denied [redacted]

Change Reason:

| # | Comments | Change Reason | Active |
|---|---|---|---|
| 1. | YOU DO NOT MEET PROGRAM ELIGIBILITY REQUIREMENTS. | Other [redacted] | Y |

Effective Date: 05/26/2022
Status: Pending Risk Assessment Review [redacted]

Effective Date: 05/26/2022
Status: New [redacted]

## Application Form

| # | Question | Yes/No | Answer | Answer Date |
|---|---|---|---|---|
| 1. | Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency? [redacted] | N | | 05/26/2022 |
| 2. | Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity? [redacted] | N | | 05/26/2022 |
| 3. | Have you ever been found in violation of customs or immigration laws or other federal import laws? [redacted] | N | | 05/26/2022 |
| 4. | Have you ever been convicted of an offense in any country for which you have not received a pardon? [redacted] | Y | I REMEMBER GETTING A FEW TRAFFIC TICKETS WHEN I WAS YOUNGER BUT I HAVE NEVER BEEN CONVICTED OF ANY CRIMES. I AM NOT SURE IF YOU CARE ABOUT TRAFFIC TICKETS. I HAVE ALSO HAD SOME PARKING TICKETS. | 05/26/2022 |

## Application GEC : 3100818

Request Source: GEC
Application Source Number: 3100818
AIS: NEXUS [redacted]
AIS Request: Renewal [redacted]
Request Date: 08/25/2017
Enrollment Port of Entry: BUFFALO, NY (BUF)
Balance Due: N
US Vetting Status: U
Canadian Vetting Status: U
Full Enrollment Period: N
Vetting Priority: NORMAL
VCM Approved: TRUE [redacted]
APEC Requested: FALSE [redacted]
Eligible for Approval: TRUE [redacted]
Virtual Renewal: FALSE [redacted]

Risk Assessment:

| # | Country | Assessment Date | Assessment |
|---|---|---|---|
| 1. | United States (US/USA) | 09/17/2017 | PASS |
| 2. | Canada (CA/CAN) | 08/25/2017 | PASS |

## Last Request Status

Effective Date: 09/17/2017
Status: Approved [redacted]

## All Application Status

| | |
|---|---|
| Effective Date: | 09/17/2017 |
| Status: | Approved [redacted] |
| Effective Date: | 08/25/2017 |
| Status: | Pending Risk Assessment Review [redacted] |

## Application Form

| # | Question | Yes/No | Answer | Answer Date |
|---|---|---|---|---|
| 1. | Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency? [redacted] | N | | 08/25/2017 |
| 2. | Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity? [redacted] | N | | 08/25/2017 |
| 3. | Have you ever been found in violation of customs or immigration laws or other federal import laws? [redacted] | N | | 08/25/2017 |
| 4. | Have you ever been convicted of an offense in any country for which you have not received a pardon? [redacted] | N | | 08/25/2017 |

## Application GES : 14764394

| | |
|---|---|
| Request Source: | GES |
| Application Source Number: | 14764394 |
| AIS: | NEXUS [redacted] |
| AIS Request: | Card Replacement [redacted] |
| Request Date: | 05/01/2014 |
| Enrollment Port of Entry: | BUFFALO, NY (BUF) |
| Balance Due: | N |
| US Vetting Status: | Pass [redacted] |
| Canadian Vetting Status: | Pass [redacted] |
| Reconciled: | Y |
| Replace Reason Code: | NEW CARD |
| Full Enrollment Period: | N |
| Vetting Priority: | NORMAL |
| VWP: | U |
| VCM Approved: | FALSE [redacted] |
| APEC Requested: | FALSE |
| Eligible for Approval: | FALSE |
| Virtual Renewal: | FALSE |

### Last Request Status

| | |
|---|---|
| Effective Date: | 05/01/2014 |
| Status: | Approved [redacted] |

### All Application Status

| | |
|---|---|
| Effective Date: | 05/01/2014 |
| Status: | Approved [redacted] |
| Effective Date: | 05/01/2014 |
| Status: | Conditionally Approved [redacted] |
| Effective Date: | 05/01/2014 |
| Status: | Pending Decision [redacted] |
| Effective Date: | 05/01/2014 |
| Status: | New [redacted] |

Effective Date: 05/01/2014
Status: Draft [redacted]

## Application GOES : 901812

Request Source: GOES
Application Source Number: 901812
AIS: NEXUS [redacted]
AIS Request: Initial Enrollment [redacted]
Request Date: 11/13/2011
Enrollment Port of Entry: BUFFALO, NY (BUF)
[redacted]
Balance Due: N
US Vetting Status: Pass [redacted]
Canadian Vetting Status: Pass [redacted]
Reconciled: Y
Full Enrollment Period: N
Vetting Priority: NORMAL
VWP: U
VCM Approved: FALSE [redacted]
APEC Requested: FALSE
Eligible for Approval: FALSE
Virtual Renewal: FALSE

Risk Assessment:

| # | Country | Assessment Date | Assessment |
|---|---|---|---|
| 1. | United States (US/USA) | 12/23/2011 | PASS |

## Last Request Status

Effective Date: 01/03/2012
Status: Approved [redacted]

## All Application Status

Effective Date: 01/03/2012
Status: Approved [redacted]

Effective Date: 12/23/2011
Status: Conditionally Approved [redacted]

Effective Date: 11/13/2011
Status: Pending Decision [redacted]

Effective Date: 11/13/2011
Status: New [redacted]

## Application Form

| # | Question | Yes/No | Answer | Answer Date |
|---|---|---|---|---|
| 1. | Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency? [redacted] | N | | 11/13/2011 |
| 2. | Have you ever been found in violation of customs laws? [redacted] | N | | 11/13/2011 |
| 3. | Have you ever been found in violation of immigration laws? [redacted] | N | | 11/13/2011 |
| 4. | Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity? [redacted] | N | | 11/13/2011 |

| # | Question | Yes/No | Answer | Answer Date |
|---|---|---|---|---|
| 5. | Have you ever been found in violation of customs or immigration laws or other federal import laws? [redacted] | N | | 11/13/2011 |
| 6. | Have you ever been convicted of a criminal offense in the United States or any other country? [redacted] | N | | 11/13/2011 |
| 7. | Have you ever been convicted of an offense in any country for which you have not received a pardon? [redacted] | N | | 11/13/2011 |

## Port Location